JUDGE CROTTY          07 CV 4771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Civil Action No. _____ |

### RULE 7.1 DISCLOSURE STATEMENT

Defendant Eaton Hydraulics Inc., formerly known as Vickers, Incorporated, by and through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this disclosure statement, stating as follows:  Eaton Hydraulics, Inc. is a subsidiary of Eaton Corporation.  No publicly held corporation owns 10% or more of Eaton Hydraulics, Inc.'s stock.

Dated:  New York, New York
　　　　June 4, 2007

Respectfully submitted,


Andrew Sapon, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY  10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)

**Attorney for Defendant
Eaton Hydraulics Inc., f/k/a
Vickers, Incorporated**