UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 07-CV-4771 DC |
| vs. | ) | |
| | ) | |
| A.W. CHESTERTON CO., INC., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### AMENDED RULE 7.1 DISCLOSURE STATEMENT

Defendant Eaton Hydraulics Inc., formerly known as Vickers, Incorporated, by and through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this disclosure statement, stating as follows: Eaton Hydraulics Inc. is an indirect wholly-owned subsidiary of Eaton Corporation, which is a publicly held corporation.

Dated: June 06, 2007

Respectfully submitted,

S/ Andrew Sapon
Andrew Sapon, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY 10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)

**Attorney for Defendant
Eaton Hydraulics Inc., f/k/a
Vickers, Incorporated**