UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO <br> AND PHYLLIS GITTO, <br><br> Plaintiffs, <br><br> vs. <br><br> A.W. CHESTERTON CO., INC., *et al.*, <br><br> Defendants. | Civil Action No. 07-CV-4771 DC |

**CERTIFICATE OF SERVICE REGARDING NOTICE TO ADVERSE PARTY OF AMENDED RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446:

A NOTICE TO ADVERSE PARTY OF AMENDED RULE 7.1 DISCLOSURE STATEMENT was filed in the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, on June 19, 2007.

Dated:  June 19, 2007

Respectfully submitted,

S/ Andrew Sapon
Andrew Sapon, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY  10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)

**Attorney for Defendant**
**Eaton Hydraulics Inc., f/k/a**
**Vickers, Incorporated**