UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>   Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>   Defendants. | Civil Action No. 07-CV-4771 DC |

**CERTIFICATE OF SERVICE REGARDING AMENDED NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446:

An AMENDED NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT was filed in the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, on June 6, 2007.

Dated:  June 06, 2007

Respectfully submitted,

S/ Andrew Sapon
Andrew Sapon, Esq.
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
New York, NY  10005-1886
(212) 363-3100 (phone)
(212) 363-9824 (fax)

**Attorney for Defendant
Eaton Hydraulics Inc., f/k/a
Vickers, Incorporated**