UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO AND PHYLLIS GITTO, <br><br> Plaintiffs, <br><br> vs. <br><br> A.W. CHESTERTON CO., INC., *et al.*, <br><br> Defendants. | Civil Action No. 07-CV-4771 DC |

## PROOF OF SERVICE

STATE OF NEW YORK   )

                    )ss:

COUNTY OF NEW YORK)

    I am a citizen of the United States and employed by Bivona & Cohen, P.C. in New York County, New York. I am over the age of eighteen years and not a party to the above-referenced action. On June 19, 2007, I caused to be served on all counsel of record named in the attached amended service list designated as attached **Exhibit 1** to this document via first class mail, postage prepaid, a true and correct copy of the following documents:

    1)    Amended Rule 7.1 Disclosure Statement

2)   Certificate of Service Regarding Notice to Adverse Party of Amended Rule 7.1 Disclosure Statement

3)   Certificate of Service Regarding Amended Notice to Adverse Party of Removal to Federal Court

4)   Proof of Service

I further declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on June 19, 2007 at New York, New York.

_____
MARY CAVORLEY

Sworn to before me
this 19th day of June, 2007

_____
Notary Public

ANIL A. RAMCHARAN
Notary Public, State of New York
No. 01RA6063329
Qualified in Kings County
Comm. Exp. Aug. 27, 20__