## Certificate of Service

I hereby certify that on June 19, 2007, I electronically filed the foregoing **Amended Rule 7.1 Disclosure Statement; Certificate of Service Regarding Notice to Adverse Party of Amended Rule 7.1 Disclosure Statement; Certificate of Service Regarding Amended Notice to Adverse Party of Removal to Federal Court** and **Proof of Service** with the Clerk of the New York Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants of this case:

Jerome Block, Esq.
LEVY PHILLIPS & KONIGSBURG, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton, Co., Inc.,
 Murphy Brother Works*

Genevieve MacSteel, Esq.
MCGUIRE WOODS
 1345 Avenue of rhe Americas, 7thFloor
New York, New York 10105
*Attorneys for American Standard Inc. and the Trane Co.*

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
*Attorneys for Aurora Pump Company*

Edward J. Wilbraham Esq
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
*Attorneys for Buffalo Pumps, Inc.*

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
2001.U. Willets Road
Albertson, New York 11507
*Attorneys for Carrier Corp.*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor Newark, NJ 07102
Attorneys for Crane Co. and Crane Pumps & Systems, Inc.

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, Hew York 10005
*Attorneys for Dunham-Bush, Inc.,*
*n/k/a Fort KentMoldings, Inc.*

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A,
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing Co.*

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
*Attorneys for Elliot Turbomachinery Co.*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Fairbanks Morse Pumps*

Christopher Hannann, Esq..
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for FMC Corporation

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Flowerserve Corporation*

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12'" Floor
Newark, NJ 07102
Attorneys for Foster Wheeler Energy Corp,

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Garlock Sealing Technologies*

Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12$^{lh}$ Floor
Newark, NJ 07102
*Attorneys for General Electric Company*

Suzanne Halbardier, Esq,
BARRY McTIERNAN & MOORE
2 Rector Street, 14'" Floor
New York, New York 10006
*Attorneys for General Refractories*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Goulds Pumps Inc.,*
*Leslie Controls, Inc., Howden Buffalo, Inc.*

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Hercules Chemical Co, Inc.*

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12lh Floor
New York, NY 10016
Attorneys for Hopeman

Lawrence G, Cetrulo, Esq./
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Exchange Place
New York, NY 10005
*Attorneys for Howden Buffalo, Inc.*

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
*Attorneys for IMO, and Warren Pumps, Inc.*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
115 Broadway, 19th Floor
New York, New York 10006
*Attorneys for Ingersoll-Rand Company*

Robert C. Malaby, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 1003 8
*Attorneys for JH France Refractories Co.*

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*Attorneys for Johnston Boilers Co.*

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
*Attorneys for Otis Elevator Co.*

Arthur D. Brombcrg, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
*Attorneys for Peerless Industries, Inc.*

Stephen A. Manuele, Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dunn Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Quaker Chemical Corporation,
Selby Battersby & Company*

Linda Yassky, Esq.
SONNENSCHEIN NATH
&ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
*Attorneys for Rapid-American Corp.*

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for Sterling Fluid Systems

Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for TACO, Inc.*

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Attorneys for Tote Andale, Inc.*

Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for The Anchor Packing Co.*

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for The Nash Engineering Co.*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Tyco Flow Control Inc.*

Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
*Attorneys for Tyco Flow Control Inc.*

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Union Carbide*

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
*Attorneys for Uniroyal, Inc.*

William .&. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for Viacom, Inc.*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Yarway Corp*

Robert J. Kenney, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Gardner Denver*

Diane Pompei, Esq.
SEGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Gardner Denver*

<u>Counsel Unknown for the following Defendants:</u>
BLACKMER PUMP
GRISHAM RUSSELL
NORTMROP GRUMMAN SYSTEMS, CORP.
WALTER H. EAGAN CO, INC.
WEIL PUMP CO.

Dated:  June 19, 2007

                                        Respectfully submitted,
                                        BIVONA & COHEN, P.C.

                                        <u>BY: s/Andrew Sapon</u>
                                        Andrew Sapon, Esq.
                                        Wall Street Plaza
                                        88 Pine Street
                                        New York, NY  10005-1886
                                        (212) 363-3100 (phone)
                                        (212) 363-9824 (fax)

                                        *Attorney for Defendant*
                                        *Eaton Hydraulics Inc., f/k/a*
                                        *Vickers, Incorporated*