```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
SALVATORE GITTO and PHYLLIS GITTO,  :
                                    :
                    Plaintiffs,     :
                                    :
        - against -                 :        ORDER
                                    :
A.W. CHESTERTON CO., INC., et al.,  :        07 Civ. 4771 (DC)
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

     IT IS HEREBY ORDERED that: (1) plaintiffs' letter of June 13, 2007 is accepted as a motion to remand this action to state court; (2) defendants shall respond by July 6, 2007; and (3) plaintiffs shall reply by July 16, 2007.

     SO ORDERED.

Dated:    New York, New York
           June 18, 2007

                                      DENNY CHIN
                                      United States District Judge