UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO AND PHYLLIS GITTO,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-CV-4771 PC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROOF OF SERVICE**

I am a citizen of the United States and employed by Bivona & Cohen, P.C. in New York County, New York. I am over the age of eighteen years and not a party to the above-referenced action. On June 19, 2007, I caused to be served on all counsel of record named in the attached service list designated as attached **Exhibit 1** via first class mail, postage prepaid, a true and correct copy of the following documents:

1) Hon. Denny Chin's Individual Practices

2) USDC/SDNY Instructions for Filing an Electronic Case or Appeal

3) USDC/SDNY Procedures for Electronic Case Filing

4) USDC/SDNY Guidelines for Electronic Case Filing


I further declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on June 19, 2007 at New York, New York.

MARY CAVORLEY

Sworn to before me
this 19th day of June, 2007

_____
Notary Public

ANIL A. RAMCHARAN
Notary Public, State of New York
No. 01RA6063329
Qualified in Kings County
Comm. Exp. Aug. 27, 20 07

- 2 -

SERVICE LIST

Jerome Block, Esq.
LEVY PHILLIPS & KONIGSBURG, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs*
*Fax 212-605-6290*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton, Co., Inc.,*
 *Murphy Brother Works*
*Fax 212-490-3038*

Genevieve MacSteel, Esq.
MCGUIRE WOODS
1345 Avenue of rhe Americas, 7thFloor
New York, New York 10105
*Attorneys for American Standard Inc. and the Trane Co.*
*Fax 212-548-2150*

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
*Attorneys for Aurora Pump Company*
*Fax 212-509-4420*

Edward J. Wilbraham Esq
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
*Attorneys for Buffalo Pumps, Inc.*
*Fax 215-564-4385*

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
200 I.U. Willets Road
Albertson, New York 11507
*Attorneys for Carrier Corp.*
*Fax 516-294-5387*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Attorneys for Crane Co. and Crane Pumps & Systems, Inc.
*Fax 973-848-4001*

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, Hew York 10005
*Attorneys for Dunham-Bush, Inc.,*
*n/k/a Fort KentMoldings, Inc.*
*Fax 212-972-8798*

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A,
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing Co.*
*Fax 973-455-8118*

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
*Attorneys for Elliot Turbomachinery Co.*
*Fax 212-227-6534*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Fairbanks Morse Pumps*
*Fax 212-651-7499*

Christopher Hannann, Esq..
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for FMC Corporation
*Fax 212-344-7402*

*Erich Gleber, Esq.*
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Flowerserve Corporation*
*Fax 212-651-7499*

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Attorneys for Foster Wheeler Energy Corp,
*Fax 973-242-8099*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Garlock Sealing Technologies*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for General Electric Company*
*Fax 973-242-8099*

Suzanne Halbardier, Esq,
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for General Refractories*
*Fax 212-608-8901*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Goulds Pumps Inc.,*
*Leslie Controls, Inc., Howden Buffalo, Inc.*
*Fax 718-935-1509*

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Hercules Chemical Co, Inc.*
*Fax 212-509-4420*

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12lh Floor
New York, NY 10016
Attorneys for Hopeman
*Fax 212-452-5301*

Lawrence G, Cetrulo, Esq./
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Exchange Place
New York, NY 10005
*Attorneys for Howden Buffalo, Inc.*
*Fax 212-635-2239*

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
*Attorneys for IMO, and Warren Pumps, Inc.*
*Fax 212-486-3099*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*
*Fax 732-528-4445*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
115 Broadway, 19th Floor
New York, New York 10006
*Attorneys for Ingersoll-Rand Company*
*732-528-4445*

Robert C. Malaby, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 1003 8
*Attorneys for JH France Refractories Co.*
*Fax 212-791-0286*

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*Attorneys for Johnston Boilers Co.*
*Fax 732-545-4579*

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
*Attorneys for Otis Elevator Co.*
Fax 212-319-6932

Arthur D. Bromberg, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
*Attorneys for Peerless Industries, Inc.*
*Fax 973-403-0010*

Stephen A. Manuele, Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dunn Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Quaker Chemical Corporation,*
*Selby Battersby & Company*
*Fax 716-852-4253*

Linda Yassky, Esq.
SONNENSCHEIN NATH
&ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
*Attorneys for Rapid-American Corp.*
*Fax 212-768-6800*

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for Sterling Fluid Systems
*Fax 212-344-7402*

Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for TACO, Inc.*
*Fax 212-509-4420*

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Attorneys for Tote Andale, Inc.*
*Fax 212-509-4420*

Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for The Anchor Packing Co.*
*Fax 212-651-7499*

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for The Nash Engineering Co.*
*Fax 212-509-4420*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Tyco Flow Control Inc.*
*Fax 215-925-0307*

Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
*Attorneys for Tyco Flow Control Inc.*
*Fax 315-233-8235*

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Union Carbide*
*Fax 212-278-1733*

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
*Attorneys for Uniroyal, Inc.*
*Fax 212-818-1264*

William .&. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for Viacom, Inc.*
*Fax 212-791-0286*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Yarway Corp*
*Fax 215-925-0307*

Robert J. Kenney, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Gardner Denver*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Gardner Denver*
*Fax 973-242-8099*

Counsel Unknown for the following Defendants:
BLACKMER PUMP
GRISHAM RUSSELL
NORTMROP GRUMMAN SYSTEMS, CORP.
WALTER H. EAGAN CO, INC.
WEIL PUMP CO.