UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Salvatore Gitto and Phyllis Gitto,<br><br>Plaintiffs,<br><br>-against-<br><br>A.W. Chesterton Co., Inc., et al.,<br><br>Defendants. | 07 cv 4771 (DC)<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew Sapon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

>     Applicant's Name:   Lisa M. Norrett
>     Firm Name:          McKenna Long & Aldridge LLP
>     Address:            1900 K Street, NW, Ste. 100
>     City/State/Zip:     Washington, DC 20006
>     Phone Number:       (202) 496-7222
>     Fax Number:         (202) 496-7756

Lisa M. Norrett is a member in good standing of the Bar of the District of Columbia and the States of Maryland and New Jersey. There are no pending disciplinary proceedings against Lisa M. Norrett in any State or Federal court.

Dated: July 18, 2007
City, State: New York, New York

Respectfully submitted,

*/s/ Andrew Sapon/*

Andrew Sapon, Esq.
Bar No. AS-1536
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
(212) 363-3100 (Phone)
(212) 363-9824 (Fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Salvatore Gitto and Phyllis Gitto,<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>A.W. Chesterton Co., Inc., et al.,<br><br>　　　　　Defendants. | 07 cv 4771 (DC)<br><br>**AFFIDAVIT OF ANDREW SAPON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York　)
　　　　　　　　　 ) ss:
County of New York )

Andrew Sapon, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Bivona & Cohen, P.C., counsel for Defendant Eaton Hydraulics Inc., formerly known as Vickers, Incorporated ("EHI"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts as set forth herein and in support of EHI's motion to admit Lisa M. Norrett as counsel pro hac vice to represent EHI in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lisa M. Norrett since 2006.

4. Ms. Norrett is an associate at McKenna Long & Aldridge LLP in Washington, DC. and a member in good standing of bars of the District of Columbia, Maryland and New Jersey. (see Certificates annexed hereto as Exhibit "A").

5. I have found Ms. Norrett to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lisa M. Norrett, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Lisa M. Norrett, pro hac vice, which is attached hereto as Exhibit B.

**WHEREFORE** it is respectfully requested that the motion to admit Lisa M. Norrett, pro hac vice, to represent EHI in the above captioned matter, be granted.

Dated: July 17, 2007

City, State: New York, New York

Notarized:

Respectfully submitted,

_____
Andrew Sapon
SDNY Bar Code: AS-1536



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**Lisa M. Norrett**

was on the 2nd day of August, 1999, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1998,

## Lisa Michele Norrett

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

                        **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of June, 2007.*

                                         */s/ Alexander L. Cummings*
                                    Clerk of the Court of Appeals of Maryland

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **LISA MICHELE NORRETT** (No. **027091998**) was constituted and appointed an Attorney at Law of New Jersey on **December 15, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **20TH** day of **June**, 20 **07**

*[signature]*
Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Salvatore Gitto and Phyllis Gitto,<br><br>Plaintiffs,<br><br>-against-<br><br>A.W. Chesterton Co., Inc., et al.,<br><br>Defendants. | 07 cv 4771 (DC)<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION** |

Upon the motion of Andrew Sapon, attorney for Defendant Eaton Hydraulics, Inc., formerly known as Vickers, Incorporated ("EHI"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Lisa M. Norrett
    Firm Name:  McKenna Long & Aldridge LLP
    Address:  1900 K Street, NW, Ste. 100
    City/State/Zip:  Washington, DC 20006
    Telephone:  (202) 496-7222  Fax Number: (202) 496-7756
    Email Address:  lnorrett@mckennalong.com

is admitted to practice pro hac vice as counsel for EHI in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July __, 2007
City, State: New York, New York

                                                          _____
                                                          United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE GITTO<br>AND PHYLLIS GITTO,<br><br>      Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON CO., INC.,<br>*et al.*,<br><br>      Defendants. | Civil Action No. 07 cv 4771 (DC) |

## PROOF OF SERVICE

I am a citizen of the United States and employed by Bivona & Cohen, P.C. in New York County, New York. I am over the age of eighteen years and not a party to the above-referenced action. On July 18, 2007, I caused to be served on all counsel of record via first class mail, postage prepaid, a true and correct copy of the following documents:

1)    Motion to Admit Counsel (Lisa Norrett)

2)    Affidavit of Andrew Sapon in Support of Motion to Admit in Support of Motion to Admit Counsel Pro Hac Vice. (Lisa Norrett)

3)    Order for Admission Pro Hac Vice on Written Motion (Lisa Norrett)

4)    Proof of Service (Lisa Norrett)

I further declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on July 18, 2007 at New York, New York.

