Page 153

1    SUPREME COURT:

2    ALL COUNTIES WITHIN THE STATE OF NEW YORK

3    IN RE:   NEW YORK CITY ASBESTOS LITIGATION

4

5

6

7         DEPOSITION UNDER ORAL              VOLUME II

8            EXAMINATION OF

9            SALVATORE GITTO

10

11

12

13

14    This Document Applies To:

15    SALVATORE GITTO

16    INDEX NO:   07/105033

17

18

19

20

21

22         PRIORITY-ONE COURT REPORTING SERVICES, INC.

23              899 Manor Road

24         Staten Island, New York   10314

25              (718) 983-1234

Gitto v. Asbestos
May 16, 2007

Salvatore Gitto
Vol. 2

Page 266

1      Q.  Did you assist in that project?
2  A.   To some extent, limited.
3      Q.  To what extent did you assist?
4  A.   I'm pretty sure we had a contractor work
5  upstairs.  My involvement was minimal.
6      Q.  Did you do any work in connection with
7  that project at all?
8  A.   I'm sure I did some, yes.
9      Q.  Do you remember what that was?
10  A.   Maybe some little carpentry work.
11      Q.  Do you recall the name of the contractor
12  who did that work?
13  A.   My father.
14      Q.  Did anybody else assist him?
15  A.   Maybe one of my brothers.
16      Q.  Do you have a specific recollection of
17  that?
18  A.   I'm sorry?
19      Q.  Do you have a specific memory of one of
20  your brothers helping him?  Again, I just want to
21  know what you do recall specifically.
22  A.   I'm sure some of the family members helped.
23      Q.  Do you recall who as you sit here today?
24  A.   No.
25      Q.  Do you know the names of any products

Page 267

1  that were used in connection with that construction
2  project?
3  A.   No.
4      Q.  Again, was plastering work involved in
5  that project at all, that you know of?
6  A.   Say again.
7      Q.  Plastering work, was that involved in
8  that project at all?
9  A.   I think some small patching, yes.
10      Q.  Were you present when that was done?
11  A.   I don't recall.
12      Q.  Moving on to your time at the Textile
13  High School for just a second, what did you study at
14  that location?
15  A.   I'm sorry?
16      Q.  At the Textile High School, what did you
17  study, just generally?
18  A.   Electrical technology.
19      Q.  Can you just describe for me generally
20  what that meant?
21  A.   Study of electrical theory and applications.
22      Q.  Did it involve any type of hands-on work
23  on any type of equipment?
24  A.   In a lab environment, yes.
25      Q.  What type of work would that be?

Page 268

1  A.   Working on small generators maybe, lighting
2  fixtures.
3      Q.  Do you recall the manufacturers of any of
4  that equipment?
5  A.   No.
6      Q.  Let's move on to your time at the
7  Brooklyn Navy Yard.  You were asked generally about
8  the Lexington and the Oriskany earlier today.  You
9  said that you did not recall specific jobs that you
10  performed on those ships.  Do you believe that you
11  were exposed to asbestos on those ships?
12  A.   I believe so.
13      Q.  Let's talk about the Lexington first.
14  How is it that you believe that you were exposed to
15  asbestos aboard the Lexington?
16  A.   I recall the type of work would have brought
17  me into the engine rooms and the boiler rooms.
18      Q.  What type of work would that have been
19  that would have brought you into those rooms?
20  A.   As previously discussed or whatever, involved
21  the removal and installation of new equipment or old
22  equipment, the layout of foundations and the repair
23  of anything that was disturbed in order to gain
24  access.
25      Q.  When you talk about repair of anything

Page 269

1  that was disturbed, are you talking about the access
2  holes that you've been mentioning throughout the past
3  couple of days?
4  A.   Right.
5      Q.  Do you recall how many engine rooms there
6  were aboard the Lexington?
7  A.   I believe two.
8      Q.  Do you recall how many boiler rooms there
9  were?
10  A.   I believe two.
11      Q.  Do you recall which of those engine rooms
12  or boiler rooms you worked in?
13  A.   It would have been all of them.
14      Q.  How is it that you believe you were
15  exposed to asbestos specifically in the engine room?
16  A.   Again, as similarly stated, there was
17  equipment that was being installed and removed,
18  uncovered, piping insulation being removed,
19  reinstalled.  Welding going on, burning going on.
20  Fire protection, coverings.  That type of work.
21      Q.  What type of equipment do you believe was
22  removed?
23  A.   Variety of equipment; compressors, pumps.
24      Q.  Are you able to identify the manufacturer
25  of the compressors that were aboard the Lexington at

