Page 1

1    SUPREME COURT:

2    ALL COUNTIES WITHIN THE STATE OF NEW YORK

3    IN RE:  NEW YORK CITY ASBESTOS LITIGATION

4

5

6

7            DEPOSITION UNDER ORAL            VIDEO

8                EXAMINATION OF

9                SALVATORE GITTO

10

11

12

13

14    This Document Applies To:

15    SALVATORE GITTO

16    INDEX NO:  07/105033

17

18

19

20

21

22            PRIORITY-ONE COURT REPORTING SERVICES, INC.

23                    899 Manor Road

24            Staten Island, New York  10314

25                    (718) 983-1234

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 2

```
1
2          Transcript of the video deposition of the
3     witness, called for Oral Examination in the
4     above-captioned matter, said deposition being taken
5     pursuant to Federal Rules of Civil Procedure by and
6     before DORENE MAROTTA, CSR, a Notary Public and
7     Certified Shorthand Reporter, at the home of the
8     Plaintiff, 324 95th Street, Brooklyn, New York, on
9     Thursday, June 7, 2007, commencing at approximately
10    12:15 in the afternoon.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1   A P P E A R A N C E S
2   LEVY, PHILLIPS & KONIGSBERG, L.L.P.
    800 Third Avenue, 13th Floor
3   New York, New York 10022
    BY: JEROME BLOCK, ESQ.
4   Attorneys for Plaintiff
5
6   MALABY, CARLISLE & BRADLEY, P.C.
    150 Broadway, Suite 600
7   New York, New York 10038
    BY: EVA WAYNE, ESQ.
8   Attorneys for Defendants, CBS, J.H. France
9
10  AHMUTY, DEMERS & MCMANUS, ESQS.
    200 I.U. Willets Road
11  Albertson, New York 11507
    BY: KEITH TOLA, ESQ.
12  Attorneys for Defendant, Carrier Corp.
13
14  PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
    2430 Route 34
15  Manasquan, New Jersey 08736
    BY: MICHELE MITTLEMAN, ESQ.
16  Attorneys for Defendant, Ingersoll Rand Co.
17
18  KIRKPATRICK & LOCKHART, PRESTON GATES ELLIS, LLP
    One Newark Center, 10th Floor
19  Newark, New Jersey 07102
    BY: YEUGENIA SAMARDIN, ESQ.
20  Attorneys for Defendants, Crane, C-ane Pumps
21
22  MCGIVNEY & KLUGER, PC
    80 Broad Street, 23rd Floor
23  New York, New York 10004
    BY: KERRYANN COOK, ESQ.
24  Attorneys for Defendants, Aurora, Taco, Flowserve,
    Hercules Chem.
25
```

Page 4

```
1   A P P E A R A N C E S
2   McGUIRE WOODS, LLP
    1345 Avenue of the Americas
3   7th Floor
    New York, New York 10105
4   BY: SARAH SCHAEFFER-ROTH, ESQ.
    Attorneys for Defendant, American Standard
5
6   DARGER & ERRANTE, LLP
7   116 East 27th Street, 12th Floor
    New York, New York 10016
8   BY: ROBERT BOATTI, ESQ.
    Attorneys for Defendant, Hopeman Brothers
9
10  HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
11  40 Paterson Street
    New Brunswick, New Jersey 08903
12  BY: BRUCE McCOY, ESQ.
    Attorneys for Defendant, Johnston Boiler
13
14
    LEADER & BERKON, ESQS.
15  630 Third Avenue
    New York, New York 10017
16  BY: DANIELLE CENEUS, ESQ.
    Attorneys for Defendant, IMO Industries
17
18
    SEGAL, MCCAMBRIDGE, SINGER & MAHONEY, LTD.
19  805 Third Avenue, Suite 400
    New York, New York 10022
20  BY: ARLENE GHARABEIGIE, ESQ.
    Attorneys for Defendants, Garlock, Anchor, Gardner
21  Denver, Fairbanks, Morse Pump
22
23  CLEMENTE MUELLER, PA
    218 Ridgedale Avenue
24  Morristown, New Jersey 07962-1296
    BY: MATTHEW SAMPAR, ESQ.
25  Attorneys for Defendant, Durabla
```

Page 5

```
1   A P P E A R A N C E S
2   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
    150 East 42nd Street, 23rd Floor
3   New York, New York 10017
    BY: ERIK DIMARCO, ESQ.
4   Attorneys for Defendants, Murphy Industries, A.W.
    Chesterton
5
6
    WATERS, McPHERSON & McNEILL, PC
7   300 Lighting Way, 7th Floor
    Secaucus, New Jersey 07096
8   BY: DONALD FAY, ESQ.
    Attorneys for Defendant, Elliott Turbomachines
9
10
    WILBRAHAM, LAWLER & BUBA, PC
11  1818 Market Street, Suite 3100
    Philadelphia, Pennsylvania 19103
12  BY: KEITH BABULA, ESQ.
    Attorneys for Defendant, BPI
13
14
    CULLEN & DYKMAN, LLP
15  177 Montague Street
    Brooklyn, New York 11201
16  BY: JUSTIN M. TAFE, ESQ.
    Attorneys for Defendants, Goulds Pumps, Leslie
17  Controls, Howden Buffalo
18
19  FELDMAN, KIEFFER & HERMAN, LLP
    The Dun Building
20  110 Pearl Street, Suite 400
    Buffalo, New York 14202
21  BY: BRIAN McCAFFREY, ESQ.
    Attorneys for Defendant, Selby Battersby
22
23
24
25
```

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

---

Page 6

```
1   A P P E A R A N C E S
2   KELLEY, JASONS, MCGOWEN, SPINELLI & HANNA, LLP
    120 Wall Street
3   30th Floor
    New York, New York 10005
4   BY:  CHRISTOPHER HANNAN, ESQ.
    Attorneys for Defendant, FMC Corporation on behalf
5   of its former Northern Pump and Peerless Pump Business
6
7   WEINER LESNIAK, LLP
    888 Veterans Memorial Highway, Suite 540
8   Hauppauge, New York 11788
    BY:  MATTHEW STRAUS, ESQ.
9   Attorneys for Defendant, Peerless Industries, Inc.
10
11  ANDERSON, KILL & OLICK, P.C.
    1251 Avenue of the Americas
12  New York, New York 10020
    BY:  MICHAEL SILVERMAN, ESQ.
13  Attorneys for Defendant, Union Carbide
14
    LAVIN, O'NEIL, RICCI,
15  CEDRONE & DISIPIO, ESQS.
    420 Lexington Avenue
16  Graybar Building
    New York, New York 10170
17  BY:  TIMOTHY J. McHUGH, ESQ.
    Attorneys for Defendant, Otis Elevator Co.
18
19
    DICKIE, McCAMEY & CHILCOTE, P.C.
20  20 West Kings Highway, Suite 200
    Haddonfield, New Jersey 08033-2116
21  BY:  TONY TANCINI, ESQ.
    Attorneys for Defendants, Yarway, Inc., Tyco Flow
22  Control, Inc.
23
24
25
```

---

Page 7

```
1   A P P E A R A N C E S
2   GILBERT & GILBERT, LLC
    350 Fifth Avenue
3   The Empire State Building, Suite 5615
    New York, New York 10118
4   BY:  BRENDAN CHAO, ESQ.
    Attorneys for Defendant, NG
5
6
7   BIVONA & COHEN, PC
    88 Pine Street
8   New York, New York 10005
    BY:  PATRICK STEINBAUER, ESQ.
9   Attorney for Defendant, Eaton
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 8

```
1        IT IS HEREBY STIPULATED AND AGREED by
2   and between the attorneys for the respective parties
3   hereto that filing, sealing and certification of the
4   within Examination Before Trial be waived; that all
5   objections, except as to form, are reserved to the
6   time of trial.
7        IT IS FURTHER STIPULATED AND AGREED
8   that the transcript may be signed before any Notary
9   Public with the same force and effect as if signed
10  before a Clerk or Judge of the Court.
11       IT IS FURTHER STIPULATED AND AGREED
12  that the within examination may be utilized for all
13  purposes as provided by the CPLR.
14       IT IS FURTHER STIPULATED AND AGREED
15  that all rights provided to all parties by the CPLR
16  shall not be deemed waived and the appropriate
17  sections of the CPLR shall be controlling with
18  respect thereto.
19       IT IS FURTHER STIPULATED AND AGREED
20  by and between the attorneys for the respective
21  parties hereto that a copy of this Examination shall
22  be furnished, without charge, to the attorney
23  representing the witness testifying herein.
24
25
```

---

Page 9

