UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

SALVATORE GITTO and PHYLLIS GITTO,

        Plaintiffs,

        Civil Action No. 07 CV 4771 (DC)

   - against -

A.W. CHESTERTON CO., INC., et al.,

        Defendants.

- - - - - - - - - - - - - - - - - -X

<u>CORRECTION TO DECLARATION OF CAPTAIN ARNOLD P. MOORE, USNR (RET.), P.E</u>

        I, Arnold P. Moore declare the following:

    1.  My Declaration submitted in this case, which I signed on August 1, 2007, contains a typographical error in Paragraph 28. The sentence beginning with: "My Exhibits 2 through 18…" should be corrected to read: "My Exhibits 2 through 8…" as reflected by my discussion of those exhibits at Paragraphs 12 through 18 of my Declaration.

        I declare under penalty of perjury that the foregoing is true and accurate.

August 3, 2007

                              *Arnold P Moore*

                              Arnold P. Moore