# Arnold P. Moore, PE

395 Canterbury Lake
Alpharetta, GA 30004
770-346-7721
apmoore@bellsouth.net

## Education and Qualifications

- MS, Naval Architecture and Marine Engineering, Massachusetts Institute of Technology
- Professional Degree of Ocean Engineer, MIT
- BS, Naval Science, United States Naval Academy
- Professional Engineer in three states with national registry (NCEES)
- Life Fellow, Society of Naval Architects and Marine Engineers (SNAME)
- Winner of SNAME William M. Kennedy Award for Shipbuilding Systems

## Summary of Experience

### Consultant, Naval Architecture and Marine Engineering
February 2007 to Present

Working as a marine engineering expert with client law firms in the field of asbestos litigation. As detailed below I bring extensive U.S. Navy experience as an engineering duty officer in the operation, overhaul and maintenance of steam propulsion plants of WW II vintage and later. I bring over 27 years of experience as a licensed Professional Engineer and engineering executive responsible for the design of a number of classes of U.S. Navy and Coast Guard ships as well as international warships. I have completed many hours of research and compiled documentation on asbestos usage and safety requirements on U.S. Navy ships.

### Northrop Grumman Ship Systems
August 1982 to January 2007

### Sector Vice President, Engineering: October 1992 to January 2007
Technical and administrative leadership of over 2000 personnel in the disciplines of naval architecture, marine mechanical, electrical, electronic and structural design engineering. Responsible for all aspects of naval ship design, logistics analyses and technical publications for both new classes of ships as well as for modernization of U.S. Navy and Coast Guard ships in fleet service.

## Arnold P. Moore, PE: Northrop Grumman Experience continued

### Director Design Engineering: May 1985 to October 1992
Responsible for a group of over 1000 personnel engaged in design engineering and preparation of technical publications for new classes of U.S. and international naval and coast guard ships.

### Chief Naval Architect: August 1982 to May 1985
Leadership of over 300 naval architects, structural engineers and designers in the design of new classes of warships.

### Major Classes of Naval and Coast Guard Ships Designed
- Ticonderoga Class Aegis Cruisers – CG 47 and CG 52 Baselines
- Wasp Class Amphibious Assault Ships – LHD 1, LHD 5 and LHD 8 Baselines
- San Antonio Class Amphibious Assault Ships- LPD 17 Baseline
- Arleigh Burke Class Guided Missile Destroyers – DDG 79 Aviation Baseline
- U.S. Coast Guard Berthoff Class National Security Cutter - NSC 1 Baseline
- Israeli Navy Corvettes – SA'AR 5 Baseline
- Fleet Modernization for Spruance Class Destroyers - DD 963 Baseline
- Reactivation design for Battleships Iowa and Wisconsin
- Modernization Design for Venezuelan Navy Frigates – Lupo Baseline

## M. Rosenblatt and Son, Inc., Naval Architects and Marine Engineers
August 1979 to August 1982

### Technical Director (18 months) and Chief Naval Architect (18 months), Charleston, SC
Branch. Responsible for technical direction of 60 personnel and management of fleet modernization design for destroyers, tenders and fleet minesweepers. Also responsible for oversight of technical publications.

## United States Navy
June 1968 to August 1979

### Engineering Duty Officer: June 1975 to August 1979
Served first two years at Charleston Naval Shipyard as Docking Officer, Diving Officer and Ship Production Superintendent. Responsible for leadership and management of ship overhauls and for the safe drydocking and underwater hull work on U.S. Navy ships. Ships overhauled included destroyers and tenders with

steam propulsion plants and nuclear powered submarines. Served second two year period as the submarine overhaul program manager, responsible for financial management, work authorization and customer interface.

2

## Arnold P. Moore, PE: United States Navy Experience, continued

**Navy Graduate Student, Massachusetts Institute of Technology: May 1972 to June 1975.** Navy sponsored student in three year graduate level **Ship Design and Construction** curriculum. This program stressed naval architecture, marine engineering and structural engineering with supplemental courses in electrical engineering. A number of courses were focused upon steam propulsion and shipboard machinery and included courses in thermodynamics, fluid dynamics, heat transfer, and materials science as well as boiler, turbine and pump design.

**Damage Control Officer, USS Newport News CA 148: March 1970 to April 1972**
Directed a department of over 200 engineering officers, petty officers, and fireman responsible for recovery from battle damage, flooding, fire and collision. Also responsible for all shipboard repair efforts and auxiliary machinery and systems. Qualified as engineering officer of the watch and stood watch as senior officer responsible for proper operation and maintenance of the steam propulsion plant while the ship was underway. The Newport News was designed and the keel laid during WW II but she was completed and commissioned after the war. Her propulsion plant and machinery were typical for WW II era surface combatants.

**Damage Control Assistant, USS Brumby DE 1044: July 1968 to March 1970**
Led a division of 30 petty officers and fireman responsible for damage control, firefighting, auxiliary machinery, ship repair and electrical systems. The Brumby had a pressure fired steam propulsion plant.

### United States Naval Reserve
September 1979 to August 1994

**Engineering Duty Officer:** Completed 15 years service in the U.S. Naval Reserve concurrently with my civilian career. This service included two days of active service each month and two weeks of continuous service each year. This service was spent at Naval Shipyards, Supervisor of Shipbuilding Offices at

private shipyards and the Naval Sea Systems Command working on naval ship engineering projects on a wide variety of ship classes. Retired as a **Captain (06).**

3