■ 9999906 2107231 767 ■

MIL-B-15071A(SHIPS)
20 October 1952
SUPERSEDING
MIL-B-15071(SHIPS)
1 April 1950

INTERIM MILITARY SPECIFICATION

BOOK, INSTRUCTION, PREPARATION, CONTENTS

AND APPROVAL

1. SCOPE

1.1 Scope. - This specification covers instruction book requirements for electrical and mechanical equipment.

1.2 Classification. - Instruction books shall be of the following types as specified (see 6.1):

Type A - (Type A instruction books may be required where the system or equipment
to be described is of a highly specialized or extremely complex nature, and
where the importance of the equipment justifies unusual effort in the prepara-
tion of the instruction book.) (See 3.2.)

Type B - (Type B instruction books are required where the equipment or system to be
described has no direct commercial counterpart or which is sufficiently
complex that a detailed description, and maintenance instructions are
required and must be supplemented by sufficient photographs, drawings,
parts lists, etc.) (See 3.4.)

Type C - (Type C instruction books are required where the equipment or system to be
described is an adaptation or variation of conventional commercial equip-
ment, where with certain modifications and additional data, the type of
instructional matter normally furnished will serve the purpose.) (See 3.5.)

Type D - (Type D instruction books are required where the equipment or system to
be described is generally the same as equivalent commercial equipment, or
is sufficiently simple that standard manufacturer's instruction pamphlets and
service data are adequate.) (See 3.6.)

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on
date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
NN-B-591 - Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).
NN-B-601 - Boxes, Wood-Cleated-Plywood, for Domestic Shipment.
NN-B-621 - Boxes, Wood, Nailed and Lock-Corner.
QQ-S-781 - Strapping, Flat, Steel.
UU-P-268 - Paper, Kraft, Wrapping.
UU-T-111 - Tape; Paper, Gummed (Sealing and Securing).
LLL-B-631 - Boxes, Fiber Corrugated (for Domestic Shipment).
LLL-B-636 - Boxes, Fiber, Solid (for Domestic Shipment).

CPO—O—NAV—K - 47J

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107232 9T6 ■

MIL-B-15071A(SHIPS)

MILITARY
JAN-P-105 - Packaging and Packing for Overseas Shipment -
Boxes, Wood, Cleated, Plywood.
JAN-P-106 - Packaging and Packing for Overseas Shipment -
Boxes, Wood, Nailed.
JAN-P-108 - Packaging and Packing for Overseas Shipment -
Boxes, Fiberboard (V-Board and W-Board),
Exterior and Interior.
MIL-P-116 - Preservation, Methods of.
JAN-P-120 - Packaging and Packing for Overseas Shipment -
Cartons, Folding, Paperboard.
JAN-P-133 - Packaging and Packing for Overseas Shipment -
Boxes, Set-Up, Paperboard.
JAN-P-139 - Packaging and Packing for Overseas Shipment -
Plywood, Container Grade.
MIL-A-140 - Adhesive, Water-Resistant, Waterproof Barrier-Material.
MIL-L-10547 - Liners, Case, Waterproof.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment
(Naval Shipboard Use).

NAVY DEPARTMENT
General Specifications for Inspection of Material.

STANDARDS

MILITARY
MIL-STD-129 - Marking of Shipments.

DRAWINGS

BUREAU OF SHIPS
S0103-73729 - Standard Drawing Format for Production Drawings
Prepared by Contractor or Manufacturer for
Approval by Government Agency.

PUBLICATIONS

NAVY ADMINISTRATIVE OFFICE PUBLICATION
NAVEXOS P-29 - Security Measures for the Protection of Classified
Printed Matter During Production.

(Copies of specifications, standards, and drawings required by contractors in connection with
specific procurement functions should be obtained from the procuring agency or as directed by the
contracting officer.)

3.  REQUIREMENTS

3.1  Material. - The minimum material requirements are as specified hereinafter.  A good grade
material shall be used when a definite material is not specified.

3.2  Type A instruction books. - Type A instruction books shall be as specified in the individual
contract or order (see 6.1).

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107233 832 ■

MIL-B-15071A(SHIPS)

3.3  <u>General requirements for types B, C, and D instruction books.</u> -

3.3.1  <u>Identification.</u> - All books shall be identified by a Navy identification number of the form "NAVSHIPS 362-1023" (see figures 1 and 2). This number will be assigned by the bureau or agency concerned upon receipt of the copy submitted for bureau or agency approval. In urgent cases, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover and upper-right hand corner of the fly-leaf of all books prior to distribution.

3.3.2  <u>Copyright.</u> - Instruction books shall not be copyrighted. The bureau or agency concerned reserves the right to reproduce or have reproduced in part or in entirety all instruction books procured under this specification.

3.3.3  <u>Security classification.</u> - Unless otherwise specified in the contract or order, instruction books shall be unclassified. If restricted, confidential or secret, notification of this classification and the words "Security Information" shall appear on the front and back covers and each page of the books as shown on figures 1 to 5, inclusive. In addition, classified books shall have the following paragraph printed on the title page as shown on figure 2:

"WARNING: This document contains information affecting the national defense of the United States within the meaning of the Espionage Laws, Title 18, U.S.C., Sections 793 and 794. The transmission or the revelation of its contents in any manner to an unauthorized person is prohibited by law."

Confidential and secret instruction books shall be marked with consecutive serial numbers beginning with number 1. Classified instruction books shall be prepared in accordance with the Navy Handbook Security Measures for the Protection of Classified Printed Matter During Production (NAVEXOS P-29). Particular care shall be exercised to insure the security of classified matter during the preparation. Receipt cards shall be provided in all confidential and secret books. Each card shall contain the serial number of the book in which it is included.

3.3.4  <u>Revision to incorporate changes.</u> - The contractor will be required to furnish new, revised, or supplementary pages until the guarantee period expires. The quantity of pages furnished and the distribution shall be the same as for the instruction books provided in the original contract or order.

3.3.4.1  <u>New pages.</u> - When it is found necessary to include new information to augment the instruction book data, new pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "New" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. New pages shall bear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, new pages 69a and 69b.

3.3.4.2  <u>Revised pages.</u> - If it is determined that information originally furnished in instruction books must be changed for clarification, correction, or because every equipment covered by the instruction book has been uniformly modified, revised pages shall be issued. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Revised" followed by the NAVSHIPS identification number, and on the second line the month and year of issue. Revised pages shall bear the same number as the page they replace.

3.3.4.3  <u>Supplementary pages.</u> - In instances where modifications are made only to a certain number of the total number of equipments covered by the instruction book, resulting in the need for alternate instructions to cover those items modified, this information shall be issued in the form of supplementary pages. These pages shall be identified with the following legend placed in the bottom outside corner, beside the page number and toward the binding edge of each page; on the first line, the word "Supplementary" followed by the NAVSHIPS identification number on succeeding lines the hull numbers of the specific ships to which the page applies, and on the last line the month and year of issue. Supplementary pages shall bear the same number as the instruction book page they follow with the addition of a letter; for example, original page 69, supplementary pages 69a, 69b.

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433582
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107234 779 ■

MIL-B-15071A (SHIPS)

3.3.5  Time of delivery. - Unless otherwise specified in the contract or order, two copies of the instruction books shall be delivered with the first unit and each succeeding unit of equipment shipped. If final instruction books are not available at the time of delivery of the equipment, two copies of an adequate preliminary instruction book (see 3.3.6) shall be furnished to the Government inspector for shipment with each unit.

