UNIFORM LABELING PROGRAM - NAVY
9/24/85



DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

26 September 1956

From:   Secretary of the Navy
To:     Chief of Naval Material
        Chief of Naval Operations
        Chief of Naval Personnel
        Chief of Naval Research
        Chief, Bureau of Aeronautics
        Chief, Bureau of Medicine and Surgery
        Chief, Bureau of Ordnance
        Chief, Bureau of Ships
        Chief, Bureau of Supplies and Accounts
        Chief, Bureau of Yards and Docks
        Commandant, U. S. Marine Corps
        Commander, M.S.T.S.

Subj:   Uniform labeling program for hazardous industrial chemicals
        and materials

Encl:   (1)  Markings and Designs of Labels
        (2)  Tentative Label Classification Guide
        (3)  Elements of a Labeling Program

1.  Purpose.  The purpose of this Instruction is to standardize on labeling requirements for hazardous chemical products during the finish stage, and to provide selective labels which will contain pertinent information designed to warn users of the potential dangers involved.

2.  Scope.  This Instruction applies to the labeling of all hazardous materials throughout the Naval Establishment whose distribution of hazardous chemicals and materials is made to the actual consumer (shop, office, or unit). It applies to materials received from any supply source, provides the material is intended for ultimate use at the local activity. In this regard it refers to labeling of the original container, as well as any other place prior to which the material may subsequently be transferred. This Instruction is not intended to govern ...

... The type of label to be affixed by the manufacturer. (These are provided by Federal and Trade and Associations depending on the nature of the material and whether the shipment is hazardous or otherwise. In addition, most major manufacturers of chemicals abide by the "Warning Labels Guide" published by the Manufacturing Chemists' Association.)



UNIFORM LABELING PROGRAM - NAVY
9/26/86



DEPARTMENT OF THE NAVY
Office of the Secretary
Washington 25, D. C.

24 September 1954

From:  Secretary of the Navy
To:    Chief of Naval Material
       Chief of Naval Operations
       Chief of Naval Personnel
       Chief of Naval Research
       Chief, Bureau of Aeronautics
       Chief, Bureau of Medicine and Surgery
       Chief, Bureau of Ordnance
       Chief, Bureau of Ships
       Chief, Bureau of Supplies and Accounts
       Chief, Bureau of Yards and Docks
       Commandant, U. S. Marine Corps
       Commander, Military Sea Transportation Service

Subj:  Uniform labeling program for hazardous industrial chemicals
       and materials

Encl:  (1) Markings and Designs of Labels
       (2) Tentative Label Classification Guide
       (3) Elements of a Labeling Program

1.  Purpose.  The purpose of this Instruction is to standardize
on labeling requirements for hazardous chemical products during
the using stage, and to provide informative labels which will con-
tain pertinent information designed to warn users of the poten-
tial dangers involved.

2.  Scope.  This Instruction applies to the labeling of all
hazardous materials throughout the Naval Establishment wherever
distribution of hazardous chemicals and materials is made to the
actual user (Single, edition, or units).  It applies to materials
received from any supply source, provided the material is intended
for ultimate use at the local activity.  In this regard it refers
to labeling of the original container as well as any other kind
of container to which the material may subsequently be transferred.

(This Instruction does not apply to labeling of hazardous manufacturers.
(This is a function of the supplier and various Federal regulations
depending on the nature of the material and whether the shipment
is interstate or intrastate.  In addition, most major manufacturers
of chemicals abide by the "Warning Labels Guide" published by the
Manufacturing Chemists' Association.)

SECNAVINST 5100.1                                    OFFICE OF THE SECRETARY
21 September 1956

b. The type of labels to be affixed to containers of chemicals or drugs used, or dispensed, by medical department pharmacies.

c. Those chemicals used by clinical or chemical laboratories, where small quantities of the chemicals are to be used as reagents by trained personnel who are familiar with the potential hazards involved. (The excepted laboratories will be those designated by the various bureaus, offices, and Marine Corps.)

d. The labeling of explosives, gasolines, and fuels, and compressed gases. (These are adequately covered by current instructions.)

3. Background. The rapid development of new chemical products and the administration of new chemical processes make it mandatory that precautionary measures be taken during the handling of toxic and corrosive chemicals. Warning labels affixed to containers of hazardous chemicals are one of the most practical means of accomplishing this objective. This Instruction is based on a composite of the procedures recommended by the Manufacturing Chemists' Association, the International Labor Organization, the American Conference of Governmental Industrial Hygienists, the Atomic Energy Commission, and the labeling programs presently in effect at the Naval Gun Factory, the Alameda Naval Air Station, and the Mare Island Naval Shipyard.