Dated:   New York, New York
         July 18, 2007

Respectfully submitted,

_____
MARY CAVORLEY

TO:

**SEE ANNEXED RIDER**

- 2 -

SERVICE LIST

Jerome Block, Esq.
LEVY PHILLIPS & KONIGSBURG, L.L.P.
800 Third Avenue, 13th Floor
New York, New York 10022
*Attorneys for Plaintiffs*
*Fax 212-605-6290*

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
*Attorneys for A.W. Chesterton, Co., Inc.,*
*Murphy Brother Works*
*Fax 212-490-3038*

Genevieve MacSteel, Esq.
MCGUIRE WOODS
1345 Avenue of rhe Americas, 7thFloor
New York, New York 10105
*Attorneys for American Standard Inc. and the Trane Co.*
*Fax 212-548-2150*

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
*Attorneys for Aurora Pump Company*
*Fax 212-509-4420*

Edward J. Wilbraham Esq
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
*Attorneys for Buffalo Pumps, Inc.*
*Fax 215-564-4385*

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
200 I.U. Willets Road
Albertson, New York 11507
*Attorneys for Carrier Corp.*
*Fax 516-294-5387*

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor
Newark, NJ 07102
Attorneys for Crane Co. and Crane Pumps & Systems, Inc.
*Fax 973-848-4001*

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, Hew York 10005
*Attorneys for Dunham-Bush, Inc.,*
*n/k/a Fort KentMoldings, Inc.*
*Fax 212-972-8798*

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A,
P.O. Box 1296
Morristown, New Jersey 07962
*Attorneys for Durabla Manufacturing Co.*
*Fax 973-455-8118*

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
*Attorneys for Elliot Turbomachinery Co.*
*Fax 212-227-6534*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Fairbanks Morse Pumps*
*Fax 212-651-7499*

Christopher Hannann, Esq..
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for FMC Corporation
*Fax 212-344-7402*

*Erich Gleber, Esq.*
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
*Attorneys for Flowerserve Corporation*
*Fax 212-651-7499*

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Attorneys for Foster Wheeler Energy Corp,
*Fax 973-242-8099*

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Garlock Sealing Technologies*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for General Electric Company*
*Fax 973-242-8099*

Suzanne Halbardier, Esq,
BARRY McTIERNAN & MOORE
2 Rector Street, 14th Floor
New York, New York 10006
*Attorneys for General Refractories*
*Fax 212-608-8901*

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
*Attorneys for Goulds Pumps Inc.,*
*Leslie Controls, Inc., Howden Buffalo, Inc.*
*Fax 718-935-1509*

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Hercules Chemical Co, Inc.*
*Fax 212-509-4420*

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12lh Floor
New York, NY 10016
Attorneys for Hopeman
*Fax 212-452-5301*

Lawrence G, Cetrulo, Esq./
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Exchange Place
New York, NY 10005
*Attorneys for Howden Buffalo, Inc.*
*Fax 212-635-2239*

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017
*Attorneys for IMO, and Warren Pumps, Inc.*
*Fax 212-486-3099*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
*Attorneys for Ingersoll-Rand Company*
*Fax 732-528-4445*

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
115 Broadway, 19th Floor
New York, New York 10006
*Attorneys for Ingersoll-Rand Company*
*732-528-4445*

Robert C. Malaby, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 1003 8
*Attorneys for JH France Refractories Co.*
*Fax 212-791-0286*

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*Attorneys for Johnston Boilers Co.*
*Fax 732-545-4579*

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
*Attorneys for Otis Elevator Co.*
Fax 212-319-6932

Arthur D. Bromberg, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
*Attorneys for Peerless Industries, Inc.*
*Fax 973-403-0010*

Stephen A. Manuele, Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dunn Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
*Attorneys for Quaker Chemical Corporation,*
*Selby Battersby & Company*
*Fax 716-852-4253*

Linda Yassky, Esq.
SONNENSCHEIN NATH
&ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
*Attorneys for Rapid-American Corp.*
*Fax 212-768-6800*

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for Sterling Fluid Systems
*Fax 212-344-7402*

Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for TACO, Inc.*
*Fax 212-509-4420*

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
*Attorneys for Tote Andale, Inc.*
*Fax 212-509-4420*

Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for The Anchor Packing Co.*
*Fax 212-651-7499*

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for The Nash Engineering Co.*
*Fax 212-509-4420*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Tyco Flow Control Inc.*
*Fax 215-925-0307*

Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
*Attorneys for Tyco Flow Control Inc.*
*Fax 315-233-8235*

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Union Carbide*
*Fax 212-278-1733*

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
*Attorneys for Uniroyal, Inc.*
*Fax 212-818-1264*

William .&. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
*Attorneys for Viacom, Inc.*
*Fax 212-791-0286*

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
*Attorneys for Yarway Corp*
*Fax 215-925-0307*

Robert J. Kenney, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
*Attorneys for Gardner Denver*
*Fax 212-651-7499*

Diane Pompei, Esq.
SEGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
*Attorneys for Gardner Denver*
*Fax 973-242-8099*

Counsel Unknown for the following Defendants:
BLACKMER PUMP
GRISHAM RUSSELL
NORTMROP GRUMMAN SYSTEMS, CORP.
WALTER H. EAGAN CO, INC.
WEIL PUMP CO.