Gitto v. Asbestos
May 16, 2007

Salvatore Gitto
Vol. 2

Page 270

1  that time?
2  A.    I can't identify compressors, I guess, but
3  Ingersoll-Rand. That's about it. At this time, I do
4  not recall too much more.
5      Q.    I understand you said more than once
6  today that you identify compressors with
7  Ingersoll-Rand. Do you have a specific recollection
8  of the brand that was aboard the Lexington in the
9  engine room?
10  A.    No.
11      Q.    How about the pumps that you believe were
12  installed and removed on the Lexington only? Are you
13  able to identify the manufacturer?
14  A.    Again, I believe Vickers was the manufacturer.
15      Q.    The piping insulation that was removed
16  and replaced in the engine room, are you able to
17  identify the brand of that insulation?
18  A.    No.
19      Q.    The welding that you just described that
20  you believe caused you to be exposed to asbestos,
21  what welding are you referring to?
22  A.    Welding of the foundation; welding of the
23  hangers, brackets, supporting structure; welding of
24  any patches or holes that were cut out.
25      Q.    Why were holes made on that particular

Page 271

1  ship in the engine room?
2  A.    To get access. In order to get access for the
3  equipment, they didn't fit through a normal size
4  hatch, hole, so they had to cut a hole in the
5  bulkhead or something, allow the equipment to be
6  passed through.
7      Q.    Do you have a specific recollection of
8  equipment being passed through the hole of the
9  Lexington?
10  A.    I think on all the ships, similar type of
11  operation. The equipment was quite large, and the
12  normal access ladders, hatches were made for human
13  transportation, for humans to pass through, not large
14  pieces of equipment.
15      Q.    Do you recall if you worked with anybody
16  in the engine room aboard the Lexington performing
17  the work that you just described?
18  A.    I'm sure I did.
19      Q.    Do you recall the names of anybody in
20  particular?
21  A.    No.
22      Q.    Do you recall who your supervisor was
23  when did you that work?
24  A.    No.
25      Q.    With respect to the boiler rooms aboard

Page 272

1  the Lexington, do you believe that you were exposed
2  in the same fashion as you've already described with
3  respect to the engine rooms on this ship?
4  A.    Yes.
5      Q.    Again, are you able to specifically
6  identify the manufacturer of any equipment located
7  within those engine rooms?
8  A.    And on the boilers I remember Babcock &
9  Wilcox.
10      Q.    Was there any other type of equipment in
11  that room that you believe you were exposed to
12  asbestos from?
13  A.    Again, there was a lot of other equipment in
14  there, compressors, pumps, valves.
15      Q.    Again, are you able to testify with
16  certainty the manufacturers of those pieces of
17  equipment aboard the Lexington in the boiler room?
18  A.    No.
19      Q.    Let's move on to the Oriskany. I have
20  the same questions for you. How is it that you
21  believe you were exposed to asbestos aboard that
22  ship?
23  A.    Similarly.
24      Q.    Was there anything different about how
25  you're claiming exposure on the Oriskany as opposed

Page 273

1  to the Lexington?
2  A.    Basically not.
3      Q.    Again, did you work in both the engine
4  room and the boiler rooms in that ship?
5  A.    Yes.
6      MR. NOVAKIDIS: I'm just going to object
7      to the last question as foundation.
8      Q.    Are you able to testify with certainty as
9  to the names of the manufacturers of any of the
10  equipment on those spaces on the Oriskany?
11      MS. WAYNE: Form. Foundation.
12  A.    No.
13      Q.    You were never a licensed machinist or
14  millwright, correct?
15  A.    No.
16      Q.    You had no training with respect to the
17  maintenance of compressors or pumps?
18  A.    No.
19      Q.    True?
20  A.    True.
21      Q.    In your Interrogatories, there's
22  reference made to both Worthington pumps and
23  compressors aboard various vessels. Do you recall
24  that?
25  A.    I believe so, yes.