```
1              I N D E X
2   WITNESS NAME                      PAGE NO.
3   SALVATORE GITTO
4   Examination by MR. BLOCK              10
5
6
7            E X H I B I T S
8   EXHIBIT      DESCRIPTION           PAGE
9   P-4          Document              51
10  P-5          Photograph            53
11  P-6          Photograph            53
12  P-7          Photograph            53
13  P-8          Photograph            53
14
15  8(a)         Photograph            66
16  *** See page 57 regarding marking
17
18  P-9          Photograph            66
19  P-10         Photograph            66
20  P-11         Photograph            66
21
22
23
24
25
```

Page 10

1      THE VIDEOGRAPHER: Today's date is June
2  7, 2007. The time is 12:18 p.m. My name is
3  Jim Bradey. I'm the videographer. I'm from
4  Certified Video Productions. I ask now that
5  the court reporter please swear in the
6  witness.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1  SALVATORE GITTO,
2  called as a witness, having been first duly sworn by
3  a Notary Public of the State of New York, was
4  examined and testified as follows:
5  EXAMINATION BY
6  MR. BLOCK:
7      Q.   Good afternoon, Mr. Gitto.
8  A.   Good afternoon.
9      Q.   Hi. As you know, my name is Jerome
10  Block, and I'm one of the attorneys representing you
11  in this case. Mr. Gitto, I'm going to try to keep my
12  voice up, because I know that recently, you've been
13  having trouble hearing, and please let me know if I
14  should speak louder at any time. Okay?
15  A.   Okay.
16      Q.   Mr. Gitto, where are we today?
17  A.   We're located in my home at 324 95th Street,
18  Brooklyn, New York.
19      Q.   And what neighborhood in Brooklyn are we
20  in right now?
21  A.   Bay Ridge, Brooklyn.
22      Q.   And have you lived in Bay Ridge in
23  Brooklyn your whole life?
24  A.   Essentially my whole life, yes.
25      Q.   And how long have you lived in this

Page 12

1  current home?
2  A.   Since 1988.
3      Q.   And who do you live here with, Mr. Gitto?
4  A.   My wife, Phyllis.
5      Q.   And approximately how long have you been
6  married to your wife Phyllis? We don't need the
7  exact numbers.
8  A.   Fifty-three years.
9      Q.   Okay. That's pretty exact.
10      Do you and Phyllis have children?
11  A.   Three.
12      Q.   And do you have grandchildren?
13  A.   Seven.
14      Q.   Mr. Gitto, are you a veteran of the
15  United States Army?
16  A.   I am.
17      Q.   And are you a veteran of the United
18  States Navy?
19  A.   U.S. Army.
20      Q.   Okay. Did you also -- were you also
21  employed by the Navy during your life?
22  A.   Thirty-five years.
23      Q.   Mr. Gitto, I'd like to take you back to
24  the year 1951, okay?
25  A.   Um-hum.

Page 13

1      Q.   And did you begin employment with the
2  United States Navy in 1951?
3  A.   Brooklyn Navy Yard, Brooklyn, New York.
4      Q.   And approximately what month in 1951 did
5  you first begin work in the Brooklyn Navy Yard?
6  A.   It was April of 1951.
7      Q.   And, sir, what is your date of birth?
8  A.   11/5/32.
9      Q.   So, at the time that you began at the
10  Brooklyn Navy Yard, you were still 18 years old?
11  A.   Yes.
12      Q.   Why did you decide to begin work at the
13  Brooklyn Navy Yard in April 1951?
14  A.   There were employment opportunities that were
15  paying better than other opportunities in the area,
16  and I was looking to learn a trade.
17      Q.   And was this during a time of war?
18  A.   The Korean War had started in June of 1950.
19      Q.   And how, if at all, was the Brooklyn Navy
20  Yard assisting the war effort at the time you began
21  with the Brooklyn Navy Yard in April of 1951?
22  A.   Absolutely. They were mobilizing and bringing
23  ships in to come ready to participate in the
24  conflict, yes.
25      Q.   And --

Page 14

1    A.    And there was new construction going on also.
2        Q.    And how did you feel about that?
3    A.    I wanted to become part of it.
4        Q.    You said that working at the Brooklyn
5    Navy Yard also was a decent employment opportunity
6    back then?
7    A.    Yes.
8        Q.    And do you recall what your pay was per
9    day?
10    A.    Exactly $9.44 a day.
11        Q.    When you began at the Brooklyn Navy Yard,
12    what position or job title did you start in?
13    A.    I had competed for a job as an apprentice
14    shipfitter, and I was successful and was employed.
15        Q.    And how long is the apprentice program
16    for a shipfitter?
17    A.    It's a four-year formal program, which
18    includes one week of formal schooling every month.
19        Q.    And can you describe just generally, as
20    best you can, what a shipfitter does with regard to
21    shipbuilding or ship repair?
22    A.    I like to compare it to the equivalent of a
23    carpenter in the construction industry.  Build the --
24    put the flooring in, put the walls in, put the
25    ceiling in, put the doors on, put the lath, put the

Page 15

1    staircases in, and generally it's work that's done
2    with structural steel.
3        Q.    How, if at all -- strike that.  How, if at
4    all, is the building of foundations on a ship part of
5    the trade of shipfitter?
6    A.    All the equipment on a ship is mounted on some
7    sort of foundation.  The responsibility for the
8    installation of those foundations, the location of
9    those foundations, are a shipfitter's responsibility.
10        Q.    Now, did there come a point in time when
11    you were drafted into the Army?
12    A.    December 1952.
13        Q.    Okay.  And at that time, was your
14    apprenticeship program at the Brooklyn Navy Yard
15    interrupted?
16    A.    Yes.
17        Q.    And did you serve in the United States
18    Army?
19    A.    For two years.
20        Q.    When were you -- do you recall exactly
21    when you were discharged from the Army?
22    A.    December 1954, from active duty.  I still had
23    reserve time to serve.
24        Q.    And what type of discharge was it?
25    A.    Honorable.

Page 16

1        Q.    Can you tell the jury what you did in the
2    Army and where you did your service?
3    A.    I wound up in the medical service.  I was
4    trained as an X-ray technician.  Served two years in
5    Fort Belvoir, Virginia as an X-ray tech working in
6    the Army hospital down there.
7        Q.    After you were honorably discharged from
8    the Army, did you return to the Brooklyn Navy Yard?
9    A.    Yes.
10        Q.    And, at that point in time, did you
11    continue your apprenticeship in the trade of
12    shipfitter?
13    A.    Yes.
14        Q.    Do you recall when you completed your
15    shipfitter apprenticeship?
16    A.    It would have been an additional two more
17    years for a total of six years.
18        Q.    Okay.  Let me show you what has been
19    previously marked and discussed as Exhibit D-1 to
20    your deposition.
21    A.    Um-hum.
22        Q.    Do you recognize Exhibit D-1?
23    A.    Yes.  This is my certificate of completion as
24    an -- my apprenticeship program in April of 1957.
25        Q.    And is that a true and accurate copy of

Page 17

1    the original certificate that you've kept in your
2    possession to this day?
3    A.    Yes.
4        Q.    Can you just show that to the camera so
5    it can be seen?
6        (Witness complying with request)
7        Q.    And the certificate reflects that you
8    completed your apprenticeship as a shipfitter on or
9    about April 29th, 1957.  Is that consistent with your
10    recollection?
11    A.    Yes.
12        Q.    After you became a shipfitter or --
13    strike that.
14        When did you leave the Brooklyn Navy
15    Yard?
16    A.    When it closed in nineteen -- May of 1966.
17        Q.    Okay.  And were you a shipfitter up until
18    the time that you left the Brooklyn Navy Yard in
19    about May 1966?
20    A.    No.  I had received the promotion to
21    shipbuilding inspector, shipbuilding and hull
22    machinery inspector.
23        Q.    And was that several years -- did that
24    promotion occur several years before you left the
25    Brooklyn Navy Yard?

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 18

1  A.   Yes.
2       Q.   And your title of ship inspector, was
3  that a title that included certain parts of the ship
4  or certain subjects?
5  A.   Generally, it included the -- it didn't really
6  get involved with -- other than -- there were
7  specific areas that shipfitters focused on. One
8  instance would be the anchor would be the
9  responsibility of a shipfitter. The steering gear
10 would be the responsibility or shipfitter work. The
11 transfer of fuel to personnel would be the
12 responsibility of a shipfitter.
13      Q.   In your work as a shipfitter, what, if
14 any, responsibility did you have with regard to