3.3.6  Preliminary instruction books. -

3.3.6.1  Method of approval. - Prior to the printing of the final instruction books, a preliminary instruction book shall be prepared and submitted in duplicate to the bureau or agency concerned via the Government inspector for approval and assignment of a Navy NAVSHIPS identification number. Every effort shall be made to submit the preliminary book in ample time to permit approval and final printing prior to the delivery date of the equipment. Preliminary books shall be furnished in instances where final books are not available for delivery with the equipment. In all instances where preliminary books are furnished in lieu of final books, they shall be replaced with final books within 60 days (see 3.3.5 and 3.3.6.2.3).

3.3.6.2  Contents. -

3.3.6.2.1  Text. - Preliminary instruction books shall consist of a complete text of the instructions required for the type of book to be furnished.

3.3.6.2.2  Illustrations. - Preliminary instruction books shall contain a list of all illustrations (photographs, exploded views, drawings, and sketches) and sample art work (less photos and drawings but including all exploded views and sketches) which will appear in the final books. If the final book is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary book is issued, then a foreword shall list all items which have been omitted and which will appear in the final book.

3.3.6.2.3  Book identification. - In all instances where preliminary books are furnished in lieu of final books, the NAVSHIPS identification number shall be stamped on all copies of the preliminary books prior to distribution (see 3.3.1).

3.3.6.2.4  Covers. - Covers for preliminary books shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final book except that the word "preliminary" shall appear directly in front of the identification number (see 3.3.1).

3.3.6.2.5  Printing. - The text may be printed by any quick, economincal method, such as multigraph, mimeograph or similar method.

3.4  Type B instruction books. -

3.4.1  Contents. - Type B instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a)  Title page (see figure 2).
(b)  General data (see 3.4.1.1).
(c)  Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters, sections) with the corresponding page numbers.
(d)  List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
(e)  Introduction (see 3.4.1.2).
(f)  Detailed description (see 3.4.1.3).
(g)  Installation instructions (see 3.4.1.4).
(h)  Adjustments and tests (see 3.4.1.5).
(i)  Principles of operations (see 3.4.1.6).

4

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107235 605 ■

MIL-B-15071A(SHIPS)

(j) Operating instructions (see 3.4.1.7).
(k) Maintenance (see 3.4.1.8).
(ℓ) Parts identification (see 3.4.1.9).
(m) Drawings (see 3.4.1.10 and 3.4.2.4.5.4).
(n) Memorandum pages (see 3.4.1.11).

Note. - Although these requirements are directly applicable to instruction books covering specific equipment, they shall be followed as closely as possible for instruction books covering systems, such as engineering piping systems. When an instruction book covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the book in major divisions, each covering one unit. If so, the major divisions may be arranged by sub-divisions, each corresponding to the requirements herein.

3.4.1.1 General data. - This division shall contain data such as the following:

(a) Safety notice (where high voltages or special hazards are involved) (see figure 9).
(b) Component list containing:
   Description of item.
   Navy type designation.
   Standard Navy stock number.
   Dimensions.
   Weight (with or without packing).
(c) Input power requirements and heat dissipation.
(d) Salient design characteristics.
(e) Electron tube complement.
(f) Serial number (if appropriate).

3.4.1.2 Introduction. - This division shall include a general description of the equipment; explain briefly what it is, where it is used, and what it will do, also all information of a general character applicable to the complete equipment. When the text contains technical terms or terms not commonly used, definitions shall be included.

3.4.1.3 Detailed description. - This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator. Allowable clearances, temperatures or tolerances shall be shown in tabular form.

3.4.1.4 Installation instructions. - This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3.4.1.5 Adjustment and tests. - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.4.1.6 Principles of operation. - This division shall contain a brief resume of the principles of operation together with such illustrations, sketches, schematic piping diagrams and schematic wiring diagrams to convey an understanding of the function and operation of the equipment. Descriptions of components and assemblies using electron tubes should provide an explanation of the electronic circuits. A preferred method of describing electronic circuits is to present the description in sections, such as amplifier features, power circuits, main audio transmission path and mechanical arrangements. Theory of operation should be included where unusual or unconventional circuits or techniques are involved.

5

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107236 541 ■

MIL-B-15071A(SHIPS)

3.4.1.7 Operating instructions. - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this division. Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.4.1.8 Maintenance instructions. -

3.4.1.8.1 Preventative maintenance. - This division shall cover all maintenance procedures, inspection and routine adjustments which should be performed periodically and regularly for the purpose of preventing failure or impairment of equipment. Included in this division shall be routine maintenance check charts containing the following:

 (a) A tabulation of periodic routine mechanical and electrical tests and checks which should be accomplished regularly to insure continuity of service at peak performance.

 (b) Arrangement of the table shall be such as to indicate what is to be done, when it is to be done and how to do it.

 (c) Emphasis shall be placed upon the test facilities which may be incorporated in the various components.

 (d) Instructions shall be provided for the care, inspection and cleaning of all pertinent parts.

 (e) Instructions on lubrication shall be provided as applicable, preferably in chart form. They shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. Lubricants shall be described by Military specification numbers where applicable and by commercial designations.

 (f) Instructions shall be included stressing the importance of properly maintaining any safety devices, interlocks, provided to prevent damage to equipment or injury to personnel.

3.4.1.8.2 Corrective maintenance. - This division shall cover all information necessary to permit a technician to locate trouble and to make repairs or adjustments to each component, assembly or subassembly of the equipment. Included in this division shall be the following:

 (a) Trouble shooting guides for the localization of faults giving possible sources of trouble, the symptons, probable cause, and instructions for remedying the faults.

 (b) Complete instructions on signal tracing for electric and electronic circuits, use of test instruments and other common servicing techniques.

 (c) Ample illustrations, photographs, exploded views giving details of mechanical assemblies, and simplified schematic diagram of the electric circuits. Illustrations contained in other divisions may be used and referred to under this division without duplicating them.

 (d) Voltage and resistance diagrams or tables for each electronic assembly showing normal voltages (with and without audio signal) and resistances as measured at the terminals of each tube socket and at other significant points in the circuit.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433892
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107237 488 ■

MIL-B-15071A(SHIPS)

3.4.1.9  Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.   These data shall be presented in one of the three following alternate arrangements.

    (a)  Parts list and illustrations. - Where the instruction book does not include reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, listing all repair parts, the parts identification shall be in the form of a parts list with illustrations,  arranged as specified in 3.4.1.9.1 and 3.4.1.9.2.

    (b)  Drawings and illustrations. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729 (see figure 5) listing all repair parts, and where only mechanical parts are involved, the parts identification shall be in the form of illustrations to supplement the lists of material on the drawings. Illustrations shall be prepared for each assembly, subassembly and their component repair parts in accordance with 3.4.1.9.2 except that the index numbers shall be identical with the piece numbers assigned on the above drawings.  Appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

    (c)  Drawings, illustrations and functional listing. - Where the instruction book includes reduced size drawings which are prepared in accordance with the standard drawing format shown on Drawing S0103-73729, and which list all repair parts, and where electrical or electronic parts are involved, the parts identification shall be in the form of a functional listing of electrical and electronic parts with illustrations to supplement both the functional listing and the list of materials on the drawings.  The functional listing of all electrical and electronic parts shall be prepared in accordance with 3.4.1.9.1.3.2.  Illustrations shall be prepared for each assembly, subassembly and the component repair parts thereof in accordance with 3.4.1.9.2, except that the index numbers shall be identical with the piece numbers assigned on the above drawings (for mechanical parts) and with the reference designation assigned on the schematic wiring diagram (for electrical or electronic parts) appropriate notes shall be added to these illustrations referring to the drawings on which the assigned numbers are listed.