4. Action.

a. Navy Equipment Standardization Office. The Navy Department Standardization Office shall effect the assignment of a limited coordination military (Navy) project in connection with this Instruction to standardize the printed labels in respect to quality of paper, size, colors, shapes, lettering, wording, and design; quality of the global specifications for inks (including colors of inks); and other related matters. Enclosure (1) contains the markings and designs for labels agreed upon by representatives of the bureaus and offices.

b. Bureau of Supplies and Accounts. The Bureau of Supplies and Accounts shall initiate procedures to have the necessary labels stocked as General Stores items for use by all naval activities.

c. The Technical Bureaus. The classification of hazardous chemicals and materials shall be accomplished through the joint efforts of the technical bureaus in that each such Bureau shall be responsible for passing on those aspects, of any single item, which fall within its technical purview.

16                                2





Enclosure (2)

SECNAVINST 5510.?
21 September 1956

Tentative Label Classification Guide
August 1954

1. This label classification guide is to be used with the labeling procedures for hazardous chemicals and materials. It indicates the proper labels to be affixed on hazardous items in Commodity Classification Groups 24, 29, 39, 40, 49, 69, 70, 79, 80, and 99 with miscellaneous 9, 8, and 5 explosive items.

2. This guide is composed of the following sections:

(a) INDEX. Listed in Federal-Stock-Number sequence with cross reference to former Navy-Stock-Number, page where listed, and applicable label assigned.

(b) ALPHABETIC LISTING.

(c) APPENDIX. Listed in former Navy-Stock-Number sequence with cross reference to Federal-Stock-Number, page where listed, and applicable label assigned. The appendix is furnished as an additional conversion aid.

Enclosure (2)















| FBI No. | Former No. | Page | Label |
|---|---|---|---|
| G 8010-286-7721 | 052-F-4997 | 21 | None |
| -7722 | -4995 | 21 | None |
| -7830 | 052-E-3256-8135 | 16 | II |
| -7831 | 052-F-3260 | 21 | II |
| -7832 | 052-E-3256-8120 | 16 | II |
| -7833 | -3256-8005 | 16 | II |
| -7834 | 052-F-3372-150 | 41 | II |
| -7835 | -175 | 21 | II |
| -7840 | 052-E-3264-8080 | 16 | II |
| -7841 | -8120 | 16 | II |
| -8450 | 052-F-5217-335 | 20 | II |
| -8451 | -4994 | 20 | II |
| -8452 | -15 | 20 | II |
| -9081 | 052-E-3252-8005 | 16 | II |
| -9082 | 052-F-5270-365 | 20 | II |
| -9089 | 052-E-3258-8130 | 16 | II |
| -9090 | -3256-8080 | 16 | II |
| -9091 | 052-F-3265 | 21 | II |
| G 8010-490-4373 | -30646-4500 | 43 | II |
| -4376 | -4900 | 43 | II |
| -3169 | 052-E-315 | 20 | II |
| -4858 | 052-F-5230-60 | 20 | II |
| -4859 | -60 | 20 | II |
| -4868 | 052-E-3266-8270 | 16 | II |
| -4869 | -8120 | 16 | II |
| -4870 | -3258-8030 | 16 | II |
| -4871 | -3262-8015 | 16 | II |
| -4872 | -8135 | 16 | II |
| -4873 | -3260-8005 | 13 | II |
| -4874 | -8105 | 14 | II |
| -4875 | 052-F-3500 | 21 | II |

| FBI No. | Former No. | Pts. | Label |
|---|---|---|---|
| G 8010-286-4872 | 052-F-3815 | 21 | II |
| -1873 | -3850 | 21 | II |
| -1895 | -5270-85 | 21 | II |
| -5896 | -90 | 21 | II |
| -1898 | -7905 | 21 | II |
| -1899 | -7930 | 21 | II |
| -7013 | -5270-68 | 21 | II |
| -7014 | -70 | 21 | II |
| -7016 | -75 | 21 | II |
| -7018 | -85 | 21 | II |
| -7602 | -4550 | 20 | II |
| -8395 | 052-E-3252-8005 | 16 | II |
| -9320 | -3250-8010 | 16 | II |
| -9321 | -8110 | 16 | II |
| G 8010-286-0588 | 052-F-9180 | 21 | None |
| -0589 | -9175-5 | 21 | None |
| -0590 | -9182 | 21 | None |
| -0591 | -9176-100 | 21 | None |
| -0592 | -102 | 21 | None |
| -0593 | -200 | 21 | None |
| -0594 | -9177-500 | 21 | None |
| -0595 | -9178 | 21 | None |
| -0596 | -9174-505 | 21 | None |
| -0597 | -9184-300 | 21 | None |
| -0598 | -9177-505 | 21 | None |
| -0599 | -9178-320 | 21 | None |
| -2860 | 052-E-310 | 23 | III |
| -2861 | -40 | 23 | III |
| -3177 | 052-F-4335 | 20 | II |
| -3943 | -1960 | 20 | II |
| -3944 | -4555 | 20 | II |

Alphabetic Listing

| Description | Stock No. | Label |
|---|---|---|
| ABRASIVE |  |  |
| Polishing Compound | G 5350-18-... | III |
| Vapor Blast |  | III |
| ACETONE |  |  |
| Technical | G 6810-18-... | I |
| ACID |  |  |
| Acetic, glacial, technical | G 6810-275-... | V |
| Chromic (Chromium Trioxide Technical) |  | IAV |
| Hydrochloric, Technical (Muriatic) |  | V |
| Hydrofluoric, Technical | | IAV |
| Nitric, Technical | | IAV |
| Oxalic, Dihydrate, technical | | IV |
| Phosphoric, Ortho, technical | | V |
| Sulfuric, technical | | IAV |