Page 295

1   SUPREME COURT:

2   ALL COUNTIES WITHIN THE STATE OF NEW YORK

3   IN RE:   NEW YORK CITY ASBESTOS LITIGATION

4

5

6

7           DEPOSITION UNDER ORAL              VOLUME III

8               EXAMINATION OF

9             SALVATORE GITTO

10

11

12

13

14   This Document Applies To:

15   SALVATORE GITTO

16   INDEX NO:   07/105033

17

18

19

20

21

22           PRIORITY-ONE COURT REPORTING SERVICES, INC.

23                  899 Manor Road

24           Staten Island, New York   10314

25                  (718) 983-1234

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 356

1  talking about?
2      Q.  On the FDR.
3  A.    I would see where the pump was supposed to be
4  located by drawing or spec, check it out that it was
5  there.  If it wasn't there, remove it and put it in
6  the proper location.
7      Q.  Would you personally remove it?
8  A.    The foundation itself, not the pump.  The pump
9  itself was handled by machinists.  The foundation was
10 my responsibility.
11     Q.  Do you believe you were exposed to
12 asbestos from the Vicker pumps on the FDR?
13 A.    Yes.
14     Q.  How do you believe were exposed to
15 asbestos from these pumps?
16 A.    Lot of these pumps had asbestos pipe covering
17 that needed to be removed and replaced and disturbed.
18 They were ripped.  They were burnt.  They gave off
19 fumes.
20     Q.  Any other ways?
21 A.    That's it.
22     Q.  Where is this asbestos pipe covering
23 located?
24 A.    I'm sorry?  Where?
25     Q.  The pipe covering you're referring to,

Page 357

1  where is it located?
2  A.    Where?
3      Q.  On the pipes or the pump itself?
4  A.    On both.
5      Q.  On both?
6  A.    Yes.
7      Q.  What was the purpose of the covering that
8  was located on the Vicker pump?
9  A.    Asbestos covering?
10     Q.  Yes.
11 A.    For protection.
12     Q.  Protection from what?
13 A.    Outside environment, sparks.  There's
14 construction activity going on all around.  Sparks go
15 flying, hot molten metal.  People were bumping into
16 these things.  Just generally protection.
17     Q.  So, you said people were bumping into
18 these things.  Was it like a cushion?
19 A.    No.
20     Q.  Can you describe the covering, the
21 asbestos covering that was on the pump, the Vickers
22 pump?
23 A.    Blanket form, I guess, brownish in color.
24     Q.  Do you recall the texture of the blanket?
25 A.    Not really, no.

Page 358

1      Q.  Do you know who installed the covering,
2  that blanket covering on the Vicker pump?
3  A.    I'm really not hearing you.  I'm sorry.
4      Q.  Do you know who installed the asbestos
5  blanket over the Vicker pump?
6  A.    Did I ever?
7      Q.  Do you know who installed it?
8  A.    Oh, the blankets.  They were the
9  responsibility of the pipe coverers and the laggers, I
10 guess they call them.  A specific trade.
11     Q.  Do you associate the blanket covering on
12 the Vicker pumps to old pumps on the FDR or newly
13 installed pumps?
14 A.    Old.
15     Q.  Did the old pumps and the newly installed
16 pumps have the same type of blanket over them?
17 A.    Similar.
18     Q.  Was there a certain type of Vicker pump
19 that was covered as opposed to another type of Vicker
20 pump that was covered with another asbestos blanket?
21 A.    I have no idea.
22     Q.  You also identified Vicker pumps as being
23 located on the U.S.S. Lexington in the boiler rooms
24 and equipment room.  Do you have a specific
25 recollection of seeing a Vicker pump on the U.S.S.