15 machinery?
16 A.   In the machinery spaces, all of the equipment
17 was mounted on foundations. It was shipfitter
18 responsibility to see that these foundations were in
19 the accurate location, that they were in good shape
20 and that they served the function that they were
21 meant to serve, that they were in according to the
22 blueprints and specifications.
23      Q.   Mr. Gitto, I now want to ask you some
24 questions about your work at the Brooklyn Navy Yard
25 during your entire career there during the years 1951

Page 19

1  and 1952 and also during the years 1954 through 1966,
2  okay? Now, during your years at the Brooklyn Navy
3  Yard, did you do work on new construction of ships?
4  A.   Yes, sir.
5       Q.   And, as you sit here today, do you recall
6  some of these ships that you did new construction on
7  at the Brooklyn Navy Yard?
8  A.   Yes, sir.
9       Q.   And can you identify those for the jury?
10 A.   There are two that I recall, the U.S.S.
11 Constellation and the U.S.S. Saratoga. For the
12 first -- CV-60 was the Saratoga, and it was the first
13 new construction ship. There might have been --
14 there was a new type of ship also, landing personnel
15 built for the Marine Corps, the OPDs. I think U.S.S.
16 Raleigh was one of them.
17      Q.   And were there other ships other than the
18 Constellation, the Saratoga and the Raleigh in which
19 you did work on new construction at the Brooklyn Navy
20 yard?
21 A.   There may have been. I don't recall the names
22 offhand.
23      Q.   Okay.
24 A.   Oh, I'm sorry. There was one more. Excuse
25 me. The Independence. CV-62 was a new -- new ship.

Page 20

1       Q.   Now, can you describe for us, Mr. Gitto,
2  what type of work, if any, you did during the new
3  constructions of ships at the Brooklyn Navy Yard
4  relating to equipment?
5  A.   Well, relating to equipment, a ship is built
6  up, as you know, from the keel up, and then they
7  start putting structural members, steel beams. They
8  start building engine spaces and different spaces
9  where equipment goes into, and I would have been
10 involved with that build-up of the ship's structure
11 and then any foundations that might have -- that the
12 equipment might have had to be mounted on on the
13 inside of the ship.
14      Q.   Why did equipment have to be put on
15 foundations on a Navy ship?
16 A.   It was the way they secured it to the ship,
17 otherwise it would move around, roll around, become a
18 danger to a person's health or damage of the
19 equipment. Had to be secured.
20      Q.   Throughout your career at the Brooklyn
21 Navy Yard, did you build foundations for valves?
22 A.   Yes.
23      Q.   And throughout your career at the
24 Brooklyn Navy Yard, did you build foundations for
25 turbines?

Page 21

1  A.   Yes.
2       Q.   Throughout your career at the Brooklyn
3  Navy Yard, did you build foundations for compressors?
4  A.   Yes.
5       Q.   Throughout your career at the Brooklyn
6  Navy Yard, did you build foundations for pumps?
7  A.   Yes.
8       Q.   What would happen, Mr. Gitto, after you
9  built the foundations for this type of equipment on a
10 ship? What would happen next in the process?
11 A.   The next trade that would come along would
12 probably be machinists, outside machinists that were
13 responsible for the installation and the operation of
14 their particular equipment, and they would start
15 doing their things, like shimming and lining up
16 various piping and electrical wiring. Again,
17 electricians would be part of the operation,
18 machinists. Pipe fitters would fit all the piping
19 to -- pipe coverers that would protect the piping,
20 insulate it.
21      Q.   What, if anything, would the pipe
22 coverers or laggers do with regard to the surface of
23 the equipment, of the types of equipment that you've
24 referred to?
25 A.   To my knowledge, they were covered with

6 (Pages 18 to 21)

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 22

1   asbestos pipe covering or insulation for protection.
2       Q.   And where would you be, sir, when pipe
3   coverers were -- or laggers were insulating this
4   equipment?
5           MS. MITTLEMAN:  Objection.
6   A.   In the general area.
7       Q.   And --
8   A.   No one specific location.
9       Q.   And were you --
10  A.   My jobs took me from all over.
11      Q.   And were you able to observe the
12  conditions in the air when the type of equipment
13  you've referred to was being insulated?
14          MS. MITTLEMAN:  Objection.
15  A.   Yes.
16      Q.   And can you describe the conditions in
17  the air when the insulators would be insulating the
18  surface of the equipment that you've referred to?
19          MS. MITTLEMAN:  Objection.
20          MS. WAYNE:  Form.
21          MR. HANNAN:  Objection.
22  A.   Usually dusty and dirty and filled with
23  fibers.
24      Q.   And when I say the equipment that you've
25  referred to before -- that you've referred to

Page 23

1   previously, would that include pumps?
2           MR. HANNAN:  Objection.
3           MS. MITTLEMAN:  Objection.
4   A.   Yes.
5       Q.   Would it include valves?
6   A.   Yes.
7       Q.   Would it include turbines?
8           MS. WAYNE:  Form.
9   A.   Yes.
10      Q.   And would it include compressors?
11          MS. MITTLEMAN:  Objection.
12  A.   Yes.
13      Q.   Earlier in your testimony today, you were
14  asked about associated piping.  Do you remember that?
15  The term "associated piping."
16  A.   Um-hum.
17      Q.   And can you describe the function of
18  associated piping or -- strike that.
19          Can you just tell us what that means,
20  "associated piping," in your mind.
21          MS. MITTLEMAN:  Objection.
22          MR. STEINBAUER:  Form.
23  A.   It may not be piping that's directly involved
24  in the operation of that particular machine, but
25  maybe -- it may be a cooling function that they might

Page 24

1   have to pass cool water around the piece of equipment
2   to keep it at a desired temperature.  That piping I
3   would classify as associated piping or...
4       Q.   In your mind, does associated piping
5   include piping that would come with the equipment?
6           MS. WAYNE:  Objection to form.
7           MS. MITTLEMAN:  Objection.
8   A.   May or may not.
9       Q.   Sir, during your years at the Brooklyn
10  Navy Yard, did you also work on ships that were being
11  taken out of mothballs?
12  A.   Yes.
13      Q.   And can you describe to the jury what it
14  means for a ship to be taken out of mothballs?
15  A.   I think essentially after World War II, they
16  had an excess of a number of ships that weren't in
17  their current need.  In order not to -- in order to
18  preserve those ships in case of an emergency, they
19  went through a process called mothballing, so that
20  they could easily be recovered in a short period of
21  time and be put back in service.  That process meant
22  a lot of preserving, a lot of covering and coating
23  and covering the holes that -- the ship had numerous,
24  numerous holes in them, and they all had to be
25  sealed.  Ship was then coated in cosmaline (phonetic)

Page 25

1   or some other protective device and put in some
2   remote area and was, in fact, used during some
3   subsequent conflicts.
4       Q.   And do you recall the name of any
5   particular ships that you worked on when the ship was
6   being taken out of mothballs?
7   A.   There were a couple of them.  The New Jersey
8   was one that comes to mind that was mothballed.
9   Another one was the battleship Missouri.  I'm pretty
10  sure that was mothballed and taken out, and I worked
11  on it.
12      Q.   Were there other ships that you worked on
13  that were taken out of mothballs where you can't
14  specifically identify that ship as you sit here right
15  now?
16  A.   Yes.
17      Q.   Now, Mr. Gitto, what work did you perform
18  on ships that were being taken out of mothballs at
19  the Brooklyn Navy Yard that related to equipment in
20  any way?
21  A.   Main function was to uncover all the holes
22  that were sealed and make sure that they were clear
23  and that fluid is able to flow through them; but in
24  addition to that, if there was any new equipment that
25  was being installed, to assure that it was located,

Page 26

1    there was room for new equipment and that it was in
2    the proper location. It was a new location that was
3    designated, and that meant rebuilding the foundation,
4    welding, cutting and tack welding it to be
5    permanently welded to the deck.
6        Q.    How common, if at all, was it for
7    equipment to be replaced during the process of taking
8    a ship out of mothballs?
9    A.    Fairly common.
10        Q.    In your work on ships that were being
11    taken out of mothballs, were you present when pumps
12    were replaced?