3.4.1.9.1  Parts list. -

3.4.1.9.1.1  Contents. - The parts list shall contain the following information:

    (a)  List of illustrations by figure and page number.
    (b)  Introduction.
    (c)  Parts tabulation.
    (d)  Special tools.
    (e)  Numerical index of part numbers.

3.4.1.9.1.2  Introduction. - This division shall contain sufficient instructions to explain the following:

    (a)  Any symbols used therein.
    (b)  The general system of group assemblies in relation to the complete article.
    (c)  All cross-index systems employed.
    (d)  Titles or other markings intended to segregate different models.
    (e)  Other information as may be required to facilitate rapid and accurate use of the parts list.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:8:13 GMT

■ 9999906 2107238 314 ■

MIL-B-15071A(SHIPS)

3.4.1.9.1.3  Parts tabulation. - The parts tabulation shall contain the following information:

3.4.1.9.1.3.1  Tabulation for mechanical parts. -

(a) Figure number.  This shall denote the illustration number wherein the part
    has been shown.
(b) Index number.  This shall denote the index number covering the complete
    main or subassembly as listed in the catalog.
(c) Name of part and brief description.
(d) Number required.
(e) Unit of issue.
(f) Contractor's service part number.
(g) Actual manufacturer's name.
(h) Actual manufacturer's service part number.
(i) Standard Navy stock number assigned in accordance
    with Specification MIL-R-15137.

3.4.1.9.1.3.2  Tabulation for electrical and electronic parts. -

(a) Figure number.  This shall denote the illustration number wherein the part has
    been shown.
(b) Reference designation assigned in the schematic wiring diagram.
(c) Name of part and brief description (including electrical ratings).
(d) Function.  The function shall consist of a brief statement of use,
    purpose or the function of the part in the component.
(e) Military Type Number (where applicable).
(f) Actual manufacturer's name.
(g) Actual manufacturer's service part number.
(h) Standard Navy Stock Number assigned in accordance with
    Specification MIL-R-15137.

3.4.1.9.1.4  Special tools. - This division shall contain a list of all special tools supplied with the
equipment showing the quantity, unit of issue (each, pair, set,), description, and manufacturer's
identification number.

3.4.1.9.1.5  Numerical index of part numbers. - This index shall list all items contained in the
parts tabulation, arranged in a logical numerical sequence.  These items shall be so arranged that
column 1 of the index will give the manufacturer's part number and column 2 will give the illustra-
tion index number or numbers in which the part appears.

3.4.1.9.2  Illustrations. - A view of each assembly, subassembly and the component parts thereof
shall be shown.  Identification of illustrated parts with the listed parts shall be facilitated by the use of
key or index numbers which will identify all the parts in the group assembly listing.

3.4.1.9.2.1  Illustrations of the exploded type are preferable.  When the use of exploded views is
not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used
for this purpose preferably shall be approved drawings or excerpts from approved drawings, and
shall show both the manufacturer's drawing number and the drawing number of the bureau or agency
concerned.  In case no applicable approved drawing is available, cross-sectional views from
manufacturer's drawings may be used.

3.4.1.9.2.2  A figure number and proper identifying caption shall appear with each illustration.  In
the case of subassemblies or sub-subassemblies, the caption shall also identify and give the index
number of the complete assembly as it appears in the parts tabulation.

8

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107239 250 ■

MIL-B-15071A(SHIPS)

3.4.1.9.2.3 An index number with an arrow to the item, part, or tool to which it pertains shall be used in illustrations. In cases where an assembly is exploded into its component parts, one or more of which require further explosion, the primary explosion shall be referenced by the use of numerals only. The subassembly shall be referenced by the basic number of the part as it appears in the primary assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the primary part. The sequence of numerical and alphabetical designations shall correspond to the order of removal upon disassembly, wherever practicable.

3.4.1.9.2.4 Index numbers and arrows shall be used on each illustration to identify repair parts only.

3.4.1.10 Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text. Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply. Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings. The standard color codes for resistors and capacitors shall be stated, where applicable.

3.4.1.11 Memorandum pages. - Five blank pages shall be inserted at the end of the book for memorandum purposes.

3.4.2 Format. -

3.4.2.1 Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively. In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books. Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter. Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.4.2.2 Page identification and numbering. -

3.4.2.2.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication. At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section number followed by its title. In some cases, it may be necessary to brief the title.

3.4.2.2.2 With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over pages shall be arranged so that page numbers are visible without unfolding. Fold-over arrangements are shown on figure 5.

3.4.2.2.3 In books arranged for a system or equipment composed of several distinct units (see note under 3.4.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.4.2.3 Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented. Blank pages and spaces shall be avoided wherever possible except as specified in 3.4.1.11. Textual material shall be printed on both sides of the page. Illustrations serving no instructional function or to which no reference is made

9

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433892
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107240 772 ■

MIL-B-15071A(SHIPS)

in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes while reading the text shall be provided with a blank section of the same size as a page at the left hand edge of the drawing (see figure 5).  This will permit the drawing to be withdrawn clear of the book while the text is being studied.  Drawings shall be reproduced on a page the same height as other pages in the book, in order that all folds will be parallel to the bound edge of the book.

3. 4. 2. 4  Text. -

3. 4. 2. 4. 1  Tables and charts. - The use of tables and charts is desirable.  Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3. 4. 2. 4. 2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number.  The page number shall not be used except when the illustration is located more than three pages away from the reference.  When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows:  "Remove nut (7) and drive out bolt (8).  (See figure 26. )"

3. 4. 2. 4. 3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out.  All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3. 4. 2. 4. 4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3. 4. 2. 4. 5  Illustrations. - Illustrations (including photographs, exploded views, drawings and sketches) shall be well planned and executed.  They shall enable immediate and thorough comprehension of the subject.

3. 4. 2. 4. 5. 1  Illustration identification. - Illustrations shall be identified by figure number and a title.  Identifying figure numbers and titles shall be positioned immediately beneath the illustration.  Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3. 4. 2. 4. 5. 2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter.  Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3. 4. 2. 4. 5. 3  Exploded views. - Exploded views are desirable for showing the component parts of a subject.  Well retouched photographs in which sharp contrast is incorporated to insure distinct  detailed separation of parts may also be used for this purpose.  It is preferable that all parts be exploded on their functional axis.

3. 4. 2. 4. 5. 4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white.  Each drawing shall be identified with the drawing number of the manu-facturer and the bureau or agency concerned.  Drawings shall be bound into the instruction book as

10

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433982
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107241 909 ■

MIL-B-15071A(SHIPS)

shown on figure 5 (see also 3.4.2.3). Drawings shall normally be placed in the back of the manual but they must be inserted close to the references when practicable. Care shall be taken in the preparation of drawings for reproduction in the instruction book to insure that when the drawings are reduced in size they shall be clear and legible.

3.4.2.4.5.5 Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions of these drawings which may be extracted and used as illustrations in a book.)