SOLVENTS (846.1)
24 September 1953

| Description | Stock No. | Label |
|---|---|---|
| ASBURGEN (Cont.) | | |
| Sprayed | G 6810-513-5415 | V |
| Nitrate Technical | S 51-4-5390 | V |
| | G 6810-515-5519 | X |
| ASPHALTUM Lithographic | S 6850-681-6793 | IX |
| BARIUM HYDROXIDE CRYSTAL technical | G 6810-234-5577 | III |
| BENZINE technical (Benzol) | W 6810-214-5473 | XXIV |
| | -281-6765 | XXIV |
| CALCIUM | | |
| Carbide technical | G 6810-210-2925 | I |
| | -2926 | I |
| | -2927 | I |
| Hydroxide technical | -210-2930 | I |
| Hypochlorite technical | -371-1830 | XIV |
| | -215-2315 | XIV |
| | -255-0471 | XIV |
| Phosphide, technical | -2922 | XIV |
| | -210-2973 | XI |
| CARBON | | |
| Dioxide Absorption Fluid | S 6810-264-7086 | V |
| Dioxide Absorption Shell | S 6850-290-3191 | V |
| Tetrachloride, technical | G 6810-174-4777 | III |
| | -290-3061 | III |
| | -281-2723 | III |
| | -281-3003 | III |
| CEMENT | | |
| Electronic equipment | N52-C-3315 | |
| Fish | G 8010-254-5261 | II |
| Leather Belt | -281-6773 | II |
| Liquid | | |
| Item "A" paint | N52-C-451-855 | XX |
| Casein | -255-32 | XX |
| | -255 | XX |
| General purpose | -45-500 | XX |
| Rubber gasket | -5151-975 | XX |
| Plastikon | -5551-50 | XX |

Alphabetic Listing          23          Enclosure (2)



5100-8

DEPARTMENT OF THE ARMY
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **AMMONIUM (Cont.)** | | |
| Reagent | G 6810-243-1415 | V |
| | G 51-1-1970 | V |
| Nitrate Technical | G 6810-241-1819 | X |
| **ASPIRATOR** Lithographic | G 6640-261-2793 | IX |
| **BARIUM HYDROXIDE OCTAHYDRATE** technical | G 6810-236-6017 | III |
| **BENZENE** technical (Benzol) | W 6810-016-6479 | XXIV |
| | -281-2704 | XXIV |
| **CALCIUM** | | |
| Carbide technical | G 6810-230-3535 | X |
| | -3536 | X |
| | -3537 | X |
| | Hydroxide technical | -230-1520 | XXV |
| Hypochlorite technical | -236-3515 | XXV |
| | -259-6471 | XXV |
| | -2402 | XXV |
| Phosphide, technical | -236-5478 | XX |
| **CARBON** | | |
| Dioxide Absorption Fluid | G 6810-285-7086 | V |
| Dioxide Absorption Shells | G 6850-290-2201 | V |
| Tetrachloride, technical | G 6810-161-7097 | III |
| | -290-2208 | III |
| | -273-8713 | III |
| | -290-0093 | III |
| **CEMENT** | | |
| Electronic equipment | MIL-C-XXX | II |
| Film | G 5640-290-6741 | II |
| Leather Belt | -281-5713 | V |
| Liquid | | |
| Type "A" gasket | MIL-C-632-075 | XX |
| Gasket | -686-59 | XXX |
| | -345 | XXX |
| General purpose | -61-500 | XX |
| Rubber gasket | -3152-859 | XX |
| Plastilene | -1853-59 | V |

Alphabetic Listing                    13                    Enclosure (2)