Page 359

1  Lexington?
2  A.    There were pumps all over.  Specifically, it
3  would be difficult for me to say I saw one of their
4  pumps right there, but there were pumps on board.
5      Q.  I'm just asking as you sit here today, do
6  you have a specific recollection of seeing a Vicker
7  pump on the U.S.S. Lexington?
8  A.    No.
9      Q.  Do you recall whether or not Vicker pumps
10 were in any other compartment on the U.S.S. Lexington
11 besides the boiler room and the equipment room?
12 A.    I don't have a recollection.
13     Q.  When you worked on the U.S.S. Lexington,
14 what was your title?
15 A.    Can you give me a time frame?
16     Q.  Whenever you worked on the U.S.S.
17 Lexington.
18     MR. BLOCK:  Why don't you ask the full
19     question again so it's clear.  Maybe a little
20     louder.
21     Q.  Do you recall what year or years you
22 worked on the U.S.S. Lexington?
23     MR. BLOCK:  Objection to the extent that
24     it's been asked and answered, but you can go
25     ahead.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 364

1    pumps had hoses connected to them?
2    A.    Hoses?
3        Q.    Hoses.
4    A.    Yes.
5        Q.    Were there any markings on those hoses?
6    A.    Not that I recall.
7        Q.    Do you associate a particular color to
8    these hoses?
9    A.    Most of the hoses were black.
10       Q.    With regard to the Vicker pumps on the
11    U.S.S. Lexington, how do you believe you were exposed
12    to asbestos from these pumps?
13    A.    In a similar manner described before.
14    Involved with the inspection, location and
15    relocation, if necessary, foundation.
16       Q.    Are you finished --
17        MR. BLOCK:    He's not finished if you
18    interrupt him in the middle of a word.
19        Read back the answer up to the point
20    where Mr. Gitto was interrupted, please.
21        (Whereupon, the referred to question and
22    answer were read back by the court reporter.)
23    A.    That's about the answer.
24       Q.    In regard to all these different
25    activities, inspection, location, relocation and

Page 365

1    foundation, what was the source of your exposure to
2    asbestos?
3    A.    What was my?
4        Q.    What was the source of your exposure to
5    asbestos?
6    A.    In order to relocate it, foundation or a pump,
7    they had to remove the pipe covering. It was often
8    not -- it was often burnt off, creating residue,
9    smoke, fibers in the air, in the compartment.
10       Q.    And this covering was on pipe and the
11    pump?
12    A.    Yes.
13       Q.    Can you describe this covering that was
14    on the pump?
15    A.    It was pipe covering. It was two halves
16    usually strapped together with a metal band.
17       Q.    Do you associate a color to that
18    covering?
19    A.    Generally a brown.
20       Q.    And you believe this covering consisted
21    of asbestos?
22    A.    Yes.
23       Q.    If it consisted of asbestos, how did they
24    burn it off?
25    A.    An acetylene torch.

Page 366

1        Q.    And that would burn the asbestos?
2    A.    Yes.
3        Q.    That was in the covering?
4    A.    Yes.
5        Q.    Besides the covering that was on the
6    pulling pump, do you recall any other ways that you
7    were exposed to asbestos from Vicker pumps on the
8    U.S.S. Lexington?
9    A.    Just general handling of the covering and the
10    insulation that was on there. They took it on and
11    off.
12       Q.    Is the covering you referred to and
13    insulation the same thing, or are they different
14    materials that were on the pump or the pipes?
15    A.    Pretty much the same thing.
16       Q.    Do you know what the difference is?
17    A.    No.
18       Q.    Do you have a difference in mind between
19    the insulation and the covering that was on the pump?
20    A.    Generally, I think, again, covering wraps
21    around the pipe itself (indicating). On the pump, it
22    would be laid on top of the pump or attached in some
23    manner to the pump.
24       Q.    You're making a distinction regarding the
25    pipes leading to the pump, that they were covered as

Page 367

1    opposed to how the pump itself was covered, correct?
2    A.    Right.
3        Q.    Can you describe how the pump itself was
4    covered?
5    A.    Again, with this blanket. It might have some
6    sort of attaching screws, something to hold it in
7    place.
8        Q.    And this is the type of covering that was
9    on a Vickers pump on the U.S.S. Lexington, correct?
10    A.    Yes.
11       Q.    Was this covering on both the old pumps
12    and the newly installed pumps?
13    A.    Yes.
14       Q.    Was there any difference between the
15    covering that was used on the older pumps that were
16    removed and the new pumps that were installed?
17    A.    I don't recall. I don't recall.
18       Q.    I'm just going to switch gears a second
19    and ask you about Vicker valves. You previously
20    testified that you assorted Vicker valves to the
21    U.S.S. Hornet, the U.S.S. Franklin D. Roosevelt and
22    the U.S.S. Lexington. Do you recall that testimony?
23    A.    Those were ships that I worked on, yes.
24       Q.    Do you associate the Vicker valves to any
25    other ships or locations?