13        MR. HANNAN:    Objection
14    A.    Yes.
15        Q.    Were you present when valves were
16    replaced?
17    A.    Yes.
18        Q.    Were you present when turbines were
19    replaced?
20        MS. WAYNE:    Form.
21    A.    Yes.
22        Q.    And were you present when compressors
23    were replaced?
24        MS. MITTLEMAN:    Objection.
25    A.    Yes.

Page 27

1        Q.    Now, sir -- strike that.
2        What, if anything, would you have to do
3    with regard to determining whether the foundation in
4    the ship was suitable for a piece of equipment when a
5    ship was being taken out of mothballs?
6    A.    Have to get the current specification and
7    drawing, and check the actual location against the
8    new requirement.
9        Q.    And if the foundation was not suitable,
10    what would you have to do?
11    A.    Probably remove the old foundation and all the
12    associated piping and electrical connections and
13    prepare it for new installation by various trades.
14        Q.    And how common, if at all, was that when
15    you were doing work taking ships out of mothballs?
16    A.    Fairly common. The configuration of equipment
17    changed considerably. We're talking a period of
18    three in the end of World War II and the start of the
19    Korean War. Period of five years. Equipment
20    changed. Configurations changed. A pipe came out
21    this side of a pump, now it came out this side of a
22    pump. You would need new foundation, new piping, new
23    electrical wiring. So, it's fairly common.
24        Q.    Now, what, if anything, would you be
25    doing when this old equipment would be removed from a

Page 28

1    ship being taken out of mothballs?
2        MS. MITTLEMAN:    Objection.
3    A.    Well, I had to assure that the old equipment
4    that was on there was taken off and properly disposed
5    of, and I would acquire services usually of a burner,
6    an acetylene torch. Would come along and burn the
7    bottom physically and remove the foundation.
8    Electrician would then come along and remove the old
9    bundle of wires. Pipe fitter come and remove his
10    piping. Lagger would remove his insulation, and we'd
11    have to start with a clean start and lay out a new
12    area where the equipment belonged.
13        Q.    How would the insulation be removed from
14    old equipment as you observed it?
15        MS. MITTLEMAN:    Objection.
16        MR. HANNAN:    Objection.
17    A.    Usually in a destructive manner. Since it was
18    all being scrapped, they would come along with their
19    acetylene torches, burn the stuff off, chip it off,
20    rip it off with a hammer. Whatever was the easiest
21    way for them to remove it.
22        Q.    And what would the conditions be like in
23    the vicinity of that insulation as you observed it?
24        MS. MITTLEMAN:    Objection.
25        MR. HANNAN:    Objection.

Page 29

1    A.    Horrible. Dusty, dirty. Fibers, could
2    breathe the dust in. The room was so bad you could
3    hardly see your hand in front of your face. The
4    ventilation was very poor.
5        Q.    Let me ask you as a separate question.
6    How was the ventilation in these spaces of the ship
7    where old equipment was being removed?
8        MS. WAYNE:    Objection.
9    A.    Very poor.
10        Q.    Would large pieces of equipment ever have
11    to be taken apart or broken down in preparation for
12    removal from the ship?
13        MS. MITTLEMAN:    Objection.
14        MR. HANNAN:    Objection.
15        MR. STEINBAUER:    Objection.
16    A.    Yes.
17        Q.    And did you observe pumps being broken
18    down before they'd be removed from ships?
19        MS. MITTLEMAN:    Objection.
20        MR. HANNAN:    Objection.
21        MR. STEINBAUER:    Objection.
22    A.    Yes.
23        Q.    Did you observe valves being broken down
24    before they'd be removed from ships?
25    A.    All kinds of equipment, yes.

Page 30

1      Q.   And would that also include turbines and
2   compressors?
3         MS. WAYNE:  Objection to form.
4            MS. MITTLEMAN:  Objection.
5            MR. STEINBAUER:  Objection.
6   A.   All kinds of equipment.
7      Q.   What would the different trades use --
8   strike that.
9         And did you observe that, sir?
10  A.   Yes, sir.
11     Q.   What did you observe the various trades
12  using to break a piece of equipment apart before it
13  would be in preparation for removal from the ship?
14           MS. MITTLEMAN:  Objection.
15           MR. HANNAN:  Objection.
16  A.   Depended on the equipment.  Anything from an
17  acetylene torch to chipping hammer to more --
18  anything to make the piece small enough so they could
19  be sent up, because these spaces were usually buried
20  in the bowels of the ship and have to be raised and
21  taken off the ship, you know, greater height.
22     Q.   Now, when new equipment was then being
23  put in when a ship was being taken out of mothballs,
24  would you build a foundation?
25  A.   If it was necessary, yes.

Page 31

1      Q.   Sometimes could you just repair the
2   foundation?
3   A.   Yes.
4      Q.   Again, what would the process once you
5   set up the foundation?  What would be the process
6   with regard to the new equipment?
7         MS. MITTLEMAN:  Objection.
8   A.   Once I finished with my portion, assured
9   myself and my associates that the foundation was in
10  the proper location, there'd usually be a series of
11  holes that had to be drilled on the equipment into
12  the foundation.  So, the outside machinists were the
13  ones that were responsible for that particular
14  function, and then the process would begin.
15  Electricians would come in, start laying out the
16  wires that they needed.  Pipe fitters would lay out
17  the piping.  Ventilation people sometimes had to be
18  involved if there was interference with the existing
19  ventilation, and the process would go on until the
20  equipment got installed.  Installation was usually
21  handled by a trade group called the riggers.  They
22  would be responsible for the lifting, securing of
23  that piece of equipment so it landed on the
24  foundation.
25     Q.   Earlier you testified that you would be

Page 32

1   in the vicinity when the new pieces of equipment were
2   being insulated.  Do you recall that?
3   A.   All the time.  They would need -- possibly
4   need the services of a shipfitter to move a stanchion
5   that might have been in the way or a door was too
6   small, it had to be removed or a ladder had to be
7   taken off so they could put -- you had shipfitters
8   standing by when all of this was going on.
9      Q.   Okay.  And were those some of the reasons
10  why, as a shipfitter, you would still be in the area
11  when a new piece of equipment was being insulated?
12           MR. TOLA:  Objection.
13  A.   My job.
14     Q.   Were there times when you were building
15  or repairing a new piece of equipment where there
16  were other pieces of equipment that were being
17  insulated in the same vicinity?
18           MS. MITTLEMAN:  Objection.
19           MR. HANNAN:  Objection.
20  A.   Sure.
21     Q.   How common, if at all, was that?
22  A.   Fairly common.  Half the time.
23     Q.   Now, during your career at the Brooklyn
24  Navy Yard, did you also work on ships that were being
25  rehabilitated or modernized?

Page 33

1   A.   Yeah.  The Navy had a program called a FRAM,
2   Fleet Rehabilitation and Modernization program.
3   These mainly were destroyers, World War II destroyers
4   that were built during World War II, destroyers and
5   destroyer escorts, and most of them were 20, 30 years
6   old and pretty dilapidated.  So, the Navy set up a
7   program to rehabilitate these type of vessels and
8   make them into, I guess, mostly radar picket ships,
9   submarine, anti-submarine warfare and that type.  So,
10  there were extensive ships came in, fairly extensive
11  time.  I don't recall exactly how long, but there
12  were -- a lot of work was done.  There was a lot of
13  ripping out and building up pieces that were
14  deteriorated.  Actually pieces of the shell of the
15  ship that were rotted through.  That's how long they
16  were out there.
17     Q.   Was this type of work, I believe you
18  mentioned, known as FRAM overhauls?
19  A.   FRAM.
20     Q.   And that's an acronym.  What does that --
21  F-R-A-M --
22  A.   Fleet rehabilitation and modernization.
23     Q.   And do you remember any specific ships
24  that you worked on doing a FRAM overhaul?
25  A.   There were a number of ships.  I don't

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 34

1  remember all of the names. Actually, one or two
2  stick out in my mind. The Putnam and I believe the
3  Mackenzie is another one that I spent a fair amount