3.4.2.4.5.5.1 The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.4.2.4.5.5.2 Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.4.2.4.5.5.3 Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch. This rendering shall be kept as simple as possible. Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the sketch. This applies to cutaway views, exploded views and cross-section views.

3.4.2.4.5.6 Color. - Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams or operational diagrams. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline sketches, but color for decoration is not desired.

3.4.2.4.6 Indexing and referencing of illustrations. -

3.4.2.4.6.1 Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.4.2.4.6.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.4.2.4.6.3 Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1, except as specified in 3.4.1.9 (b), 3.4.1.9 (c) and 3.4.1.9.2.3.

3.4.2.4.7 Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or type-written with a standard typewriter. In general, type-set copy is preferred with varitype or type copy as second choice. The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods and the availability of material prepared for earlier books. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

11

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107242 845 ■

MIL-B-15071A(SHIPS)

3. 4. 2. 4. 7. 1 Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column. The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8. Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin. The size of the page shall be 8-1/2 by 11 inches. Text shall be reproduced on both sides of pages.

3. 4. 2. 5 Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3. 4. 2. 6 Covers. - Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material. Covers for books over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth). The covers shall be imprinted in gold, silver or aluminum color with the information shown on figure 1. Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3. 3. 1) and title in brief. Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch. Outside corners of the covers shall be slightly rounded.

3. 4. 2. 7 Binding. - The binding shall be looseleaf using three 3/16-inch metal post and screws, spaced on 4-1/4 inch centers. Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid. On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion. Should the addition of the parts list (see 3. 4. 1. 9. 1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3. 5 Type C instruction books. -

3. 5. 1 Contents. - Type C instruction books shall contain the following information as applicable, presented in a logical arrangement (see figures 1 to 9, inclusive):

(a) Title page (see figure 2).
(b) General data (see 3. 5. 1. 1).
(c) Table of contents, listing all divisions and primary and secondary subdivisions (such as chapters or sections) with the corresponding page numbers.
(d) List of illustrations and drawings, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Detailed description (see 3. 5. 1. 2).
(f) Installation instructions (see 3. 5. 1. 3).
(g) Adjustments and tests (see 3. 5. 1. 4).
(h) Operating instructions (see 3. 5. 1. 5).
(i) Maintenance (see 3. 5. 1. 6).
(j) Parts identification (see 3. 5. 1. 7).
(k) Drawings (see 3. 5. 1. 8).

Note. - Although these requirements are directly applicable to instruction books covering specific equipment, they shall be followed as closely as possible for instruction books covering systems, such as engineering piping systems. When an instruction book covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the book in major divisions, each covering one unit. If so, the major divisions may be arranged by subdivisions, each corresponding to the requirements herein.

12

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107243 781 ■

MIL-B-15071A(SHIPS)

3.5.1.1  Ueneral data. - This division shall contain data such as the following:

    (a)  Safety notice (where high voltages or special hazards are involved).  (See figure 9.)
    (b)  Component list containing:
        Description of item.
        Navy type designation.
        Standard Navy stock number.
        Dimensions.
        Weight (with or without packing).
    (c)  Input power requirements and heat dissipation.
    (d)  Salient design characteristics.
    (e)  Electron tube complement.
    (f)  Serial number (if appropriate).

3.5.1.2.  Detailed description. - This division shall contain a complete detailed description of component assemblies and accessories which comprise the complete equipment; for example, in the case of a ship's service turbine generator set, the turbine, the gear, the generator, the exciter, and the voltage regulator.  Allowable clearances, temperatures or tolerances, shall be shown in tabular form.

3.5.1.3  Installation instructions. -  This division shall contain methods of installation, alignment, precautions, mounting instructions, recommendations regarding shielding, grounding or bonding.

3.5.1.4  Adjustment and tests. - This division shall contain instructions for the adjustment and test of the system and its major components upon initial installation or under other conditions such as after major overhaul where complete system readjustment may be required.

3.5.1.5  Operating instructions. - This division shall contain simple, brief and effective instructions, including normal routines and precautions to be observed in starting, operating, and shutting-down the equipment.  Where operations are to be performed in specified sequence, step-by-step procedure shall be used.  Operations shall be numbered in the order in which they are to be performed.  Operating data which is frequently  referred to in operating the equipment shall be included in this division.  Tables and charts shall be used for the presentation of these instructions where varying operating conditions are encountered.

3.5.1.6  Maintenance. - This division shall cover all maintenance procedures and routine adjustments which should be performed periodically, as well as instructions for disassembly and replacement of worn or damaged parts.  Instructions on lubrication shall be provided as applicable, preferably in chart form, and shall include the type of lubrication recommended by the manufacturer, together with specific time periods.  Lubricants shall be described by Military specification numbers, where applicable  and by commercial designations.  Maintenance instructions shall cover the use of special tools.

3.5.1.7  Parts identification. - This division shall contain identification data covering all repair parts (parts and assemblies which are wearable or expendable during normal repair) to facilitate ready identification of parts for replacement and ordering purposes.

3.5.1.7.1  Parts list. - Parts shall be listed as follows:

    (a)  Name of part.
    (b)  Number required.
    (c)  Actual manufacturer's name and service part number.
    (d)  Standard Navy Stock Number assigned in accordance
        with Specification MIL-R-15137.

13

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107244 618 ■

MIL-B-15071A(SHIPS)

3.5.1.7.2  Parts illustrations. - A view of each assembly or subassembly or component parts shall be shown.  Identification of illustrated parts shall be facilitated by the use of numbers which will identify all the parts in the parts list.  Illustrations of the exploded type are preferable.  When the use of exploded views is not practical, simple cross-sectional views may be used.  The cross-sectional drawings when used for this purpose preferably shall be approved drawings or excerpts from approved drawings, and shall show both the manufacturer's drawing number and the drawing number of the bureau or agency concerned.  In case no applicable approved drawing is available, cross-sectional views from manufacturer's drawings may be used.

3.5.1.8  Drawings. - This division shall contain reproductions of approved drawings, additional block diagrams, exploded views or explanatory drawings, as necessary to supplement the descriptive matter contained in the text.  Wherever feasible, such diagrams, exploded views and sketches should be inserted in the text as close as possible to that portion of the text to which they apply.  Diagrams of switches and relays used in the system showing the terminal numbering shall be inserted as additional drawings.  The standard color codes for resistors and capacitors shall be stated, where applicable.

3.5.2  Format. -

3.5.2.1  Divisions (chapters or sections). - Divisions of instruction books shall be by chapters or sections, numbered or lettered consecutively.  In general, chapters shall be the main divisions of larger books and sections shall be the main division of smaller books.  Chapters shall be further divided into sections which shall be numbered or lettered consecutively within the chapter.  Where chapters are used, the first page of each chapter shall be arranged as shown on figure 3.

3.5.2.2  Page identification and numbering. -

3.5.2.2.1  At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication.  At the top of each right-hand page, flush with the outside margin, shall appear the division, chapter or section, number followed by its title.  In some cases, it may be necessary to brief the title.

3.5.2.2.2  With the exception of fold-over pages and as otherwise specified herein, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals.  The first page of chapter 1 or section 1 shall be page 1.  All odd-numbered pages shall appear as right-hand pages.  Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet.  Fold-over pages shall be arranged so that the page numbers are visible without unfolding.  Fold-over arrangements are shown on figure 5.