*Enc 1*

OPERATION 4020-3
21 September 1956

| Description | Stock No. | Echel |
|---|---|---|
| CHARGE Fire Extinguisher | O 4210-221-1822 | III |
|  | -251-1345 | V |
|  |  |  |
| CHLOROFORM | O 6810-252-6707 | III |
|  |  |  |
| CHOKE GATE | O 5360-293-7222 | III |
|  | -4729 | III |
|  |  |  |
| CLEANERS |  |  |
| Electrolytic Metal | O 6850-685-1414 | V |
| Instrument-Watch Solution | -270-0833 | V |
| Rifle Bore Liquid | -682-9381 | V |
| Scouring, Powder | O 7930-559-0607 | V |
| Siliconate-Soap Metal | O 6850-281-0817 | V |
| Toilet Bowl | O 7930-257-1430 | V |
| Type | O 7930-619-8867 | III |
|  |  |  |
| COATING |  |  |
| Bituminous |  |  |
| Emulsion for Ballast Tanks | O 8030-161-6714 | III |
|  | -291-1677 | III |
|  | -275-8121 | III |
|  | -8128 | V |
|  | -286-3976 | II |
| Metal |  |  |
| Waterproof for Wood |  |  |
| Plastic |  |  |
| Acrylic, Protective | O 8010-290-6129 | II |
| Epoxy type, Strippable | O 8030-126-2640 | II |
|  | -215-8091 | II |
|  | -8808 | II |
|  | -286-3978 | II |
| Sealer, Underbody | -221-1033 | V |
|  | -1834 | V |
|  |  |  |
| COMPOUND |  |  |
| Abrasive polishing | O 5350-161-6226 | III |
|  | -8063 | III |
|  | -8090 | III |
|  | -192-7770 | III |
| Antifreeze | O 6850-287-1637 | III |
| Ethylene glycol (Grease substitute) | -274-5330 | II |
| Boiler, Liquid | -292-9843 | III |
| Carbon removing | -281-3062 | III |
|  | -363 | III |
|  | -3061 | III |
|  | -286-1736 | III |
|  | -290-3661 | III |

Enclosure (2)      14      Alphabetic Listing



| Description | Stock No. | Label |
|---|---|---|
| CORROSION (Cont.) | | |
| Cushion | | |
| Wooden Hull cases | G 5030-291-0751 | 2 |
| Metal enclosures | -290-2503 | III |
| Corrosion Preventive | -291-5060 | III |
| Non Oxidizing | W 5030-291-1060 | III |
| | -1651 | III |
| Thin film, | | |
| Hard film | -924-2899 | II |
| | -4100 | III |
| | -4101 | III |
| Soft film | -4106 | III |
| | -4107 | II |
| | -4591 | II |
| Water displacing soft film | -4393 | II |
| | -4595 | II |
| | -4596 | II |
| Corrosion Removing | G 6850-275-1219 | V |
| Cyanide, Heat treating | G 6810-246-1760 | IV |
| | -1761 | IV |
| Glyptal | 152-G-1097-25 | |
| Insulating, Electrical | G 5970-685-7132 | V |
| Preservation | | |
| Hard film | W 5030-224-2978 | I |
| Soft film | -291-1347 | I |
| | -264-1534 | I |
| Preservative | | |
| Sheree | G 8030-231-2347 | II |
| Cotton Cloth | -4750 | II |
| | -7131 | II |
| Rust Arresting Temporary | -492-5214 | II |
| | -492-5215 | II |
| Semifluid Antirust Powder | G 6850-281-2942 | II |
| Sealing | | |
| Aerosol-type plastic | G 8030-228-3287 | II |
| Limeless coat | -349-7581 | III |
| Polymer-Powder | -281-2348 | III |
| Oil stop | -3818 | II |
| Oil and water stop | -3819 | II |
| Smoothing Cement | G 8030-237-3565 | II |
| Vapor barrier | G 8030-174-2586 | II |
| | -2589 | II |
| CUPROUS CYANIDE TECHNICAL | G 6810-235-5651 | IV |

Alphabetic Listing                15                Enclosure (1)

5703-6
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **DRIER** | | |
| Cobalt Naphthenate | G 8010-???-???? | II |
| | -???? | II |
| Lead and Manganese | -???? | II |
| Lead and Manganese | -???? | II |
| | -???? | II |
| Manganese Linoleate | -???? | II |
| Manganese Naphthenate | -???? | II |
| **DUPLICATING FLUID** (Direct-Process) | G 7510-272-9809 | II |

**ENAMEL**
Note: All Enamels will bear Label No. X
except those in the 515-series categories

| Chlorinated Rubber-based | G 8010-???-???? | II |
| | -???? | II |
| | -???? | II |
| | -???-???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???-???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| | -???? | II |
| Semigloss for drums and switchs | | |
| Black | -???? | II |
| Olive-drab | -???? | II |

**FILLER WOOD**
Paste  G 8010-???-0463  X
Plastic  -???-9172  X

Enclosure (2)        16        Alphabetic Listing

| Description | Stock No. | Label |
|---|---|---|
| FILTER AIDS (Diatomaceous Silica). Chemically treated | G 9350-290-5039 | III |
| Uncoated | -386-0918 | III |
| FIRE EXTINGUISHER CHARGE Anti-freeze | G 4210-243-2682 | III |
| Liquid | -4062 | IIII |
| | -5472 | III |
| Soda Acid | -289-1810 | V |
| FLUX WELDING Aluminum and Aluminum Alloy | G 3439-455-4575 | III |
| | -4575 | III |
| | -4576 | III |
| FORMALDEHYDE SOLUTION 37 Paint Ingredient | G 6810-290-3901 | IV |
| | -3992 | IV |
| Photographic | G 6905-270-6732 | IV |
| | -290-3415 | IV |
| GOLD SIZE (Varnish) | G 8010-030-6465 | II |
| HYDROGEN PEROXIDE Technical (30%) | G 6810-252-9703 | IAT |
| INHIBITORS Corrosion Control | G 6850-413-6513 | I |
| INHIBITOR, PICKLING CHEMICAL Foaming Liquid | G 6850-452-0435 | V |
| Non-foaming Liquid | -0445 | V |
| INSECTICIDES Calcium Arsenate Solution (25) | G 6840-270-8960 | II |
| | -252-0530 | II |
| DDT Dusting Powder Releasing | G 6840-270-5115 | III |
| Alphabetic Listing | 17 | Inclusive (2) |