Page 372

1  A.  Control the flow of fluid.
2      Q.  Is there a difference in your mind
3  between the Vickers valves and the Vickers pumps?
4  A.  Valves control the flow of fluid. The pumps
5  raise or lower the pressure.
6      Q.  Do you recall what type of fluid flowed
7  through these Vickers valves on the U.S.S. Hornet?
8  A.  There is a variety of anything from fuel oil
9  to drinking water.
10     Q.  Do you believe you were exposed to
11  asbestos from the Vicker valves on the U.S.S. Hornet?
12  A.  Yes.
13     Q.  How do you believe that occurred?
14  A.  By my, again, similar as to what I testified
15  to before, that I was involved with the inspection,
16  relocation, if necessary, of foundations for these
17  valves, which encompassed and removing and
18  reinstalling valve covering, pipe coverings.
19     Q.  What were the valves covered with?
20  A.  I'm sorry?
21     Q.  What were the Vicker valves covered with?
22  A.  What were the Vicker valves covered with?
23     Q.  Yes.
24  A.  Protective covering, you're talking about?
25  We're talking about protective covering.

Page 373

1      Q.  Let me ask that again. Were the Vicker
2  valves covered with anything?
3  A.  For protection, they were covered with
4  asbestos blankets.
5      Q.  Is it your testimony that you were
6  exposed to asbestos when these asbestos blankets that
7  were over the Vicker valves were removed or replaced?
8  A.  Them and the pipe covering.
9      Q.  The pipe covering that you're referring
10  to, was that only on the pipes or also on the valves?
11  A.  Certainly was on the pipes. I don't recall
12  specifically on the valves themselves, but probably
13  were.
14     Q.  You earlier testified, I believe, in
15  regard to the Vicker pumps, that one of the ways to
16  get the covering off the pumps was a burning process.
17  Was that burning process used to remove the asbestos
18  blankets if these asbestos blankets were on a pump or
19  a valve?
20  A.  I don't specifically remember seeing them used
21  to burn off blankets, but it wouldn't have surprised
22  me if they had. They just went in there, and it was
23  kind of a destructive process, get rid of the old
24  ones and start building from the ground up.
25     Q.  Besides the asbestos blanket and the pipe

Page 374

1  covering that was on the pipes, was there any other
2  way you believe you were exposed to asbestos from a
3  Vickers valve on the U.S.S. Hornet?
4  A.  No.
5      Q.  If I go to the U.S.S. FDR and the U.S.S.
6  Lexington and ask you about the Vicker valves on each
7  of those ships, would your description of these
8  valves be different than your description of the
9  Vicker valves on the U.S.S. Hornet?
10  A.  It would be very similar.
11     Q.  How would they be different?
12     MR. BLOCK:  If at all.
13  A.  Maybe the way the piping configurations hooked
14  up, the runs of the pipe or something might be
15  different.
16     Q.  On the U.S.S. Hornet, do you recall a
17  specific piping configuration that you associate to
18  the Vicker valves?
19  A.  No.
20     Q.  Do you recall a specific piping
21  configuration that you associate to the Vicker valves
22  on the FDR?
23  A.  No.
24     Q.  And the same question for the U.S.S.
25  Lexington?

Page 375

1  A.  No.
2      Q.  Do you recall whether the sizes that you
3  described for the Vicker valves on the U.S.S. Hornet
4  were the same range of sizes that you would see on
5  the FDR and the U.S.S. Lexington?
6  A.  Yes, pretty much so.
7      Q.  Is your testimony the same or similar as
8  to how you were exposed to asbestos from the Vicker
9  valves on the FDR and the Lexington in comparison to
10  your testimony with the U.S.S. Hornet?
11  A.  Similar-type work was done, yes, similar
12  exposure.
13     Q.  By that, you would be exposed to asbestos
14  from the asbestos blankets on the Vicker valves and
15  the pipe covering on the pipes assorted to the Vicker
16  valves?
17  A.  Yes.
18     Q.  Are all the Vicker valves covered with an
19  asbestos blanket?
20  A.  Some were, some weren't.
21     Q.  Do you know what the reason would be that
22  some Vicker valves would not be covered with an
23  asbestos blanket?
24  A.  They may have been removed for some reason
25  that I have no idea what it would be.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Vol. 3)