4  of time on. It wasn't like you were assigned to one
5  ship and stayed on it for a year. You might work on
6  it for a day or a week and go to another ship. It's
7  a little difficult to remember all the names.
8      Q. Okay. Other than the Putnam and the
9  Mackenzie, were there other FRAM overhauls that you
10  worked on which involved destroyers and destroyer
11  escorts at the Brooklyn Navy Yard?
12  A.    Many of them.
13      Q. And what, if any, work with FRAM
14  overhauls related to equipment?
15  A.    In a very similar manner to the work that I
16  was doing on new construction would be the type of
17  work I would be doing on a FRAM. Checking the old
18  foundations, any new equipment that needed
19  relocation, built up a new foundation, and any other
20  associated type of work that had to do with
21  deterioration or rebuilding of the ship to make it
22  serviceable again.
23      Q. Would the work that you performed in the
24  removal of old equipment and the installation of new
25  equipment in FRAM overhauls be the same as you've

Page 35

1  described previously in your testimony?
2      MS. WAYNE: Objection, foundation.
3      MS. MITTLEMAN: Objection.
4      MR. STEINBAUER: Objection.
5      MR. HANNAN: Objection.
6  A.    Very much the same.
7      Q. How, if at all, did your work on the
8  removal of old equipment differ when you were
9  involved in a FRAM overhaul as compared to when a
10  ship was being taken out of mothballs?
11      MS. WAYNE: Objection to form.
12  A.    I can't think of any differences. The work
13  was very, very similar.
14      Q. And how, if at all, did your work in
15  assisting with the installation of new equipment
16  differ, if at all, with a FRAM overhaul versus taking
17  a ship out of mothballs, which you described earlier?
18  A.    The process was very similar. We checked, we'd
19  see if the foundation's in the proper location. If
20  it wasn't, it had to be removed. Everything
21  associated would have to change and would have to be
22  rebuilt again if it needed. So, the process is very
23  similar.
24      Q. And were the conditions that you observed
25  when old equipment was being taken out and new

Page 36

1  equipment installed when you did work in FRAM
2  overhaul similar to what you described previously
3  when a ship was being taken out of mothballs?
4      MS. MITTLEMAN: Objection.
5      MR. HANNAN: Objection.
6  A.    Very similar. Actually, if I had to say there
7  was a difference, the ships that were in the
8  mothballs might have been dirtier and accumulated
9  more dust. Just a dirtier work environment because
10  of the length of time that they were using...
11      Q. Okay. You were asked earlier today about
12  Vicker valves. Do you recall that testimony?
13  A.    Um-hum.
14      Q. And did you work around Vickers valves on
15  Navy ships throughout your career at the Brooklyn
16  Navy Yard?
17  A.    Yes.
18      Q. You were also asked about Vickers pumps.
19  Did you work around Vickers pumps on Navy ships
20  throughout your career at the Brooklyn Navy Yard?
21  A.    Yes.
22      Q. And was the type of work that you did in
23  the vicinity of Vickers valves and pumps at the
24  Brooklyn Navy Yard what you have described in your
25  testimony on this videotape today?

Page 37

1  A.    Yes.
2      MR. STEINBAUER: Form.
3      Q. Sir, I believe counsel -- strike that.
4      Sir, did you work around Ingersoll-Rand
5  pumps on Navy ships throughout your career at the
6  Brooklyn Navy Yard?
7      MS. MITTLEMAN: Objection to form.
8      Q. There was an objection, so let me phrase
9  it a little different.
10      How often did you work on Ingersoll-Rand
11  pumps on Navy ships during your career at the
12  Brooklyn Navy Yard?
13  A.    They were pretty common pumps. They were all
14  over the ship. So, it was quite often. If I was in
15  the area.
16      Q. Have you described on this videotape
17  today the type of work you would be doing around
18  Ingersoll-Rand pumps?
19  A.    Similar to what I've testified to before.
20      Q. Sir, did you work around Ingersoll-Rand
21  compressors on Navy ships throughout your career at
22  the Brooklyn Navy Yard?
23      MS. MITTLEMAN: Objection.
24  A.    Yes.
25      Q. There was an objection, so let me ask it

Page 38

1    a little different.
2         How often, if at all, did you work around
3    Ingersol-Rand compressors on Navy ships during your
4    career at the Brooklyn Navy Yard?
5         MS. MITTLEMAN: Objection.
6    A.    Quite often.
7         Q.   Have you described for the jury today on
8    this videotape the type of work that you did around
9    Ingersoll-Rand compressors during your career at the
10   Brooklyn Navy Yard?
11   A.    Again, testified to similar operations. Would
12   check to see that the existing foundation and pump
13   were in the right location and didn't need any
14   modification or any changes made to it.
15        Q.   Have you fully described the type of
16   conditions that you observed around Ingersoll-Rand
17   compressors on this videotape?
18        MS. MITTLEMAN: Objection.
19   A.    I believe so.
20        Q.   What, if anything, covered the surface of
21   the Ingersoll-Rand pumps?
22        MS. MITTLEMAN: Objection.
23   A.    Usually was an asbestos blanket.
24        Q.   And how, if at all, would that asbestos
25   blanket on the Ingersoll-Rand pumps be disturbed in

Page 39

1    your presence?
2         MS. MITTLEMAN: Objection.
3    A.    If the pump had to be removed, the blanket had
4    to be removed first, and we had various means that we
5    used to take those blankets off, discard them.
6    Depended if they were never going to be used again.
7    Anything. It could have been anything.
8         Q.   And what were some of the ways in which
9    you observed the asbestos blanket covering on
10   Ingersol-Rand pumps being removed?
11        MS. MITTLEMAN: Objection.
12   A.    I saw all kinds of destructive manners. I saw
13   them being burnt off, being ripped off, being
14   hammered off. Any way that they can be easily
15   removed was used.
16        Q.   And what, if anything, did you observe in
17   the air when the Ingersoll-Rand pumps -- strike that.
18        What, if anything, did you observe in the
19   air when the asbestos blanket covering of the
20   Ingersoll-Rand pumps would be removed in what you've
21   referred to as a destructive manner?
22        MS. MITTLEMAN: Objection.
23   A.    Destructive manner, it's usually observed
24   fiber floating in the air. The air was so thick and
25   dirty, like I said, you could almost move it with

Page 40

1    your hand.
2         Q.   What, if anything, sir, covered the
3    surface of the Ingersoll-Rand compressors?
4    A.    Again, similar blankets we used to cover the
5    surface with those.
6         Q.   And would the manner in which the
7    asbestos blanket covering was removed from
8    Ingersoll-Rand compressors differ in any way than
9    what you've already described when that same covering
10   was removed from Ingersoll-Rand pumps?
11        MS. MITTLEMAN: Objection.
12   A.    No.
13        Q.   And did you personally observe the
14   asbestos blanket covering being removed from
15   Ingersoll-Rand compressors?
16        MS. MITTLEMAN: Objection.
17   A.    Yes.
18        Q.   Sir, did you work around Westinghouse
19   turbines on Navy ships throughout your career at the
20   Brooklyn Navy Yard?
21   A.    I'm sure I did it, yes.
22        Q.   Have you described for the jury on this
23   videotape today your observations working around
24   Westinghouse turbines?
25        MS. WAYNE: Form.

Page 41

1    A.    I didn't have any specific responsibility on
2    the turbine, unless there was a particular problem
3    with a bracket, something protruding, but they would
4    pretty much handle it in the same manner as other
5    equipment that was being removed.
6         Q.   Did you build foundations for
7    Westinghouse turbines?
8    A.    I don't remember specifically, but my answer
9    would be yes, that would be the general type of work
10   that I did on all of the ships.
11        Q.   And did you observe asbestos -- strike
12   that.
13        Based upon your observations, what, if
14   anything, covered the surface of Westinghouse
15   turbines?
16   A.    Initially?
17        Q.   Yes.
18   A.    They were covered by asbestos blankets.
19        Q.   And did you ever observe those asbestos
20   blankets being removed from Westinghouse turbines?
21   A.    Yes.
22        Q.   And could you describe that process in
23   which they would be removed?
24   A.    Destructive manner, in most cases, if they
25   weren't being used again. If there was some reason

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 42

1  that there was no problem, they'd try to preserve the
2  blanket. Otherwise, it got scrapped.