3.5.2.2.3  In books arranged for a system or equipment composed of several distinct units (see note under 3.5.1) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1.  In this case, the page number shall also include the chapter number.  The chapter number shall appear first.

3.5.2.3  Layout treatment. - The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented.  Blank pages and spaces shall be avoided wherever possible.  Textual material shall be printed on both sides of the page.  Illustrations serving no instructional function or to which no reference is made in the text shall not be used.  Partial page illustrations within the text are highly desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the drawings.  Whenever it is desirable to include fold-over pages with the text in the front of the book, such fold-over pages shall not be backed up with text or illustrations.  All drawings which will be used for reference purposes

14

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433862
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107245 554 ■

MIL-B-15071A(SHIPS)

while reading the text shall be provided with a blank section of the same size as a page at the left hand ȝe of the drawing (see figure 5). This will permit the drawing to be withdrawn clear of the book ile the text is being studied. Drawings shall be reproduced on a page the same height as other pages ... the book, in order that all folds will be parallel to the bound edge of the book.

3. 5. 2. 4  Text. -

3. 5. 2. 4. 1  Tables and charts. - The use of tables and charts is desirable. Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3. 5. 2. 4. 2  Reference to figures. - Where reference is made to figures, the reference shall be to the figure number. The page number shall not be used except when the illustration is located more than three pages away from the reference. When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows: "Remove nut (7) and drive out bolt (8). (See figure 26.)"

3. 5. 2. 4. 3  Numbers. - Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out. All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3. 5. 2. 4. 4  Reference to materials. - All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials or abrasives, shall be described by Military specification numbers where applicable.

3. 5. 2. 4. 5  Illustrations. - Illustrations (including photographs, exploded views, drawings and ɛetches) shall be well planned and executed. They shall enable immediate and thorough comprehension the subject.

3. 5. 2. 4. 5. 1  Illustration identification. - Illustrations shall be identified by figure number and a title. Identifying figure numbers and titles shall be positioned immediately beneath the illustration. Whenever reduced size reproductions of drawings are used as illustrations, the drawing number shall be shown as well as the figure number.

3. 5. 2. 4. 5. 2  Photographs. - Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter. Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

3. 5. 2. 4. 5. 3  Exploded views. - Exploded views are desirable for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. It is preferable that all parts be exploded on their functional axis.

3. 5. 2. 4. 5. 4  Drawings. - When drawings are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as necessary (see figure 5), and reproduced in black and white. Each drawing shall be identified with the drawing number of the manufacturer and the bureau or agency concerned. Drawings shall be bound into the instruction book as shown on figure 5 (see also 3. 5. 2. 3). Drawings shall normally be placed in the back of the manual but they may be inserted close to the references when practicable. Care shall be taken in the preparation drawings for reproduction in the instruction book to insure that when the drawings are reduced in ȝe they shall be clear and legible.

3. 5. 2. 4. 5. 5  Sketches (see figure 6). - (NOTE: This paragraph does not pertain to reduced-size reproduction of standard approved drawings nor to portions to these drawings which may be extracted and used as illustrations in a book.)

15

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107246 490 ■

MIL-B-15071A(SHIPS)

3.5.2.4.5.5.1  The rendering of sketches (airbrushing or line rendering) shall be done with the highest possible contrast.  Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations shall be sharply defined by retouching.

3.5.2.4.5.5.2  Exploded views and cutaway views shall be drawn in perspective to appear as realistic as possible without distortion.  Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.5.2.4.5.5.3  Except for diagrams, schematics, orthographic projections, reproductions of approved drawings, all line sketches shall be prepared with the use of shading mediums to clarify and model the form of the sketch.  This rendering shall be kept as simple as possible.  Fuzzy freehand lines, rendering with fine lines, and cross hatching shall be avoided.  Solid black shall be used in dark areas to increase contrast and simplify the sketch.  This applies to cutaway views, exploded views and cross-section views.

3.5.2.4.6  Indexing and referencing of illustrations. -

3.5.2.4.6.1  Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows.  Index numbers may be used on illustrations with explanatory legend under the sketch or photo only when an extremely large amount of nomenclature is required.

3.5.2.4.6.2  In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white.  The arrowhead, however, shall be completely outlined in white.  The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.5.2.4.6.3  Index references and letterings (nomenclature) shall be planned to reproduce uniformly a size not less than 10-point type.  Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.5.2.4.7  Printing. - Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work.  Copy may be type-set, varityped, or type-written with a standard typewriter.  In general, type-set copy is preferred with varityped or type copy as second choice.  The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods, the availability of material prepared for earlier books.  The contractor shall specify the method of composition to be used when manu-scripts or sample copies are submitted for approval.  The bureau or agency concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.5.2.4.7.1  Arrangement. - The text may be arranged in the form of either two vertical columns or a single wide column.  The two-column arrangement shown on figures 4 and 7 is preferred; the single column arrangement is shown on figure 8.  Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin.  The size of the page shall be 8-1/2 by 11 inches.  Text shall be reproduced on both sides of pages.

3.5.2.5  Paper. - The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis litho-finish; for letterpress 25 by 38-70/500-basis dull-finish enamel stock.

3.5.2.6  Covers. - Covers for books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a black fabrikoid material.  Covers for books over 1/2 inch in thickness shall be made of semiflexible board covered with a black fabrikoid material, weight 6-1/2 to 7-1/2 ounces per square yard (finished cloth).  The covers shall be imprinted in gold, silver or aluminum color with the informa-tion shown on figure 1.  Backbones of books over 1/2 inch in thickness shall be imprinted with the Navy identification (NAVSHIPS) number (see 3.3.1) and title in brief.  Covers shall overlap the top, bottom, and right-hand edges of the book by 3/16 inch.  Outside corners of covers shall be slightly rounded.

16

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:33 GMT

■ ٩٩٩٩٩٠Ь 210724٧ 327 ■

3.5.2.7 Binding. - The binding shall be looseleaf using three 3/16-inch metal posts and screws, spaced on 4-1/4 inch centers. Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid. On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used. All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion. Should the addition of the parts list (see 3.5.1.7.1) to the instruction book result in the final book containing over 400 pages, the parts list shall be bound in a separate volume with appropriate reference on each volume as to the content of the other volume.

3.6 Type D instruction books. -

3.6.1 Contents. - Type D instruction books shall consist of manufacturer's standard commercial instructions and parts lists bound together.

3.6.2 Format. -

3.6.2.1 Covers. - Covers shall be of a dark color fabrikoid material. The cover shall show name and model of the equipment, manufacturer's name and address, Navy contract or order number and Navy NAVSHIPS identification number. Printing shall be of a light contrasting color. Covers shall be 8-1/2 by 11 inches for all books of that size or smaller (see figure 1).

3.6.2.2 Binding. - The books and covers shall be bound either by stapling, stitching or by use of metal binding posts.

3.7 Workmanship. - The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade commercial instruction books and parts catalogs. Copy which has filled letters or is blurred will not be acceptable. The workmanship shall be satisfactory to the bureau or agency concerned.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

4.2 The methods of approval are specified in section 3.

5. PREPARATION FOR DELIVERY

5.1 Packaging for domestic and overseas shipment. -

5.1.1 Equipment instruction books shall be individually packaged in accordance with method IC-3 of Specification MIL-P-116.

5.1.2 Bulk instruction books shall be individually packaged with kraft paper having a 60-pound basis weight conforming to Specification UU-P-268 and sealed with gummed paper tape conforming to Specification UU-T-111 and shall be individually packaged in a folding carton or set-up box conforming to Specification JAN-P-120 or JAN-P-133.