| Description | Stock No. | Label |
|---|---|---|
| LACQUER (Cont.) | | |
| Pigmented (Cont.) | G 8010-165-6139 | II |
| | -6140 | II |
| | -6141 | II |
| | -160-1000 | II |
| | -172-1000 | II |
| | -257-5303 | II |
| LACQUER SOUR | G 7930-052-0509 | IV |
| LEAD ACETATE | G 6810-285-1373 | III |
| LYE OR CHLORINATED | -242-1708 | III |
| | -255-0431 | III |
| | -6176 | III |
| | -282-3247 | III |
| MERCURY | G 6810-285-343 | III |
| | -3450 | III |
| | -270-6017 | III |
| | -6026 | III |
| | N 51-M-527 | III |
| NAPHTHA | | |
| Aromatic, Petroleum | V 6810-244-2437 | II |
| | -160 | IV |
| | -1029 | III |
| Coal tar | -1327 | III |
| | -1608 | III |
| | -1660 | III |
| | -1728 | III |
| | -1721 | III |
| Petroleum Precipitation | -238-4708 | X |
| NAPHTHALENE | G 6810-270-6218 | III |
| | -281-9081 | III |
| NICKEL | | |
| Ammonium Sulfate | G 6810-275-1804 | III |
| | -2831 | III |
| | -290-5169 | III |
| Chloride | | |
| Sulfate | | |

Alphabetic Listing          19          Enclosure (2)



S''18.8'

CHEMISTRY[?]...
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| MIXER CAKE | G 6810-270-1981 | ? |
| | -1985 | ? |
| | -0- | |
| OFFSET MASTER SOLUTION | G 6850-285-800b | ? |

PAINT
DYES    All Paints will bear Label No. 1
        (unless listed on the following categories)

| Anti-fouling | | |
|---|---|---|
| Cold plastic | G 8010-290-5528 | II |
| | -251-2014 | II |
| | -507 | II |
| Hot plastic shipbottom | -509-501 | II |
| Natural Rubber | -285-177 | II |
| Vinyl | -290-1237 | II |
| | -651 | II |
| Anti-sweat Fire-Retardant Exterior | | |
| Alkyd, Hospital duty | -285-1736 | II |
| Alkyd, Naval Shipboard Use | -515-2028 | II |
| Full Gloss, General Purpose | -290-1019 | II |
| | -1050 | II |
| | -051 | II |
| Shore Use, Exterior | -571-1050 | III |
| | -1051 | III |
| Full Gloss, Shore Use | -285-1880 | III |
| Phenolic, Submarine use | -1081 | III |
| | -1882 | III |
| Rubber, Solvent type | -290-1082 | III |
| | -1053 | III |
| | -1052 | III |
| | -1051 | III |
| | -2088 | III |
| | -2059 | III |
| Semi-gloss, Shore use | -285-1891 | III |
| | -1892 | III |
| Vinyl-Alkyd, Chipboard use | -290-2059 | III |
| | -2059 | III |
| | -285-7082 | II |

| Enclosure (2) | 26 | Alphabetic Listing |
|---|---|---|



Encl 4

SECRETARY 6460-3
26 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **PHOTOGRAPHIC CHEMICALS** | | |
| Deep Etch Lacquer Solution | G 6850-272-5928 | II |
| Deep Etch Shellac Solution | -281-5771 | I |
| Plate Etch Solution | -5162 | V |
| Zinc Plate Deep Etch Solution | -5026 | V |
| | | |
| **PIGMENT** | | |
| Antimony, Oxide Dry | G 5030-254-5713 | III |
| Chrome Green Dry | -281-5059 | III |
| | -247-5719 | III |
| Chrome Green Paste | -4105 | II |
| Chrome Orange Dry | -227-5367 | III |
| Chrome Yellow (Medium) Dry | -224-5708 | III |
| Chromium Oxide Dry | -247-5309 | III |
| Diatomaceous Silica Dry | -5109 | III |
| Litharge Dry | G 6810-267-4099 | III |
| | -4111 | III |
| | -4313 | III |
| Mercuric Oxide, Dry | G 6810-161-7874 | IV |
| Red Lead Grade 5 Dry | -4318 | III |
| Red Lead Grade C Dry | -227-5504 | III |
| White Lead Basic Carbonate Paste | -267-4131 | IV |
| | -4302 | IX |
| White Lead Basic Carbonate Dry | -5732 | III |
| Zinc Chromate Insoluble Dry | -281-4696 | III |
| Zinc Dust Dry | -247-4121 | III |
| Zinc Yellow (regular) dry | -247-4132 | III |
| | | |
| **POTASSIUM** | | |
| Cyanide ACS | G 6810-290-3511 | IV |
| Dichromate Technical | -292-0537 | IIIAV |
| Metal Pickling | -265-6717 | IIIAV |
| Photographic | G 6750-272-5459 | IV |
| Hydroxide | | |
| Lithium Solution (Electrolyte) | G 6850-271-5702 | V |
| Solution (CO2 Absorption) | G 6810-285-1015 | V |
| Technical (Caustic Potash) | -270-3051 | V |
| | -5781 | V |
| | -281-5627 | V |
| Permanganate AP | G 6505-297-1145 | X |
| | | |
| **PRESERVATION-SOLUTION CONCENTRATE** | | |
| Scmtv Sea Chest | G 5030-262-4119 | IV |