Page 376

1        Q.   What's the basis for you saying that some
2    were and some weren't with regard to the Vicker
3    valves and the asbestos blanket being over them?
4    A.      Repeat that.
5        Q.   What's your basis for saying that some
6    Vicker valves were covered with asbestos blanket and
7    some were not?
8    A.      Visual observation.
9        Q.   Do you recall what ships you saw Vicker
10   valves not covered with an asbestos blanket?
11   A.      No.
12       Q.   Is it also true for the Vicker pumps,
13   that some were covered with an asbestos blanket and
14   some were not?
15   A.      Yes.
16       Q.   Do you recall what ships you saw that a
17   Vickers pump was not covered with an asbestos
18   blanket?
19   A.      No.
20       Q.   Besides the asbestos blanket over the
21   Vickers valve and the pipe covering connected to the
22   valve --
23   A.      It's either my ears or you're speaking low.
24       Q.   Sorry.  Besides the asbestos blanket
25   covering the Vickers valves on the U.S.S. Hornet,

Page 377

1    U.S.S. FDR and the U.S.S. Lexington, are there any
2    other ways that you believe you were exposed to
3    asbestos from a Vicker valve?
4    A.      No.
5        Q.   Do you associate any other type of
6    equipment with the name Vickers?
7    A.      No.
8        Q.   Listed under your Chart A, under
9    "Equipment," you have "Vickers" listed, and you have
10   "motors, valves and cylinders."  Do you associate
11   motors, valves and cylinders with Vickers?
12   A.      Now that you read it, I could associate it,
13   yes.
14       Q.   We talked about the valves.  What motors
15   do you associate to Vickers?
16       MR. BLOCK:  Objection to form.
17   A.      None that I can specifically point out.
18       Q.   So, what's the basis for your associating
19   a motor, that piece of equipment to the name Vickers?
20   A.      Any identifying plaque or ID that might be on
21   a piece of equipment.
22       Q.   But as you sit here today, do you know
23   what the basis for that connection is?
24   A.      No.
25       Q.   The same question for the cylinders that

Page 378

1    you have listed on your Chart A.  What's the basis
2    for associating cylinders to the name Vickers?
3    A.      Again, the same as the previous answer.  I
4    have no basis at this point.
5        Q.   Okay.
6        MR. STEINBAUER:  That's all the questions
7    I have now.  Thank you.
8        THE WITNESS:  Thank you.
9
10
11   CROSS-EXAMINATION BY
12   MR. CHAO:
13       Q.   Good morning, Mr. Gitto.
14   A.      Good morning.
15       Q.   My name is Brendan Chao.  I'm of counsel
16   for Northrup Grumman.
17       MR. CHAO:  Just for the record, we want
18   to assert an objection to the production of
19   three manuals at 9:45 this morning, and I'll
20   just identify the manuals by their cover.  The
21   first one is a green, three-ring binder called
22   "Grumman Safety Bulletins Manual."
23       The second one is a black binder,
24   multiple-ring binder called "Quality Control
25   Laboratory," entitled "Non-destructive Test

Page 379

1    Manual."
2        The third manual is a blue, three-ring
3    binder entitled, "Quality and Safety
4    Operations, Military Space Quality
5    Procedures."
6        Let's have these marked.
7        (Whereupon, the referred-to binders were
8    marked Defendant's Exhibits 2, 3 and 4 for
9    Identification by the court reporter.)
10       MR. CHAO:  We want to preserve our right
11   to further depose the witness based on a more
12   detailed examination of Defendant's 2 through
13   4.
14       MR. BLOCK:  You can reserve any rights
15   you want.  We obviously object.  Just for the
16   record, these are Grumman's materials.  So,
17   these aren't something that would not have
18   been available for review for Grumman.  They
19   are marked "Grumman."  They're Grumman
20   material.
21       MR. DIMARCO:  Off the record.
22       (Whereupon, an off-the-record discussion
23   was held.)
24       Q.   Mr. Gitto, you previously testified you
25   worked in essentially two capacities while you worked