3      Q.   And during the occasions on which you
4  observed the asbestos blanket covering being removed
5  from Westinghouse turbines in a destructive manner,
6  what did it look like?
7          MS. WAYNE:  Form.
8  A.   Destructive blanket. Piece of asbestos that's
9  probably torn and ripped and weathered, dirty, dusty.
10     Q.   Okay. Sir, let me move to your time --
11 strike that.
12          Sir, after you stopped working at the
13 Brooklyn Navy Yard, did there come a point in time
14 when you were employed -- strike that.
15          Sir, after your work at the Brooklyn Navy
16 Yard, did there come a time when you worked out of
17 the Grumman facility?
18 A.   Yes.
19     Q.   And where was that facility located?
20 A.   Several locations. Primarily Bethpage, New
21 York.
22     Q.   What was the primary facility that you
23 worked out of while you worked at the Grumman job
24 site?
25 A.   There were several, because I held several

Page 43

1  positions. As an aircraft inspector, I worked in
2  some of the manufacturing plants; plants two, three
3  and four, primarily. And as a manager, I primarily
4  worked at plant 35, administrative building, the
5  Navy.
6      Q.   Do you also recall working in plant 21
7  sometimes?
8  A.   Plant 21, from what I recall, is like a test
9  facility where they brought in aircraft and performed
10 specialized testing on it.
11     Q.   And would you sometimes have to go into
12 plant 21 to be involved in testing and inspection?
13          MR. HANNAN:  Objection.
14 A.   To witness the testing, yes.
15     Q.   Okay. Let me ask that again. Was plant
16 21 one of the buildings that you went into during
17 your work at Grumman?
18 A.   Yes.
19     Q.   And did you go into plant 21 during your
20 work at Grumman in the 1970s?
21 A.   Yes.
22     Q.   In the 1960s?
23 A.   Yes.
24     Q.   Now, you started at Grumman in
25 approximately what year?

Page 44

1  A.   1966, '67.
2      Q.   And when did you stop working at Grumman?
3  A.   1988.
4      Q.   And did you work in what was known as the
5  Farmingdale facility?
6  A.   I worked there. I wasn't assigned on a
7  regular basis. I might have a project that might
8  keep me there a week or two, a month, but I've been
9  in and out of the Farmingdale office.
10     Q.   So, throughout your 22 years or so while
11 working at Grumman, was the Farmingdale facility one
12 of the facilities that you regularly were present in?
13          MR. CHAO:  Objection.
14 A.   You know, I'm getting a little mixed up.
15 Could I go back?
16     Q.   Sure.
17 A.   You used the term Farmingdale. Farmingdale is
18 a town on Long Island, and Grumman had plants in
19 there. Honestly, I don't remember any specific --
20 other than the Bethpage ones, plants at Farmingdale.
21 I'm sure they had it. They also had a facility in
22 Great River where I was really referring to when I
23 was talking about being assigned for a period of
24 time. So, I don't recall -- unless you include all
25 the Bethpage plants in the Farmingdale complex, I

Page 45

1  really don't recall working in a facility at
2  Farmingdale.
3      Q.   Okay. Did you work at most of the
4  Grumman facilities on Long Island?
5          MR. CHAO:  Objection.
6  A.   A good majority of them, yes.
7      Q.   Can you think of any on -- Grumman
8  facilities on Long Island where you did not work
9  during your 22-year career?
10 A.   There might have been some office complexes
11 that I didn't work in. Most of the manufacturing and
12 testing facilities I was in.
13     Q.   Now, were the manufacturing and testing
14 facilities different or the same as, I guess what
15 were known as hangars at the Grumman facilities?
16 A.   Most of them were known as hangars.
17     Q.   So, if you use the word "hangars," are
18 you referring to the areas where aircraft would be
19 tested at Grumman?
20 A.   Um-hum.
21     Q.   And was there piping in these hangars?
22          MR. CHAO:  Objection.
23 A.   Absolutely.
24     Q.   And was there piping in the hangars at
25 Grumman that transported hot fluids?

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 46

1       MR. CHAO: Objection.
2   A.   Yes.
3       Q.   And how do you know that?
4   A.   Heated, mostly these hangars were heated by
5   hot water heaters and installed on the overhead and
6   just re-insulated.
7       Q.   Now, is there any way to give the jury a
8   sense of how much piping you would observe in the
9   hangars that you visited at Grumman?
10  A.   Might have the heater and every two -- every
11  space. Hard to say. Enough to make it comfortable
12  for workmen to do their work.
13      Q.   And do you know whether or not the
14  hot pipes that you observed that the hangars at
15  Grumman were covered?
16  A.   I recall them being covered.
17      Q.   And what do you recall about that?
18  A.   That's about it. I have no idea what they may
19  have been covered with.
20      Q.   Okay. So, as you sit here today, do you
21  know whether or not the pipe covering on hot piping
22  at Grumman contained asbestos?
23  A.   Yes.
24      Q.   Were you ever in the vicinity of this hot
25  piping in the hangars of Grumman when that pipe

Page 47

1   covering was disturbed --
2       MR. CHAO: Objection.
3       Q.   -- or did you ever -- let me ask a
4   different question. Let me withdraw that.
5       Sir, do you think you may have been
6   exposed to any dust from any of the pipe covering
7   that was used in the hangars at Grumman?
8   A.   Very possible.
9       Q.   And why do you think you may have been
10  exposed to dust from pipe covering in the hangars at
11  Grumman?
12  A.   Because there was always some sort of work
13  going on in the overhead. Either they were changing
14  the piping or changing the lighting. Always
15  something going on, and there was always dust coming
16  down.
17      Q.   And do you remember that occurring on a
18  number of occasions?
19  A.   Yes.
20      Q.   Mr. Gitto, who was in charge of safety at
21  Grumman?
22      MR. CHAO: Objection to the form.
23  A.   Grumman had a corporate safety department that
24  has, I believe, a responsibility with overall safety
25  operations there.

Page 48

1       Q.   And when contractors would visit Grumman
2   to do the type of work that you described, would they
3   have to abide by the rules set by Grumman, to your
4   knowledge?
5   A.   Absolutely.
6       Q.   And why do you say "absolutely"?
7   A.   Because they were monitored. They had safety
8   inspectors in the area that had all kinds of
9   information that was out there that if there were any
10  safety violations and how they should be reported.
11      Q.   And who had safety inspectors in the
12  area?
13  A.   Well, Grumman would have the responsibility.
14      Q.   Sir, let me show you what has been marked
15  as Defendant's Exhibit 2, 3, and 4 to your
16  deposition. Starting with Exhibit -- Defendant's
17  Exhibit 2, can you just tell the jury what the title
18  of that notebook is?
19  A.   "Safety Bulletins Manual."
20      Q.   And what is the name above that?
21  A.   "Grumman."
22      Q.   And can you turn the cover so the camera
23  can see it?
24      (Witness complying with request)
25      Q.   Okay. Thank you. Let me show you

Page 49

1   Defendant's Exhibit 3, and what is the title of that
2   notebook?
3   A.   "Nondestructive Test Manual."
4       Q.   And is there -- does it say on the cover
5   who -- whose manual that is?
6   A.   "Grumman Quality Control Laboratory."
7       Q.   Okay. And can you turn that --
8   A.   "Grumman Aircraft Engineering Corporation."
9       Q.   Okay. And can you turn that so the
10  camera can see it?
11      (Witness complying with request)
12      Q.   Thank you. Defendant's Exhibit 4, could
13  you tell the jury what the cover page on the inside
14  cover states?
15  A.   "Quality and Safety Operations."
16      Q.   And is there a name?
17  A.   "Grumman Military/Space Quality Procedures
18  Grumman."
19      Q.   And can you show that to the jury? Show
20  that page to the jury.
21      (Witness complying with request)
22      Q.   And is that your name on the top right
23  corner of that page?
24  A.   Yes.
25      Q.   Okay. Thank you, sir.

Page 50

1      Were these notebooks, Defendant's
2  Exhibits 2, 3 and 4, issued to you while you were
3  employed at Grumman?
4  A.    Yes.
5      Q.  And have you maintained custody of these
6  notebooks until today?
7  A.    Yes.
8      Q.  Have you been able to find any reference
9  to asbestos or the hazards of asbestos in any of
10  these notebooks?
11  A.    No.
12      Q.  Prior to the mid- through late '80s, did
13  you have any knowledge about their being any hazards
14  associated with asbestos?
15  A.    Prior to the mid-'80s, no.
16      Q.  Did the manufacturers of any equipment
17  warn you about any hazards of asbestos?
18      MS. MITTLEMAN:  Objection.