5.2 Packing. -

5.2.1 Equipment instruction books for domestic and overseas shipment. - Two copies of the instruction book shall be packed within the shipping container holding the main unit of equipment.

17

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433892
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107248 263 ■

MIL-B-15071A(SHIPS)

5.2.2 Bulk instruction books. –

5.2.2.1 For domestic shipment. – Instruction books packaged as specified in 5.1.2, shall be packed in wood cleated fiberboard, cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to Specification NN-B-591, NN-B-601, NN-B-621, LLL-B-631, or LLL-B-636, respectively. Fiberboard boxes shall conform to the special requirements of the applicable box specification. Closure of the fiberboard boxes shall be made with adhesive metal fastenings or tape or a combination of these methods in such a manner that the closures of the boxes shall not break or open when the box is tested in accordance with the applicable box specification. The gross weight of wood boxes shall not exceed 200 pounds; of fiberboard boxes, they shall not exceed the weight limitations of the applicable box specification.

5.2.2.2 For overseas shipment. – Instruction books, packaged as specified in 5.1.2, shall be packed in cleated plywood, nailed wood, corrugated or solid fiberboard boxes conforming to style A or B of Specification JAN-P-105, style 2, 2-1/2, 3 or 4 of Specification JAN-P-106 or symbol V3c or V3s of Specification JAN-P-108, respectively. Plywood shall conform to type A or B, condition I of Specification JAN-P-139. Boxes shall be lined with a sealed waterproof case liner conforming to Specification MIL-L-10547. Liners shall be sealed with an adhesive conforming to Specification MIL-A-140. Seams and closure shall have strength and water-resistance equal to that of the body material and shall have a continuous seam of at least 3/4 inch wide. Shipping containers shall be closed and strapped in accordance with the appendix of the applicable container specification. Flat steel strapping shall conform to class A or B, of Specification QQ-S-781. The gross weight of wood boxes shall not exceed 150-pounds; of fiberboard boxes, 70-pounds.

5.3 Marking. –

5.3.1 Interior containers. – In addition to the requirements specified in Standard MIL-STD-129, each package and interior container shall be clearly and legibly marked as follows:

(a) NAVSHIPS identification number.
(b) Nomenclature.
(c) Quantity.
(d) Contract or order number.
(e) Name of contractor or manufacturer.
(f) Date packed and method of preservation (as applicable).

5.3.1.1 Date marking shall be eliminated where instruction books are classified in accordance with Security Regulations.

5.3.2 Exterior containers. – In addition to the marking specified in 5.3.1 and any special marking required by the contract or order, shipments shall be marked in accordance with Standard MIL-STD-129.

6. NOTES

6.1 Ordering data. – Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type required (see 1.2).
(c) Requirements for type A (see 3.2).
(d) Details of special requirements for drawings, charts and illustrations,
    pertinent to the particular equipment, if not covered by the equipment
    specification.
(e) Security classification, if required (see 3.3.3).
(f) Whether the books are to be packed and marked for domestic or overseas
    shipment (see 5.2 and 5.3).
(g) Quantity of instruction books required (see 6.2).

18

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ ٩٩٩٩٩٠٦ ٢١٠٧٢٤٩ ١٣٣ ■

MIL-B-15071A(SHIPS)

6.2 Instruction books for stock should be specified generally in the following quantities:

| Number of equipments | Number of copies |
|---|---|
| 1 to 5 | 25 plus 2 per equipment |
| 6 to 25 | 25 plus 2 per equipment |
| 26 to 950 | 50 plus 2 per equipment |
| Over 950 | 1000 plus 2 per equipment |

Bulk copies of books furnished for stock should be shipped to:

Commanding Officer
Ships Parts Control Center
Naval Supply Depot
Stock Control Department
Mechanicsburg, Pennsylvania

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

19

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01439882
Not for Resale,2004/9/3 22:6:13 GMT

■ 9999906 2107250 911 ■

FIGURE 1 – TYPICAL COVER.

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper left-hand corner,
set in 18 pt. Stymie light caps with Stymie
bolt numerals.

SECURITY CLASSIFICATION (See 3.3.3) appears in
upper left-hand corner, with "Security Infor-
mation" directly below, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Restricted".)

TYPE OF BOOK set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie
extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set
under Manufacturer's name as shown, in
18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C.,
to be set at bottom page in 12 pt. Stymie light
caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (See 3.3.3) appears in
lower right-hand corner, set in 18 pt. Stymie
light caps.  (Security Classification in this
case is "Restricted".)

NOTE – If Stymie is not available, the following
faces may be substituted in this order: Beton,
Girder, Futura and Kabel, Weights shown shall be
maintained.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433582
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107251 858 ■

NAVSHIPS 000-0000

RESTRICTED

SECURITY INFORMATION

# INSTRUCTION BOOK

# 450-KW  A-C/D-C

# GENERATOR SET

# STEAM-TURBINE-DRIVEN

MANUFACTURER'S NAME, AND

ADDRESS

## Contract Nobs-00000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS — NAVY DEPARTMENT — WASHINGTON D.C.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:8:13 GMT

■ 9999906 2107252 794 ■

FIGURE 2 — TYPICAL TITLE PAGE.

SECURITY CLASSIFICATION (See 3.3.3) appears in
upper right-hand corner with "Security Infor-
mation" directly below, set in 18 pt. Stymie
light caps.  (Security classification in this
case is "Restricted".)

BUREAU OR AGENCY IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper right corner, set
in 18 pt. Stymie light caps with Stymie bold
numerals.

TYPE OF BOOK set in 24 pt. Stymie extra bold
upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie
extra bold caps.

APPLICABLE VESSELS (when appropriate) to be
set under title of book, as shown, in 18 pt.
Stymie light, upper and lower case.  "WARNING"
paragraph shall be set 8 pt. Stymie bold, upper
and lower case (see 3.3.3).

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER to be set under
Manufacturer's Name and address as shown in 18 pt.
Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

DATE OF PUBLICATION to be included at the lower
right of page.

SECURITY CLASSIFICATION (See 3.3.3) appears in lower
right-hand corner, set in 18 pt. Stymie light caps
with Stymie bold numerals.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107254 567 ■

## FIGURE 3 – TYPICAL CONTENTS PAGE

SECURITY CLASSIFICATION  (See 3.3.3) appears in upper right-hand corner with "Security Information" below, set in 12 pt. Futura bold caps.  (Security Classification in this case is "Restricted".)

CHAPTER TITLE to appear in upper right-hand corner set in 18 pt. Futura bold caps.

CHAPTER AND NUMBER to be set in 30 pt. Stymie light, upper and lower case.

"DETAILED DESCRIPTION" to be set in 14 pt. Stymie light caps.

"LIST OF SECTIONS" and "PAGE NO." to be set in 10 pt. Stymie light caps.

THE LISTING OF SECTIONS (number, name, and page) to be set in 14 pt. Futura bold, upper and lower case. All of the above materials is to be set as close as possible in style to that shown with sufficient leading and with the whole text block centered between the rules.

FOLIO NUMBER to appear on trim edge and bottom and to be set in 12 pt. Futura bold.

SECURITY CLASSIFICATION to appear on right-hand side at the bottom and to be set in 12 pt. Futura bold caps.