SECNAVINST 5040.3
21 September 1956

| Description | Stock No. | Label |
|---|---|---|
| PAINTS | | |
| Alkyd-Resin Steel | G 5020-187-8258 | II |
| Anti-corrosive Shipbottom | -8262 | II |
| Asphalt | G 5020-165-7082 | II |
| Dark Green Metal | G 5020-161-7092 | II |
| | -7083 | II |
| Exterior Wood | -165-1826 | I |
| Interior Wall Primer-Sealer | -8248 | I |
| | -8270 | I |
| Lacquer-Enduring Synthetic | -158-5127 | II |
| Maintenance Exterior | -165-5073 | II |
| | -5074 | II |
| | -161-7297 | II |
| Pretreatment Coating for Metals | G 5020-165-5075 | IIEW |
| Red Lead - Linseed Oil | G 5020-616-0076 | II |
| | -5124 | II |
| Synthetic Metal and Wood | -161-5711 | II |
| | -7082 | II |
| Undercoat for Wood Decks | -165-5828 | II |
| Vinyl, Red Lead | -650-0057 | II |
| Vinyl, Zinc Chromate | -6123 | II |
| Zinc, Chromate | -161-5149 | II |
| | -165-8887 | II |
| Zinc, Dust-Zinc Oxide | -8288 | II |
| | -4581 | II |
| PUTTY | G 5020-616-0651 | III |
| | -0052 | III |
| | -0053 | I |
| | -0076 | III |
| PHENOLIC TECHNICAL | G 6810-281-4765 | II |
| REMOVER | | |
| Fingerprint | W 5020-458-8305 | I |
| | -8304 | I |
| Paint and Varnish | G 6810-161-0200 | III |
| | -165-1667 | III |
| | -281-4840 | III |
| | -1861 | III |
| RESIN | | |
| Solutions | G 6810-281-2016 | I |
| | -2017 | I |

| Alphabetic Listing | 83 | Enclosure (2) |

5760-9

SECRETARY (date)—
24 September 1956

| Description | Stock No. | Label |
|---|---|---|
| **ACID (Cont.)** | | |
| Solutions (Cont.) | 6810-051-2926 | I |
| | -2974 | II |
| | -2976 | II |
| | 6810-290-3753 | II |
| | -3756 | II |
| **ADHESIVES** | | |
| Calcium Cyanide | 6810-051-6666 | IV |
| Rat Spell | -6665 | IV |
| | -651-6658 | IV |
| Sodium Hexafluorosilicate | 6810-151-1607 | IV |
| | 6810-656-1643 | IV |
| | 6810-214-6610 | IV |
| Warfarin | -656-1226 | XIII |
| Zinc Phosphide | -251-7091 | XIII |
| **BUFF COMPOUND, RUBBER** | | |
| Mounting Compound and Accelerator | 8010-271-0666 | II |
| Caulking Compound and Accelerator | -2769 | II |
| Cleaner-Primer | -2767 | II |
| Priming Cement | -2866 | II |
| Troweling compound and Accelerator | -270-2567 | II |
| **SILICA RUBBER** | | |
| High Temperature Silicone | 8010-247-1256 | III |
| | 9730-246-1626 | I |
| | -1707 | II |
| | -1606 | I |
| | -1697 | II |
| **SILVER** | | |
| Chloride | 6810-251-1677 | III |
| Nitrate | -243-1114 | IV |
| **SOAP POWDER** | | 7930-631-6196 | V |
| | -2677 | V |
| | -3000 | V |
| **SODA** | | |
| Ash Powder | 6810-633-1714 | V |
| | -1615 | V |
| | -171-1652 | V |
| Caustic | -243-1156 | V |
| | -251-1605 | V |
| Lime | -227-1213 | V |
| **SODIUM** | | |
| Arsenite Solution | 6810-281-6729 | IV |