19  A.    No.
20      Q.  Prior to the mid-'80s, did Grumman ever
21  give you any information about the hazards of
22  asbestos?
23      MR. CHAO:  Objection.
24  A.    No.
25      Q.  How did you learn in approximately the

Page 51

1  mid-'80s that asbestos was hazardous?
2  A.    I believe it was the Navy that started the
3  program, started to survey all people that have
4  worked anywhere near or around asbestos, and they
5  started requiring chest X-rays for anybody that
6  was... I believe that was the first thing I heard.
7      Q.  And that information came from the Navy?
8  A.    Navy.
9      Q.  Did Grumman ever supply you with any
10  information about asbestos?
11  A.    Not that I recall.
12      Q.  During your entire career working at
13  Grumman, who was your employer?  Who was your
14  official employer?
15  A.    United States Navy.
16      MR. BLOCK:  And can we mark this as
17  Plaintiff's -- just Plaintiff's Exhibit next,
18  please.
19      (Whereupon, the referred-to document was
20  marked Plaintiff's Exhibit 4 for
21  Identification by the court reporter.)
22      MR. BLOCK:  And this is actually going to
23  be Plaintiff's Exhibit 4.
24      Q.  And let me show you what has been marked
25  as Plaintiff's Exhibit 4. Mr. Gitto, do you

Page 52

1  recognize it?
2  A.    My Navy identification badge.  Allowed me
3  access to and from Grumman.
4      Q.  And can you show that to the jury so the
5  camera can see it?
6      (Witness complying with request)
7      Q.  And it says the issue date is April 23,
8  1974.
9  A.    Probably renewed it at that time.
10      Q.  Okay.  And does this identification
11  reflect that your employer was the United States
12  Government and not Grumman?
13  A.    Yes.
14      Q.  Okay.  Thank you.
15      Sir, you testified at earlier depositions
16  about your other jobs, which included work for the
17  MTA; is that correct?
18  A.    Yes.
19      Q.  And do you know with any certainty
20  whether you were exposed to asbestos at the MTA?
21  A.    With any degree of certainty, no.
22      Q.  You also discussed other jobs you had
23  going all the way up to prior to you becoming ill
24  when you had your own business.  Do you remember
25  that?

Page 53

1  A.    No.  I'm not sure what you're referring to.
2      Q.  Your last -- prior to becoming ill, sir,
3  can you tell the jury what your job was, about your
4  business?
5  A.    I was running a quality consulting business.
6      Q.  Okay.  And what was the name of that
7  company?
8  A.    SJG Enterprises.
9      Q.  Okay.  Sir, I want to ask you some
10  questions now about your family and what your life
11  was like before you became ill with mesothelioma,
12  okay?  Why don't we start out with your wife, and
13  tell the jury your wife's name again.
14  A.    Phyllis.
15      MR. BLOCK:  Okay.  Let's mark these next
16  exhibits as -- just in order.
17      (Whereupon, the referred-to photographs
18  were marked Plaintiff's Exhibits 5, 6, 7 and 8
19  for Identification by the court reporter.)
20      Q.  Mr. Gitto, let me show you what has been
21  marked as Plaintiff's Exhibit 5, 6 and 7.  Before we
22  go up to recent years, how did you and your wife
23  meet?
24  A.    On a blind date.
25      Q.  And were you still a teenager at the

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 54

1  time?
2  A.    Sixteen.
3        Q.    And do you remember what you did on that
4  blind date?
5  A.    Got my face slapped.
6        Q.    Seriously.
7  A.    We went to the movies.
8        Q.    You did.  Okay.  And do you remember what
9  movie you saw?
10 A.    No.  She probably does.
11       Q.    Okay.  And over the years, have you and
12 your wife enjoyed traveling?
13 A.    Very much so.
14       Q.    And with reference to some of the
15 photographs that I've shown you, why don't we start
16 with Plaintiff's Exhibit 5.  If you can just look at
17 it, and once you've looked at it, if you can turn it
18 so the jury can see it, Mr. Gitto.
19 A.    I believe that's the Grand Canyon.
20       Q.    And was that one of the places you and
21 your wife traveled to?
22 A.    Um-hum, bus tour.
23       Q.    All right.  And was that within the last
24 several years?
25 A.    Last five years maybe.

Page 56

1  sunny place?
2  A.    This one was Florida.
3        Q.    Okay.
4  A.    I think Sanibel Island.
5        Q.    Can you show the jury that picture?
6        (Witness complying with request)
7  A.    Captiva Island.
8        Q.    Okay, sir.  Let me show you another
9  picture -- strike that.  Mr. Gitto, have you and your
10 wife built a large family together?
11 A.    Yes.
12       Q.    Let me show you what's been marked as
13 Plaintiff's Exhibit 8.
14 A.    This is all three children, seven
15 grandchildren.
16       Q.    Take a minute if you need to.  Could you
17 -- could you tell us -- where was that picture taken?
18 A.    My living room.  Shows my oldest grandson, 21.
19 Sorry.
20       Q.    That's okay.  Can you tell us -- I know
21 you have a lot of grandchildren.
22 A.    Seven.
23       Q.    And do you remember all their names, or
24 can you do your best to tell us the name of your
25 seven grandchildren?

Page 55

1        Q.    Okay.  And can you show us Plaintiff's
2  Exhibit 6 that you have in your hand?
3        (Witness complying with request)
4        Q.    Where were -- where were you and your
5  wife traveling that time?
6  A.    Not quite sure, honest to God.  Could have
7  been -- could have been Pennsylvania.
8        Q.    Okay.  All right.  If --
9  A.    I don't remember.
10       Q.    Okay.  What's in the background there?
11 A.    It's like a canal of some sort, bridge, water.
12       Q.    Okay.  And when you -- when you and your
13 wife would travel, I see there's a backpack on your
14 back there.  Did you like to take trips where you had
15 to be active?
16 A.    All the time.
17       Q.    And can you tell the jury a little bit
18 about that?
19 A.    Well, both my wife and I enjoyed traveling,
20 seeing new places, doing new things, and we'd take a
21 lot of side trips, find a lot of interesting places.
22       Q.    Let me show you what's been marked as
23 Plaintiff's Exhibit 7.
24 A.    Um-hum.
25       Q.    Do you recall where you were in that

Page 57

1  A.    I think so.  Peter is the oldest, Jeffrey,
2  Alexander -- that's not Alexander.
3        Q.    Andrew?
4  A.    Andrew, Katie, Nicky, Brian and Matthew.
5        Q.    That picture was taken here in your home?
6  A.    Yes.
7        Q.    And has that been something that you've
8  always enjoyed, having your family come to your home
9  here?
10 A.    As often as possible.
11       Q.    Thank you, sir.  Has being active with
12 your grandchildren been something that you've always
13 enjoyed?
14 A.    Um-hum.
15       MR. BLOCK:  Let's mark this -- I'm just
16 going to refer to this, for the record -- and
17 we can mark it later -- as Plaintiff's Exhibit
18 8.
19       ****
20       (Inadvertently referred to as a
21 previously-marked exhibit number, Exhibit 8.
22 For purposes of record, remarked by reporter
23 as Exhibit 8(a).  Please take note.)
24       Q.    Do you recognize that photograph, sir?
25 A.    That's me and one of my grandsons coming down

Page 58

1   with the snowplow down the hill at Villa Roma, I
2   believe it was, in the Adirondacks.
3        Q.   Tell the jury about Villa Roma and how
4   that related to the times you've spent with your
5   family.
6   A.    We have a couple of weeks of time sharing.
7   One of the weeks is in the winter that we love to go
8   up and do skiing and snowplowing.
9        Q.   Can you just show that picture to the
10  jury?
11       (Witness complying with request)
12       Q.   I'm going to show you another picture,
13  which is -- which we'll mark as Plaintiff's Exhibit
14  9. Do you remember that trip?
15  A.    Yeah.  Guess leaning to the last number of
16  years, maybe ten years spent one week in the
17  Adirondacks at a lake called Loon Lake, and we liked
18  to take side trips, and this was a white-water
19  rafting trip that we took.
20       Q.   And where are you in the picture?
21  A.    That's me in the forefront (indicating).
22       Q.   The front of the boat?
23  A.    Front of the boat.
24       Q.   Doing all the work?
25  A.    Yes.

Page 59

1        Q.   Can you show us, I think you -- I think
2   one of your sons and maybe one of your grandchildren
3   are pictured there.  Could you maybe take this pen,
4   and while it's facing the jury, just point it out
5   or...
6   A.    This is my oldest son, Stephen.
7        Q.   Okay.
8   A.    And that's his son Matthew.
9        Q.   Okay.  Can you hold that up, and I can
10  help you.
11       (Witness complying with request)
12       Q.   So, your oldest son is Stephen at the
13  front of the boat with you, and your grandson,