NOTE.– Girder or Beton light or medium may be substituted for Stymie.  Any other Sans Serif type of same weight may be substituted for Futura.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT



RESTRICTED
SECURITY INFORMATION
DETAILED DESCRIPTION.

# Chapter 2

## DETAILED DESCRIPTION

| LIST OF SECTIONS | PAGE NO. |
|---|---|
| 1 Turbine | 22 |
| 2 Speed Reducing Gear | 23 |
| 3 Oil System | 24 |
| 4 A-C Generator | 26 |
| 5 D-C Generator | 29 |
| 6 Voltage Regulator Equipment | 32 |
| 7 Air Circuit Breaker | 40 |

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/8/3 22:6:13 GMT

■ 9999906 2107256 33T ■

RESTRICTED
SECURITY INFORMATION

Title of Publication - Upper corner left-hand pages
14 pt. Futura medium caps.

450 - KW A-C/D-C GENERATOR SET, STEAM-TURBINE-DRIVEN

## SECTION 1
18 pt. Stymie medium caps.

1 pica

## Description of Turbine
18 pt. Stymie medium upper and lower case.

(Give complete name plate data as part of the title of description of turbine, reduction, etc.)
2 picas

The general arrangement of the set is shown in Fig. 4. The turbine and pinion shafts are rigidly connected and supported by three bearings, two in the reduction-gear casing and one at the exhaust end of the turbine.

**Primary Subheads—14 pt. Futura extra bold caps centered.** **ROTOR**

The bucket wheels, shaft, coupling flange, and balancing rings are all integral, being machined from a solid alloy steel forging. The pinion is bolted on one end of the turbine rotor and the emergency governor on the other. The rotor, complete with buckets, is balanced statically and dynamically at the factory.

1 pica

**Balancing Rings**
3 pt. space

The coupling flange of the rotor is tapped on its outer periphery for radial balancing plugs. See photograph below. At the exhaust end, the shaft carries another integrally forged balancing ring, tapped for axial balancing plugs.

DYNAMIC BALANCING. Adjustment of the rotor for dynamic balance is accomplished by the insertion at the proper points in these rings of balancing plugs of the correct weight. The plugs, when threaded into their holes, are drawn flush with the outer shoulder, and the outer thread of the hole is staked over. See Fig. 31, page 26, for generator balancing rings.

All of the holes are filled initially with one-half inch screw plugs to minimize windage loss, and the balancing plugs are substituted where necessary. These plugs provide an accessible means of balancing when rebucketing the rotor. During inspection periods it is advisable to inspect all plugs to see that they are tight.

**Buckets**

The buckets on all the wheels are of corrosion-resisting steel, and are attached by T-head dovetails. The buckets are spaced by skirts at the dovetail, machined as an integral part. The buckets are banded together in sections by steel shroud bands riveted onto the buckets.

## FIGURE 4.  TYPICAL TEXT PAGE

A typical text page spread is shown here with type and spacing specifications noted. New sections may be started near the bottom of the page if the space allows a minimum of three lines of type in each column; tabulated matter may be run two columns or one column.

Fig. 4.- Turbo-generator set as seen from turbine end, throttle-valve side

Classification—Inner bottom corner, 12 pt.
Futura bold caps.

RESTRICTED

■ 9999906 2107257 276 ■

RESTRICTED

Chapter Heading—Upper right-hand corner
of right-hand pages, 14
1 pt. rule                    pt. Futura medium caps.

**DETAILED DESCRIPTION**

1 pica                                                    1 pica

1 pica

A shroud band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

### NOZZLE PLATE

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and calked in the upper half of the high-pressure head. The nozzle plate contains a series of

reamed nozzles opening into ports on the high-pressure side.

### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

Secondary Subheads—14 pt. Futura extra
**Mounting**            bold upper and lower
case, flush left.

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the center line to allow for radial expansion.

SECOND-STAGE DIAPHRAGM. The lower half of the second-stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

2¼ picas

# SECTION 2

# Description of Speed Reducing Gear

2 picas

The reducing gear is the single-reduction, single-helical type, and reduces the turbine speed of 10,059 r. p. m. to the generator speed of 1,200 r. p. m.

### PINION

The pinion is forged integral with the shaft. One end of the shaft is provided with a flange that bolts rigidly to the turbine shaft and through which one end of the turbine rotor is supported. The other end of the pinion shaft has an extension, on which is assembled the thrust bearing. The complete assembly is shown in Fig. 6.

### GEAR WHEEL

The gear wheel is a steel forging and is pressed and keyed on a forged steel shaft. One end of the gear shaft is solidly coupled to the generator shaft, and part of the weight of the generator rotor is carried by the gear bearing at that end. The turbine end of this shaft is extended to carry the spiral gear that drives the oil pump and the governor.

### GEAR CASING

The gear casing consists of two halves which are jointed at the horizontal center line of the rotors. The bearing seats for supporting the gear and pinion bearings, the oil pump seating, and the supports for the high-pressure end of the turbine are fabricated integral with the lower half of the casing.



6 pt. space

FIG. 5—*View of the pinion showing half of the solid coupling, which is bolted to the turbine rotor*



FIG. 6—*Reducing gear with upper half casing removed showing the pinion and gear wheel assembled in their operating positions* Captions—Italic of text.

Folio—Outer bottom corner, 12 pt.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433682
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107258 102 ■

RESTRICTED
SECURITY INFORMATION

## MODEL GSB-8 DIESEL ENGINE

FIGURE 5. TYPICAL GATEFOLD
OR FOLD-IN PAGES

The following two pages illustrate correct style that may be followed in gatefold pages where oversize illustrations of blue-prints are to be used. Fold-over pages, double, or triple pages will be permitted only for illustrations where essential to insure legibility.

## ENGINE THROTTLE CONTROL

### DESCRIPTION

The engine throttle control system is made up of a series of linkages which, in direct connection with a hydraulic system, enable the operator to start and operate the engine at any required speed. (Fig. 3.) For complete understanding the following description is essential:

1. A mechanical linkage sets the limit to which fuel can be injected.
2. The engine throttle control sets the operating fuel pressure of the fuel pump.
3. A mechanical linkage from the control governor operates the control shaft which is coupled to the fuel injectors.
4. The hydraulic system, in conjunction with the linkage system, operates the control governor regulator shaft.
5. The throttle control operates the limit switch which controls the electrical circuit of the brake on the propeller shaft, just aft of the reduction gear.

The engine throttle control system is actuated by the movement of the throttle lever, or handle, of the hydraulic transmitter, which is located on the after side of the engine control box. (Fig. 1.) When the throttle lever is in the extreme out position, the hydraulic transmitter and receiver units are synchronized. (This function will be explained in detail later in this section.)

As the throttle handle is moved inward, beyond the synchronizing stage, it reaches the point where, for a few degrees of travel, it operates the air starting system (Section 20). When the air starting system is functioning, no fuel is admitted into the cylinders; however, at the instant when the throttle handle is moved farther inward and the air starting valve is released, fuel oil is then injected into the cylinders, and the engine begins to operate under its own power. Continuing the inward movement of the throttle handle increases the amount of fuel oil which is injected into the cylinders, and thereby increases the speed and power of the engine (Section 4).