Enclosure (2)         24        Alphabetic Listing

NAVSUPINST-4810.3
21 September 1956

-8-

| Description | Stock No. | Label |
|---|---|---|
| TAR, COAL | G 6810-281-6010 | V |
|  | -6011 | V |
| TETRACHLORETHANE | G 6810-201-9015 | IV |
| TETRACHLORETHYLENE | G 6810-270-0707 | III |
| TRISODIUM PHOSPHATE | G 6810-242-6056 | V |
| THINNER | MIL-T-6043-6760 | II |
| Bituminous | G 6810-281-3277 | II |
| Dope and Lacquer | G 6810-160-6787 | II |
| Paint, Mineral Spirits | W 6810-242-5792 | II |
|  | -242-5793 | II |
|  | -6515 | II |
|  | -155-0505 | II |
| Strippable Plastic Coating Compound | V 6810-160-6714 | II |
| Synthetic Resin Enamel | -6715 | II |
|  | -161-5503 | II |
|  | G 6810-160-7504 | II |
| TOLUENE (TOLUOL) | W 6810-281-3305 | II |
|  | -3006 | II |
| TRICHLORETHYLENE | G 6810-421-6205 | III |
|  | -6205 | III |
| TRICRESYL PHOSPHATE | G 6810-431-7175 | II |
| TRISODIUM PHOSPHATE | G 6810-410-6115 | V |
| TURPENTINE | G 8010-224-6226 | II |
|  | -281-1410 | II |
|  | -290-7140 | II |

-9-

| VARNISH | | |
| Asphalt | V 8010-160-5258 | I |
|  | -258-0014 | I |
| Electrical Insulating | G 5970-145-1675 | I |
| General Purpose | -1676 | I |
|  | -1677 | I |
|  | -1678 | I |

22

Enclosure (2)          26          Alphabetic Listing



SECNAVINST 4400.8
21 September 1994

| Description | Stock No. | Label |
|---|---|---|
| TNT | | |
| Grenade | 6 4910-449-6746 | |
| Fuze | -027-4801 | |
| Pamphlet | 6 4910-449-1026 | |

Enclosure (2)                    38                    Alphabetic Listing













5-7/30.S

UNCLASSIFIED

24 September 1956

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| 052-C-730 | G 8040-273-8706 | 13 | I |
| -726 | -8707 | 12 | I |
| -724 | -8708 | 13 | I |
| -727 | -8709 | 12 | I |
| -736-250 | -266-7424 | 12 | I |
| -746 | -273-8710 | 12 | I |
| -747 | -8711 | 12 | I |
| -1060 | G 8030-363-6064 | 15 | III |
| 052-C-1110 | | 15 | II |
| -1142-476 | | 15 | II |
| 052-C-1255 | G 8040-266-7429 | 12 | I&IV |
| -1285-75 | -7437 | 12 | I&IV |
| -1294-100 | -7430 | 12 | I&IV |
| -1318 | -7431 | 12 | III |
| 052-C-1635-65 | | 13 | I |
| 053-C-1546 | G 8040-290-7115 | 14 | II |
| -1554-100 | -273-8687 | 13 | II |
| -750 | -8716 | 12 | II |
| -755 | -8717 | 12 | II |
| -1677 | G 8030-221-1854 | 14 | I |
| -100 | -1855 | 14 | I |
| -1650 | G 8010-227-1686 | 16 | I |
| -1663-470 | G 8040-273-8718 | 12 | II |
| -2092-80 | G 6030-273-8121 | 14 | V |
| -30 | -8122 | 14 | V |
| -2100 | -161-5714 | 16 | III |
| -60 | -262-4277 | 14 | III |
| -2216-200 | -264-2437 | 15 | II |
| -2218-120 | G 8010-290-8189 | 14 | II |
| -2280-5 | G 8030-273-8085 | 14 | II |

| Former No. | FSN No. | Page | Label |
|---|---|---|---|
| 051-3-1431-50 | G 6850-221-2775 | 22 | I |
| -4760 | G 7930-152-0520 | 18/25 | IV |
| -4832-800 | G 6840-221-2056 | 24 | IV |
| -4845 | -264-6585 | 24 | IV |
| -Z-1458-70 | G 6810-264-2015 | 25 | IV |
| -200 | -270-9982 | 25 | III |
| -4495 | -249-2058 | 25 | V |
| -5781 | -184-4794 | 28 | III |
| -5765 | -4890 | 28 | III |
| -5555 | -240-2126 | 25/26 | V |
| -N-127 | G 6350-250-2050 | 27 | V |
| -100 | -2527 | 27 | V |
| -Z-143-1 | G 6810-237-1851 | 28 | III |
| -436 | -285-9704 | 28 | IV |
| -545 | G 6840-285-7091 | 24 | IV |
| -650 | -240-1249 | 24/28 | III |
| 052-A-68-200 | G 7040-273-6708 | 12 | III |
| -925 | -181-1871 | 12 | III |
| -950 | -273-9701 | 12 | III |
| -150 | G 6810-281-6868 | 12 | II |
| -293 | G 6850-281-2785 | 13 | II |
| 052-C-62-750 | G 8040-286-7425 | 12 | I |
| 052-C-84-500 | | 12 | II |
| 052-E-300 | G 8040-181-2725 | 13 | I |
| -500 | -355-5641 | 13 | II |
| -800-1060 | G 5970-205-7131 | 15 | V |
| 052-C-884-255 | | 15 | II |
| -885-52 | | 15 | II |
| -854 | | 15 | II |