14  Matthew, is in between the front of the boat?
15  A.    Yes.
16       Q.   And when was that trip?
17  A.    Probably no more than two years ago.
18       Q.   Was scouting, the Boy Scouts, always
19  something that you've enjoyed during your life?
20  A.    As a boy there, got involved in scouting at
21  the age of 12, and to some extent, I guess I've
22  always been involved.  All of my family, all my boys,
23  including my wife somewhat, have been involved in
24  scouting.
25       MR. BLOCK:  Let me mark as Plaintiff's

Page 60

1   Exhibit 10 a photograph.
2        Q.   And can you tell the jury what that
3   photograph depicts?
4   A.    I think I need a minute.
5        Q.   Okay.
6        MR. BLOCK: Can we go off the video for
7   just a moment?
8        (Whereupon, a brief recess was taken)
9        MR. BLOCK: Let's go back on the video.
10       THE VIDEOGRAPHER:  Back on the record.
11  The time is 1:31 p.m.
12  A.    I believe this picture was taken at the
13  ceremony where my oldest grandson became an Eagle scout,
14  and it shows the involvement of the rest of the
15  family, all the boys, the men in the family.
16       Q.   I see that you have around you a vest of
17  some sort?
18  A.    That's the Order of the Arrow sash.  It's a
19  semi -- semi-secret scouting society that you only
20  enter in by invitation.
21       Q.   And were you involved in the scouts with
22  both yourself and with your family up until the
23  present, up until about recently?
24  A.    Still involved.
25       Q.   Still are?

Page 61

1   A.    Yes.  Couple of my sons are going for --
2   heading towards Eagle scouts.
3        Q.   Have you taken leadership positions with
4   the Scouts?
5   A.    I was and held positions as assistant scout
6   master, scout master, chairman; as my wife held
7   positions, responsibilities with cub scouts.
8        Q.   And is that always something you've
9   enjoyed in your life?
10  A.    Always.
11       Q.   Tell me about the holidays, such as
12  Christmas, and how you would spend those holidays
13  with your family?
14  A.    Normally we did, at least once on the
15  holidays, all try to get together and have dinner
16  here.  It's such a big family, sometimes it's
17  difficult, but we usually manage once.  We'll all get
18  together.
19       Q.   Let me show you what's been marked as
20  Plaintiff's Exhibit 11.
21  A.    Goes back a few years with me dressed up as
22  Santa Claus.
23       Q.   And are those all seven of your
24  grandchildren with you there?
25  A.    All seven accounted for.

Page 62

1    Q.   Do you remember where that picture was
2  taken?
3  A.    Pretty sure it was in the living room here.
4    Q.   Thank you, sir.  Sir, how has your
5  diagnosis of mesothelioma affected you physically as
6  compared to how you were physically before the
7  disease?
8  A.    Night and day.  I had no serious medical
9  problems, although I had been diagnosed with --
10   Q.   Prostate cancer?
11  A.    Prostate cancer close to 20 years ago, and
12  they never really did anything for it except for
13  watchful waiting and never really had any other
14  serious medical -- I had a melanoma mole that was
15  removed.  It was diagnosed.  It was no problem.
16  Until recently, no other serious medical problem.
17   Q.   You said that the mesothelioma has
18  changed you physically night and day.
19  A.    Night and day.
20   Q.   Can you describe that for the jury so
21  they understand?
22  A.    How could I describe it?  It's just changed my
23  life.  I really couldn't describe it at this point in
24  time.  It still hasn't all sunk in, I guess.
25   Q.   Are you able to do the same types of

Page 63

1  things physically now as to compared before you had
2  your mesothelioma?
3  A.    No, not even close.
4    Q.   What type of things does the mesothelioma
5  prevent you now from doing physically?
6  A.    I won't drive the car by myself.  I have a
7  difficult time climbing steps, but I can climb very
8  slowly.  Only physical activity that I'm ever able to
9  perform, a little, some short walks.  I can still
10  dress myself, shower, but very carefully.  I'm
11  undergoing chemotherapy, which is taking a toll on
12  me.  Pretty horrible, and that debilitates almost all
13  the other functions.
14   Q.   What are some of the symptoms or side
15  effects that you've experienced through the
16  chemotherapy?
17  A.    For one, I've lost half my hearing, which is
18  not a pleasant thing.  Tingling in the feet.  I can
19  barely feel my soles and -- sorry.  There's nausea.
20  There's some pain, not too bad.  The body functions
21  are all screwed up.  Still have to have that
22  straightened out.  Different medications have
23  different side effects, so...
24   Q.   How has the mesothelioma affected your --
25  strike that.  How has the mesothelioma affected you

Page 64

1  emotionally?
2  A.    Elevated my emotions very, very close to the
3  surface.  Sometimes as I start talking, I can't
4  continue.  It's brought everything to a heightened
5  effect.
6    Q.   Do you feel anxious or worried?
7  A.    Obvious, not knowing what the future brings,
8  but one always remains with hope.
9    Q.   Are there things that you're not able to
10  do for your wife around the house or things you're
11  not able to do with your wife now that you were able
12  to do before?
13  A.    Just about everything.  She's taken over,
14  quite well.  I'm very little help to her.  We're
15  lucky that we're back here with the help of our
16  children and able to spend some time with us, give
17  her a hand.
18   Q.   Did you find out yesterday the results of
19  a recent PET scan?
20  A.    Yeah.
21   Q.   And what is your understanding of your
22  condition right now?
23  A.    After three phases of chemo, there really
24  hasn't been much change.  Might have noticed some
25  slight improvement.  Some may have noticed some areas

Page 65

1  of some deterioration and other areas of no change.
2  So, not much has changed.
3    Q.   I understand you're going to meet with
4  your oncologist on Monday?
5  A.    Um-hum.
6    Q.   And are you aware of decisions that you
7  are going to have to make for your future?
8  A.    Um-hum.
9    Q.   And can you tell the jury what your
10  understanding is of those?
11  A.    I'd rather not.
12   Q.   Okay.  Is it hard to talk about?
13  A.    Right now, yes.
14   Q.   You mentioned before, sir, that you never
15  give up hope.
16  A.    It's part of religion.
17   Q.   Is there any way for you to describe to
18  the jury your outlook going forward?
19  A.    Kind of said from the beginning when this
20  happened that I'm really not afraid of dying.  I know
21  everybody gets born, everybody lives a life, and
22  everybody dies.  I think it's the quality of life
23  that's important.  I think I had a good life.  I
24  don't think I could have asked for much more, and
25  pray for an easy and a bless-ful death.

Gitto v. Asbestos
June 7, 2007

Salvatore Gitto
Video

Page 66

1    MR. BLOCK: Thank you very much, sir.
2    THE VIDEOGRAPHER: Off the record. The
3  time is 1:42 p.m.
4    (Whereupon, a brief recess was taken)
5    MR. BLOCK: Just for the stenographic
6  record, defense counsel has indicated they
7  have no cross-examination at this point. So,
8  the discovery deposition is complete, and the
9  video deposition is complete. Thank you very
10 much.
11    (Whereupon, the referred-to photographs
12 were was marked Plaintiff's Exhibits 8(a), 9,
13 10 and 11 for Identification by the court
14 reporter.)
15    (Time Noted: 1:47 p.m.)
16
17
18
19
20
21
22
23
24
25

Page 67

1  CERTIFICATION OF WITNESS
2
3  I have read the foregoing transcript of my
4  deposition, and find it to be true and accurate to
5  the best of my knowledge and belief.
6
7
8
9
10    _____
11        SALVATORE GITTO
12
13
14 Sworn and subscribed to before me on
15 this_____ day
16 of _____, 2007.
17
18
19
20 Notary Public_____
21 My commission expires_____
22
23
24
25

Page 68

1      C E R T I F I C A T E
2
3    I, DORENE MAROTTA, a Notary Public and
4  Certified Shorthand Reporter sworn within the State
5  of New York, do hereby certify that prior to the
6  commencement of the examination
7
8      SALVATORE GITTO
9
10 was sworn by me to testify the truth, the whole truth
11 and nothing but the truth.
12    I DO FURTHER CERTIFY that the foregoing is a
13 true and accurate transcript of the testimony as
14 taken stenographically by and before me at the time,
15 place and on the date herein before set forth.
16    I DO FURTHER CERTIFY that I am neither a
17 relative of nor employee, nor attorney, nor counsel
18 for any of the parties to this action, and I am
19 neither a relative nor employee of such attorney or
20 counsel, and that I am not financially interested in
21 the action.
22
23
24    _____
25      DORENE MAROTTA, C.S.R.

18 (Pages 66 to 68)