The serrated shaft of the transmitter is linked with the throttle shaft which, in turn, is directly linked with the throttle lever tube. The throttle shaft is supported in two bronze bearings which are bolted to pads on the cylinder block, just below the camshaft trough. (Fig. 3.) The throttle lever tube floats on the control shaft, and a lever attached to it is connected with the regulating adjusting lever of the fuel oil pump. A spring loaded piston and cylinder assembly is built into the regulating adjusting lever, and its function is to permit the throttle shaft to pass through the synchronizing and air starting stages without moving the fuel pump pressure regulating lever. This permits the regulating lever to be moved from its idling position to maximum engine load position. A pin lever, welded to the throttle lever tube, sets a position beyond which the control lever on the control shaft cannot advance. Therefore, the control lever cannot be advanced beyond the throttle setting, and no additional fuel oil will be injected into the cylinders until the throttle is advanced farther. The control lever rides on the pin lever of the throttle lever tube, unless the automatic function of the governor tends to hold it away from the pin lever.

The two fuel injectors are synchronized and are coupled by the intermediate control shaft. The after fuel injector is coupled to the control shaft, which is supported at the opposite end by a ball bearing in a bracket attached to the camshaft gear cover.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

9999906 2107259 049



Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/5/3 22:6:13 GMT

■■ 9999906 2107260 860 ■■



Figure 5a.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01453882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107261 777 ■

| LIST OF MATERIAL  QUANTITIES FOR ONE SEA VALVE | | | | | | | | | | REVISIONS DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(table of material list — illegible)

NOTES:
1- PINION SHAFT, ITEM 31, IS FURNISHED 96" LONG (FROM ℄ OF VALVE). LENGTH TO BE CUT TO SUIT SHIP AND HANDWHEEL, PINNED IN PLACE. NECESSARY BEADING FOR SHAFT TO BE FURNISHED BY OTHERS.

2- AT INSTALLATION, ITEM 16½, U MUST BE RIGIDLY HELD IN ALIGNMENT.

3- WHERE SPEC. NO. IS NOT NOTED, MATERIAL OF BEST COMMERCIAL GRADE TO BE USED.

4- VALVE MADE IN ACCORDANCE WITH NAVY SPEC. 48-V-17 CLASS 33 EXCEPT AS NOTED.

5- COMPONENTS EXPOSED TO HYDROSTATIC PRESSURE SHALL WITHSTAND WITHOUT DAMAGE OR OPERATIONAL FAILURE HYDROSTATIC PRESSURE OF 150 LBS. PER SQ. INCH FOR ONE HOUR.

MASTER PLAN
UNDERWATER LOG EQUIPMENT
(HARWELL'S TYPE)
SEA VALVE ASSEMBLY



Figure 5b.— Engine Control System.

RESTRICTED

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433552
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107263 57T ■

# ART TREATMENT FOR EXPLODED VIEWS



*Preferred art treatment for exploded views—line drawing with shading medium. Preferred method of handling indexing by the use of noun or nomenclature is also shown.*

*Alternate acceptable art treatment—line drawing, black used to shape parts. Alternate method of handling indexing by the use of numerals as shown may be used if number of component parts warrants their use.*

*Alternate acceptable art treatment—wash drawing technique (suitable for letter-press or offset reproduction only). Preferred method of handling indexing is shown.*

NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per drawing shown above will also be acceptable.

Figure 6.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT

## FIGURES 7 AND 8

These figures show approved style to be
followed on manuals which are to be type-
written, varityped, or set with the elec-
tromatic typewriter. All copy should be
prepared to allow for a 15- or 20-percent
reduction in size.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:8:13 GMT

■ 9999906 2107265 342 ■

TITLE OF BOOK                                                    MFR'S NUMBER

## PART I
## DESCRIPTION OF TURBINE AND GEAR
### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION I
### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### ROTOR AND BUCKETS

The turbine rotor (1), Fig. 2, consisting of shaft, bucket wheels, and coupling, is machined from a solid steel forging. The coupling flange of the rotor is tapped around its outer per~ for balancing plugs.

The throttle valve is p~ handwheel for manual contro~ tripping device. The thrott~ ~l be tripped closed automatical~ ~ emergency governor.

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### NOZZLE PLATE

The cast steel first-stage nozzle plate (3),

Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### NOZZLE DIAPHRAGMS

~ozzle diaphragms are made of steel ~rrosion-resisting steel nozzle par~ ~ the diagram five nozzle dia~ ~ade of steel with welded corrosion-~ing steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

SECOND STAGE DIAPHRAGM: The lower half of the second stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

LOCATION OF DIAPHRAGMS: The other four diaphragms, which are located in the exhaust casing are mounted as shown in Fig. 3b. The cast steel first-stage nozzle plate (3), Fig. 2 is bolted to and caulked in the upper half of the high pressure head.

The first stage is drained through a valve at the bottom of the casing.

#### TURBINE CASING

The turbine casing consists of a steel high-pressure head (4), Fig. 2, and a steel exhaust casing.

THIS PAGE WAS TYPED USING 360-8 FOR BODY AND GOTHIC TYPES 229, 270 AND 180L BOLD FOR THE VARIOUS HEADINGS.

Figure 7.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/6/3 22:6:13 GMT

■ 9999906 2107266 289 ■

MFR'S NUMBER                                                          TITLE OF BOOK

## PART 1

### DESCRIPTION OF TURBINE AND GEAR

#### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

#### SECTION 1

#### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### Rotor and Buckets

The turbine rotor (1), Fig. 2, consisting of ~          els, and coupling, is machined from a solid steel forging. The coupli~          . is tapped around its outer periphery for balancing plugs.

The throttle valve is provid~          ~el for manual control and an emergency tripping device. The throttle          ~u closed automatically by an emergency governor.

THIS PAGE WAS TYPED USING STANDARD
ELITE TYPE. REDUCED 15%

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### Nozzle Plate

The cast steel first-stage nozzle plate (3), Fig. 8, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions. All of the diagrams five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

Figure 8.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433592
Not for Resale,2004/6/3 22:8:13 GMT

■ 9999906 2107267 115 ■

## FIGURE 9 - WARNING

Voltages over 300 volts shall be measured as follows:

(1)    Deenergize the equipment.  Ground terminals to be measured to discharge any capacitors connected to these terminals.
(See Note F.)

(2)    Connect meter to terminals to be measured using a range higher than the expected voltage.

(3)    WITHOUT TOUCHING METER OR TEST LEADS, energize the equipment and read the meter.

(4)    Deenergize the equipment.  Ground the terminals connected to the meter before disconnecting meter.

NOTES:

(A)    MAKE SURE YOU ARE NOT GROUNDED whenever you are adjusting equipment or using measuring equipment.

(B)    In general, USE ONE HAND ONLY when servicing live equipment.

(C)    If test meter must be held or adjusted while voltage is applied, GROUND the case of the meter before starting measurement and DO NOT touch the live equipment or personnel working on live equipment while you are holding the meter.  Some moving vane type meters should not be grounded.  These should not be held during measurements.

(D)    DO NOT FORGET that high voltages MAY BE PRESENT across terminals that are normally low voltage, due to equipment breakdown.  Be careful even when measuring low voltages.

(E)    DO NOT use test equipment known to be in poor condition.

(F)    High voltage high capacity capacitors should be discharged with a grounding stick with approximately 10 ohms in series with the grounded line.  Where neither terminal of a capacitor is grounded, short capacitor terminals to each other.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PAPER TRAILS HISTORICAL, 01433882
Not for Resale,2004/8/3 22:6:13 GMT