24 September 1956



Appendix    35    Enclosure (2)





Enclosure (3)    SECRET Encl. 3
21 September 1956

## Elements of a Labeling Program

1. **General.** All materials should be labeled whether or not they are considered toxic, flammable, or explosive. This is desirable, not only to prevent untoward incidents but also to conserve material which could otherwise be discarded and wasted if unlabeled. Hazardous chemicals and materials within the scope of this instruction have been grouped into six general classifications defined as follows:

   a. **Class I. Fire Hazard (Flammable).** Any material which alone or in combination with other materials may produce a danger of fire or explosion (such as the strong oxidizing agents, perchlorates, peroxides, naphthas, acetone, ether, etc.).

   b. **Class II. Toxic and Fire Hazard.** Any material which presents a combined hazard due to its flammability (Class I) and its toxicity (Class III). 

   c. **Class III. Toxic.** Any industrial or military material which may give off a harmful vapor, mist, fume, or mist during handling or operations. The injurious effect may arise from one exposure (acute) or from repeated exposures over a prolonged period (chronic). The route of entry into the body may be by ingestion, inhalation, or absorption through the skin. Examples of this class are chlorinated hydrocarbons (carbon tetrachloride, trichloroethylene, tetrachloroethylene), chlorinated diphenyls, compounds of cadmium, mercury, chromium, lead, and organic phosphorus compounds.

   d. **Class IV. Poisonous.** A poison is commonly understood to be a present which will lead to fatal results in a short period of time when taken into the body. Oral intake is the primary mode of entry into the body. It is too recognized that other routes such as inhalation and absorption through the skin may produce the same effect as oral ingestion of some materials. Examples of this category are cyanides, arsenicals, carbon disulfide, and dimethyl sulphate. Some of these materials may give off a deadly vapor when mixed with acids; e.g., cyanide and acids.

   e. **Class V. Corrosive.** Agents which in contact with tissues of the body surfaces will cause injury or destruction of these tissues. Among these are corrosive agents such as hydrochloric, acetic, nitric, and sulfuric acids; and sodium, potassium, and ammonium hydroxides.

Enclosure (3)

SECNAVINST 4210.3
21 September 1956

f. Class VI, Radioactive Material. Hazardous materials or chemicals which emit alpha, beta, gamma, or neutron radiation, or which may give off dusts, fumes, gases, or vapors emitting these radiations.

2. It may be necessary on occasion for qualified investigators to work with new products before adequate chemical, physical, and toxicological data are available. To cover such cases, and such cases only, the following guide is suggested for preparing labels to be used during the period of investigation.

---

(NAME OR DESCRIPTION OF PRODUCT)

FOR INVESTIGATIONAL USE ONLY

STATEMENT OF KNOWN HAZARDS

(Appropriate precautionary measures.)
(Appropriate instructions in case of contact or exposure.)

IMPORTANT: The chemical, physical, and toxicological properties of this product have not been fully investigated and its handling or use may be hazardous.

EXECUTIVE USE ONLY.

---

3. The elements of an effective labeling program consist of:

   a. Establishment of a Chemical Control Committee.

   b. Uniformity of labeling.

   c. Indexing of materials and their labeling category.

   d. Proper labeling by the local supply department.

   e. Proper labeling by the using unit where transfer is made to smaller containers.

   f. Educational program.

4. A Chemical Control Committee or equivalent thereof should be established at each activity to administer the technical phases of the labeling program for the local activity and to make revisions as necessary to keep the program current. Directives should be prepared by the Chemical Control Committee for promulgation by the commanding officer. These should be based on Bureau instructions

Enclosure (3)                    2

ENCLOSURE (3)
31 September 1956

and should be tailored to suit the needs of each activity. The size and nature of the activity will be major factors in determining whether this Condition will be a formal organization composed of cognizant personnel, or whether it will consist of one individual to whom this additional responsibility is delegated.

5. To provide uniformity of labeling throughout the Naval Establishment a Label Classification Guide showing the various labels to be employed for hazardous materials will be published in U. S. Navy Safety Precautions (OPNAV 34-P1). A supplementary list of all new or in-use hazardous materials will be compiled periodically, and will be published in OPNAV 32-P1. To supplement the listings in OPNAV 34-P1 a definitive labeling category, agreed upon by the Chemical Control Committee, or equivalent thereof, should be established for each new or in-use material brought in for use at the local activity. If any given new material presents more than one type of hazard, the labels properly identifying each hazard should be affixed to the container. Assistance in regard to the classification of new or proprietary chemicals may be obtained from the management bureau.

6. The supply officer of each activity shall be responsible for the proper labeling of all containers of hazardous materials on receipt of these materials.

7. Supervisory personnel shall be responsible for the proper labeling of any containers to which hazardous materials may be transferred after issue by the Supply Department.

8. Cognizant management personnel shall institute an educational program to thoroughly familiarize employees with the labeling program, paying particular attention to the significance of the color coding, the insignia, and key words, or each category of label.

620543                          3                    Enclosure (3)