PLAINTIFF'S
EXHIBIT
923



# WARNING LABELS

### PART 1

A GUIDE FOR THE PREPARATION
OF WARNING LABELS FOR
HAZARDOUS CHEMICALS

### PART 2

ILLUSTRATIVE WARNING LABELS
FOR HAZARDOUS
CHEMICALS



PUBLISHED BY

MANUFACTURING CHEMISTS' ASSOCIATION
OF THE UNITED STATES,
608 Woodward Bldg., Washington 5, D. C.

Copyright 1945 by Manufacturing Chemists' Association of the United States



PLAINTIFF'S
EXHIBIT
NO. S 2

PLAINTIFF'S
EXHIBIT
SOA-95B

Manual
L-1

# PART I

## MANUAL L-1—A GUIDE FOR THE PREPARATION OF WARNING LABELS FOR HAZARDOUS CHEMICALS

### Adopted 1945

### Revised April 1946

The development of new chemical products and the introduction of chemical processes into ever-widening fields has accentuated the need for furnishing appropriate information in those cases where special precautions are necessary. Many chemicals present no hazards in normal handling and storage and for these products no precautionary labels are necessary.

The education of employees regarding chemical hazards is, and must remain, the direct responsibility of their employers. However, such hazards are not confined to employees alone, and information concerning them should, so far as practicable, reach every person using, transporting, or storing chemicals. The most practical means for the seller to disseminate this information appears to be by labels affixed to containers of hazardous chemicals, bearing appropriate precautionary statements and instructions stated as simply and briefly as circumstances permit.

In the interest of uniformity and more adequate labeling of chemical products, the Manufacturing Chemists' Association has prepared this Manual for the benefit and guidance of its members. A series of definitions is included in Schedule 1 in order that the terms used may be clearly understood. In addition to the general recommendations contained herein, the MCA has prepared suggested labels for specific products. These have been printed as Manual L-2, which will be supplemented from time to time as additional recommended labels are developed.

A precautionary label does not take the place of safety equipment such as suitable goggles, airline respirators, gas masks, clothing, shoes, etc.

Individual statutes, regulations or ordinances may require that particular information be included on a label or that a specific label be affixed to a container. In each case, the requirements of these laws should also be studied. *The warning labels suggested in this Manual should be used in addition to, or in combination with, any label required by law.*[*]

---

[*] Federal statutes include:

Interstate Commerce Commission Regulations for Transportation of Explosives and Other Dangerous Articles: Supt. of Documents, Govt. Printing Office, Washington, D. C.

Federal Caustic Poison Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Federal Insecticide Act of 1910 and regulations: Agricultural Marketing Administration, U. S. Department of Agriculture, Washington, D. C.

Federal Food, Drug and Cosmetic Act and regulations: Food and Drug Administration, Federal Security Agency, Washington, D. C.

Related statutes of the 48 States and the District of Columbia include Caustic Acid, Pharmacy, Poison, and Insecticide Acts.

Manual
L-1

Manufacturing Chemists' Association of the United States

# GENERAL PRINCIPLES

In the preparation of any precautionary label the following principles should first be considered:

1) Each chemical product (including mixtures) presents a distinct problem and must be treated individually, in the light of its own characteristics.

2) Extreme care should be exercised in the choice of terminology. Statements should be brief and simple.

3) On labels for different products, uniformity in language to indicate the same hazards is most desirable in order to gain greater understanding through standardization.

4) Precautionary statements must be accurate, selectively chosen, and expressed in clearly defined terms. To be effective they should be used only when and to the extent necessary. Labeling of a relatively harmless product so as to indicate that it is hazardous, as well as the failure to give adequate notice of a hazard, will develop a disregard for labels and defeat their purpose.

For example, if the word "POISON" is to retain its usefulness on a label, it should be applied exclusively to those products (1) which are poisons according to a definite toxicity standard*, or (2) with which it is associated through common usage, or (3) for which its use is prescribed by law. In all other cases the relative degree of the hazard can be better indicated by the use of signal words such as: "DANGER" to cover extremely serious hazards, "WARNING" to cover less serious hazards; and "CAUTION" to cover minor hazards, together with a descriptive statement of the hazard.

5) Chemical names should be those recommended by the American Chemical Society.

6) The use of a non-descriptive code designation or trade name as the only identification of a hazardous chemical should be avoided. If for any reason, it is undesirable to show the chemical name, or if the chemical name is so complex as to be meaningless except to the trained chemist, the label should state the type of chemical, e.g., "corrosive acid," "lead compound."

7) The following subject matter should be considered for inclusion on a precautionary label:

✓ 1. Chemical name

✓ 2. "Signal word" (DANGER-WARNING-CAUTION) designating degree of hazard (Column A, Schedule 3)

✓ 3. Affirmative statement of "hazard" (Column B, Schedule 3)

✓ 4. "Precautionary measures" covering actions to be followed or avoided (Column C, Schedule 3)

✓ 5. "Instructions in case of accident," where advisable (Column D, Schedule 3)

8) Warning labels should be printed in easily legible type, which is in contrast by typography, layout, or color with any other printed matter on the label and should be placed conspicuously on containers. Legibility may be preserved with a suitable protective coating.

---

* To provide a practical working standard for labeling purposes "POISON" is defined in Schedule 1 of this Manual to include only chemicals capable of causing acute effects by ingestion and inhalation, the principal modes of entry into the body. This definition excludes chemicals capable of causing injuries as a result of skin absorption or of chronic exposure by inhalation, because the variable actions and effects of chemicals with these characteristics preclude a practical means of measuring their hazards.

2

Manufacturing Chemists Association of the United States

# PREPARATION OF PRECAUTIONARY LABELS

The basic considerations in the preparation of a precautionary label for any chemical product (including mixtures) are:

   1) Determination of the hazards present in the particular chemical product.

   2) Selection of appropriate statements for each significant hazard inherent in the product.

   3) Arrangement of statements in the order of emphasis desired.

The most frequently encountered hazards have been classified by the MCA into 10 types as listed in Schedule 2. Set opposite each class are statements *illustrating characteristic precautions* usually required for that type of hazard.

Many chemical products will have more than one type of hazard, in which case appropriate statements for each significant type should be included on the label. Most chemical products contain impurities. When these are present in harmful quantities, appropriate warnings and precautionary measures should be included on the labels.

As each chemical product must be treated individually, there will be many instances in which the illustrative statements will not be applicable either because they do not accurately express the degree of hazard or because they fail to cover the particular characteristics. In such cases, suitable statements should be selected from Schedule 3. This Schedule presents a more comprehensive list of statements arranged in columnar form, and grouped as follows:

| A | B | C | D |
|---|---|---|---|
| Signal Word | Hazards | Precautionary Measures | Instructions in Case of Accident |

Column A—The degree of hazard can be expressed only in relative terms. The purpose is two-fold: to indicate to the reader the comparative seriousness of the danger involved in handling a given product and to call attention to the precautionary instructions which should immediately follow. The "signal words" recommended are, in the order of diminishing severity of hazard, (1) DANGER; (2) WARNING; (3) CAUTION.

### Example: WARNING!

Column B—From this column should be selected the phrase (or phrases) that most accurately describes the principal hazard. This is placed on the same line as the "signal word."

### Example: WARNING! FLAMMABLE

If other significant hazards are present, they should be tabulated under the principal hazard.

Column C—The appropriate statement of "precautionary measures" should be chosen from Column C and should follow on subsequent lines.

### Example: WARNING! FLAMMABLE

               Keep away from heat and open flame.

               Keep container closed.

               Use with adequate ventilation.

               Avoid prolonged breathing of vapor.

               Avoid prolonged or repeated contact with skin.

3

Manufacturing Chemists Association of the United States

Column D—When it is advisable to include instructions in case of accident, the appropriate statements may be selected from this column. Instructions in case of accident to individuals are valuable but should be limited to recognized first aid procedures based upon simple methods and commonly available materials. Instructions for strictly medical treatment should be omitted except when specifically required by law. Because of the serious and lasting effects that may result from eye injuries, a recommendation to obtain medical attention should accompany any specific instruction directed to the treatment of the eyes. If the statements from Schedule 3 fail to meet the exact needs, they should be modified to suit. In the example shown, toluene, no phrase from this column appears to be necessary.

While every compound carries some hazard, if improperly used, it is impractical to cover every possible contingency on a label. Efforts should be directed toward naming the serious hazards, and warning against such abuses and accidents as are likely to be encountered under normal conditions. There are scarcely any means of measuring in absolute terms the relative seriousness of hazards, and the recommendations in Schedule 3 only contemplate their division into two or three degrees of intensity. It follows that of two compounds one may be less hazardous than the other and yet may carry the same warnings and cautions.

Instructions for handling and storage of containers should be included where conditions indicate their need. These instructions should take into consideration both the characteristics of the chemical product and the limitations of the type or types of container in which it is packed.

Schedule 4 presents suggested labels for samples of experimental products for which full data regarding hazards are not yet known.

Schedule 5 illustrates the application of caution statements to three specific products. In the case of toluene, the statements used are similar to those given in Schedule 2 for a compound or mixture having hazards in classifications I-B and IV. The second example, aqueous hydrofluoric acid, represents a very special case where the particular hazards require modification of the standard statements. The third example is that of a label for a proprietary compound or mixture.

4

Manufacturing Chemists Association of the United States                                    Manual
                                                                                          L-1

## Schedule 1

# DEFINITIONS

*Flammable Liquid* [1]—An inflammable [1] liquid is any liquid which gives off inflammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 80 F.

*Extremely Flammable Liquid* [1]—An extremely flammable liquid is a liquid which gives off flammable vapors (as determined by flash point from Tagliabue's open-cup tester, as used for test of burning oils) at or below a temperature of 20 F.

*Corrosive* [2]—(Physiological)—A corrosive is an agent which in contact with living tissue will cause more or less severe destruction of tissue by chemical action.

*Irritant* [2]—(Physiological)—An irritant is an agent which in contact with living tissue will induce either immediately or after prolonged or repeated contact a more or less severe local tissue reaction not leading directly to destruction of tissue.

*Sensitizer* [2]—(Physiological)—A sensitizer is a material which as ordinarily handled does not necessarily cause any discernible reaction in living tissue but which after initial or repeated contact with the tissue of some individuals may, at a later date, produce a prompt inflammatory reaction on contact, even in minute amounts, with the tissue of the same individuals.

*Dusts* [3]—Solid particles generated by handling, crushing, grinding, rapid impact, detonation and decrepitation of organic or inorganic materials such as rock, ore, metal, coal, wood, grain, etc. Dusts do not tend to flocculate except under electrostatic forces; they do not diffuse in air but settle under the influence of gravity.

*Fumes* [3]—Solid particles generated by condensation from the gaseous state, generally after volatilization from molten metals, etc., and often accompanied by a chemical reaction such as oxidation. Fumes flocculate and sometimes coalesce.

*Mists* [3]—Suspended liquid droplets generated by condensation from the gaseous to the liquid state or by breaking up a liquid into a dispersed state, such as by splashing, foaming, and atomizing.

*Gases* [3]—Normally formless fluids which occupy the space of enclosure and which can be changed to the liquid or solid state only by the combined effect of increased pressure and decreased temperature. Gases diffuse.

*Vapors* [3]—The gaseous form of substances which are normally in the solid or liquid state and which can be changed to these states either by increasing the pressure or decreasing the the temperature alone. Vapors diffuse.

*Poison* [2]—Poison means a substance which, when taken by mouth in amounts of 60 grains (4 grams) or less, or when inhaled in concentrations of less than 200 parts per million by volume in the air, rapidly (within 5 or 10 minutes) jeopardizes life by other than mechanical or physical action.

> Note: This definition of "Poison" is based on practical considerations only, as an aid in determining, generally, when the word "Poison" should be included on a warning label. See General Principles 4.

*Mixture* [2]—A physical commingling of two or more substances which may or may not bear a fixed proportion to one another and which have not reacted chemically with one another.

[1] ICC definition. While the term "inflammable" is used by the ICC, the preferred form "flammable" is used in this Manual.

[2] MCA definition.

[3] As defined in Chapter II "Engineering Control of the Air Contamination of the Working Environment" (Allen D Brandt, D.Sc.) page 198, "Manual of Industrial Hygiene," USPHS.

5

Manufacturing Chemists Association of the United States

Manual
L-1

## Schedule 2
## CLASSIFICATION OF HAZARDS

| Class | Typical Label |
|---|---|
| I. Flammable Liquids and Oxidizing Agents which Support Combustion. (Flash points for liquids are determined by Tagliabue's Open-Cup Method). | |
| A. Flash point 20° F. or below. | **DANGER! EXTREMELY FLAMMABLE** <br> Keep away from heat and open flame. <br> Keep container closed. |
| B. Flash point above 20° to 80° F. inclusive. | **WARNING! FLAMMABLE.** <br> Keep away from heat and open flame. <br> Keep container closed. |
| II. Flammable Solids and Oxidizing Agents as Classified by the ICC. | **CAUTION! EXPOSURE MAY CAUSE FIRE OR CREATE FIRE HAZARD** <br> Keep away from heat and open flame. <br> Keep container closed. <br> In case of contact, immediately flush with plenty of water; remove and wash clothing before re-use. |
| III. Vapors Immediately Toxic or Extremely Irritating Even on Exposure for a Short Time or to Low Concentrations. | **DANGER! VAPOR EXTREMELY HAZARDOUS** <br> Do not breathe vapor. <br> Do not get on skin. <br> Do not get in eyes. <br> Keep container closed and away from heat. <br> Keep away from feed or food products. <br> Have air line respirator or gas mask approved by U. S. Bureau of Mines specifically for (name of chemical) available for emergency. |
| IV. Vapors Hazardous from Prolonged or Repeated Exposures, or Exposure to Higher Concentrations. | **WARNING! VAPOR HARMFUL** <br> Use only with adequate ventilation. <br> Avoid prolonged or repeated breathing of vapor. <br> Keep container closed and away from heat. |

| V. Gases and Vapors Physiologically Inert. | CAUTION! VAPOR REDUCES OXYGEN AVAILABLE FOR BREATHING<br>Use with adequate ventilation.<br>Keep container closed. |
|---|---|
| VI. Harmful Dusts. | CAUTION! HARMFUL DUST<br>Avoid repeated breathing or skin contact.<br>Wash thoroughly before eating or smoking.<br>Keep away from feed or food products. |
| VII. Skin Irritants—Corrosive. | DANGER! CAUSES SEVERE BURNS<br>Do not get in eyes.<br>Do not get on skin.<br>Do not get on clothing.<br>In case of contact, immediately flush skin or eyes with plenty of water; for eyes, get medical attention. Remove and wash clothing before re-use. |
| VIII. Materials Causing Skin Irritations after Repeated or Continued Contact. | CAUTION! MAY CAUSE SKIN IRRITATION<br>Avoid prolonged or repeated contact. |
| IX. Materials Toxic through Vapor Inhalations or Skin Absorption. | WARNING! ABSORBED THROUGH SKIN VAPOR HAZARDOUS<br>Avoid contact with skin or clothing.<br>Avoid breathing vapor.<br>In case of exposure, remove to fresh air. Immediately wash with soap and plenty of water. Remove and wash clothing before re-use. |
| X. Toxic if Taken Internally. Applies to materials covered by statutory definition of poison "liable to be destructive of human adults in doses of 60 grains or less (4 gms.)" or to any material toxic in amounts likely to be taken internally through easily anticipated errors. | POISON<br>If not covered by regulation or definition (see General Principles 4) a typical label might read:<br>DANGER! MAY BE FATAL IF SWALLOWED<br>Do not take internally. |

Manual
L-1

Manufacturing Chemists Association of the United States

Schedule 3

## RECOMMENDED LABEL CAUTIONS

| A. | B. | C. | D. |
|---|---|---|---|
| (Signal Words) | Hazards | Precautionary Measures | Instructions in Case of Accident |
| | **Flammability** | | |
| | a. Extremely Flammable(flash point 20° F. or below.)<br>b. Flammable (flash point above 20° to 80° F. inclusive).<br>c. Exposure May Cause Fire or Create Fire Hazard | a. Keep away from heat (sparks) and open flame.<br>b. Keep container closed (and away from heat). | |
| | **Volatility** | | |
| | a. Highly Volatile<br>b. Volatile (Solvent or Liquid). | a. Keep out of sun and away from heat.<br>b. Keep container closed (and away from heat). | |
| a. DANGER!<br><br>b. WARNING!<br><br>c. CAUTION! | **Inhalation** | | |
| | a. Vapor Extremely Hazardous.<br>b. May be Fatal if Inhaled.<br>c. Vapor Harmful.<br>d. Vapor Reduces Oxygen Available for Breathing.<br>e. Harmful Dust.<br>f. Causes Irritation to Eyes, Nose and Throat. | a. Do not breathe vapor (or) Avoid breathing vapor.<br>b. Avoid prolonged or repeated breathing of vapor<br>c. Use (only) with adequate ventilation.<br>d. Avoid prolonged breathing of dust | a. In case of exposure remove to fresh air.<br>b. Have an-line resuscitator or gas mask approved by U. S. Bureau of Mines specifically for (name of chemical) available for emergency. |
| | **Contact** | | |
| | a. Corrosive Liquid.<br>b. Causes (Severe) Burns.<br>c. Dangerous Because (Rapidly) Absorbed Through Skin.<br>d. Causes Skin Irritation.<br>e. May Cause Skin Irritation. | a. Do not get (1) in eyes, (2) on skin, (3) on clothing.<br>b. Avoid contact with (1) eyes, (2) skin, (3) clothing.<br>c. Wash thoroughly before eating or smoking. | a. In case of contact:<br>(1) Immediately flush (skin or eyes) with plenty of water (for at least 15 minutes) (For eyes, get medical attention)<br>(2) Immediately wash with soap and plenty of water.<br>(3) Remove and wash clothing before re-use. |
| | **Ingestion** | | |
| | a. Poison (skull & cross-bones).<br>b. May be Fatal if Swallowed | a. Do not take internally. | |
| | **General** | | |
| | a. Strong Oxidant.<br>b. Contact with Combustible Material May Cause Fire. | a. Keep away from feed or food products.<br>b. Keep dry.<br>c. Store in cool place.<br>d. Keep away from combustible materials | a. Get medical attention.<br>b. In case of spillage, flush with plenty of water.<br>c. In case of spillage, absorb with sand, ashes or earth. |

The use of any warning or other statement listed above is not necessarily limited to the hazard under which it grouped. The grouping merely indicates the type of hazard to which given statements most frequently apply.

The small letters are not intended to indicate a correlation between similarly lettered statements in adjacent columns but are for identification only.

The parenthetical words indicate optional statements.

8

Manufacturing Chemists Association of the United States

Manual
1-1

Schedule 4

## LABELS FOR EXPERIMENTAL SAMPLES

The labeling of experimental samples of new products presents unusual problems. All of the properties or possible uses of a product are seldom known. The following safeguards are therefore recommended:

1. Samples of a product already on the market should carry the same warning label as a commercial shipment.

2. The following label is suggested for samples of any material that has never been in commercial production unless (1) the material is known to be wholly innocuous, or (2) the dangers are limited to known hazards and appropriate cautions are submitted.

---

## SAMPLE

( _____ )

Name or Description of Product

## FOR EXPERIMENTAL USE ONLY

CAUTION! The chemical, physical and toxicological properties of this product have not been fully investigated and its handling or use may be hazardous. Exercise due care.

---

3. The identity of the sample, indicated in parentheses above, should be as clear as possible. Wherever feasible, it should be the name of the compound or mixture, and in any case it should be the best possible identification to aid the user in knowing with what he is concerned.

4. Where there are significant known hazards they should be so indicated.

5. The above label may be used in the case of old products being considered for new uses.

Schedule 5

## SPECIMEN PRODUCT LABELS

The following specimen labels illustrate the application to specific products of the principles set forth in this Manual:

Product Combining
Hazards of
Class I-B and IV
(Schedule 2)
Chemicals.

---

## TOLUENE

### WARNING! FLAMMABLE.

Keep away from heat and open flame.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

---

Manual
L-1

Manufacturing Chemists' Association of the United States

Product Requiring
Modified Cautions
and First Aid.

### HYDROFLUORIC ACID, AQUEOUS

**DANGER!  CORROSIVE LIQUID**
**VAPOR HAZARDOUS**
**CAUSES SEVERE BURNS WHICH MAY NOT BE**
**IMMEDIATELY PAINFUL OR VISIBLE**

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact or suspicion of contact:
Immediately flush skin with plenty of water until whiteness disappears, paying particular attention to skin under nails. Soak affected areas with crushed ice in 70% ethyl alcohol until physician arrives. Flush eyes with plenty of water for at least 15 minutes. In all cases get medical attention. Remove and wash clothing before re-use.  Avoid use of greasy ointments.

Proprietary Product
(e.g., containing fluorine salts)

### (PROPRIETARY NAME)

Contains Fluorine Compounds.

**WARNING! POISONOUS IF TAKEN**
**INTERNALLY**

Avoid breathing dust.

Flush spillage to sewer with water.

10

Manufacturing Chemists Association of the United States

# ACETALDEHYDE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Chill thoroughly before opening.

---

*CARBOY LABEL*

# ACETIC ACID, GLACIAL

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

In case of contact, immediately flush skin or
eyes with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Glacial Acetic Acid freezes at 62°F, forming hard lumps
which may break carboy when moved.

Store in area maintained above 62°F.

If frozen, thaw by carefully moving carboy to warm area.

---

*ALUMINUM DRUM LABEL*

# ACETIC ACID, GLACIAL

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Glacial Acetic Acid freezes at 62°F, forming hard lumps.

Store in area maintained above 62°F.

If frozen, thaw by moving to warm area.

12

Manufacturing Chemical Association of the United States

Manual
L-2

*BARREL LABEL*

# ACETIC ACID (80%)
## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

In case of contact, immediately flush skin or
eyes with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

Keep out of sun and away from heat.
Store with bilge bung up.
Never use pressure to empty.
Drain completely.
Keep barrel moist; shrinkage may cause leaks.
In case of spillage, flush with plenty of water.

*BARREL LABEL*

# ACETIC ACID (56% and 70%)
## WARNING! MAY CAUSE BURNS

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

*(Use same instructions as for Acetic Acid 80%.)*

*BARREL LABEL*

# ACETIC ACID (28%)
## CAUTION! MAY CAUSE BURNS

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

*(Use same instructions as for Acetic Acid 80%.)*

Manufacturing Chemists Association of the United States

# ACETIC ANHYDRIDE

## DANGER! CAUSES SEVERE BURNS

Do not get liquid or vapor in eyes, on skin,
on clothing.

Do not breathe vapor.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

# ACETONE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.

# ACETONYLACETONE

## CAUTION! VOLATILE SOLVENT

Keep away from heat and open flame.
Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.
Note: Contact with this material stains the skin.

# ACETYL CHLORIDE

## DANGER! FLAMMABLE
## CAUSES SEVERE BURNS

Do not allow water to get in container.
Keep away from heat and open flame.
Keep container closed.
Do not get in eyes, on skin, on clothing.
Avoid exposure to concentrated vapor.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

14

Manufacturing Chemists Association of the United States

Manual
L-2

# ACRYLONITRILE

## DANGER! FLAMMABLE POISON

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

Use with adequate ventilation.

Keep away from heat and open flame.

Keep container closed.

 POISON

## FIRST AID TREATMENT

Carry patient to fresh air. Have him lie down. Remove contaminated clothing but keep patient warm. Start the following first aid treatment immediately and CALL A PHYSICIAN.

If patient is conscious and breathing:

(1) Break an amyl nitrite pearl in a cloth and hold lightly over the nose for not more than 15-20 seconds. Repeat every 5 minutes for 25 minutes if recovery is not forthcoming.

(2) If this product has been SWALLOWED, give patient one pint of 1% Sodium Thiosulfate solution (or soapy water or mustard water) by mouth every 15 minutes until vomiting occurs.

If patient has stopped breathing:

Give artificial respiration until breathing starts. Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes or until breathing starts.

If patient is unconscious but breathing:

Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes if recovery is not forthcoming. Give oxygen from an inhalator.

Never give anything by mouth to an unconscious person. In all cases keep patient quiet and warm until a physician arrives.

15

Manual
L-2

Manufacturing Chemists Association of the United States

# ALLYL ALCOHOL

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## VAPOR EXTREMELY HAZARDOUS
## FLAMMABLE

Do not get in eyes, on skin, on clothing.

Do not breathe vapor.

Keep away from heat and open flame.

Keep container closed.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.  Remove and
wash clothing before re-use.

Do not take internally.

# ALLYL CHLORIDE

## DANGER! HARMFUL AND FLAMMABLE VAPOR

Do not get in eyes, on skin, on clothing.
Do not breathe vapor.
Keep away from heat and open flame.
Keep container closed.

*CARBOY LABEL*

# AMMONIA, AQUA

## WARNING! LIQUID CAUSES BURNS
## VAPOR EXTREMELY IRRITATING

Avoid breathing vapor.

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

Manufacturing Chemists Association of the United States

Manual
L-2

*DRUM LABEL*

# AMMONIA, AQUA

## WARNING! LIQUID CAUSES BURNS
## VAPOR EXTREMELY IRRITATING

Avoid breathing vapor.

Avoid contact with eyes, skin, or clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.

Keep drum out of sun and away from heat.

Before removing plug, loosen slowly to relieve pressure.

Never use pressure to empty.

Keep lights, fire and sparks away from drum openings.

Drum must not be washed out or used for other purposes.

Replace plug after each withdrawal and return with empty drum.

In case of spillage, flush with plenty of water.

---

*CYLINDER LABEL*

# AMMONIA, ANHYDROUS

## WARNING: HAZARDOUS LIQUID AND VAPOR
## UNDER PRESSURE
## LIQUID CAUSES BURNS
## VAPOR EXTREMELY IRRITATING

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin and eyes
with plenty of water for at least 15 minutes. Call
a physician at once in case of burns, especially to
the eyes, nose and throat, or if the victim is
unconscious.

### CYLINDER HANDLING AND STORAGE

Keep away from heat.

Do not store in sunlight.

Never drop cylinders.

Be sure connections are tight.

Never refill cylinder. I. C. C. Regulations prohibit refilling
without permission of owner.

Have gas mask approved by U. S. Bureau of Mines
specifically for ammonia service available for emergency.

Manual
1-2    Manufacturing Chemists Association of the United States

# AMMONIUM BICHROMATE

## WARNING! FLAMMABLE
## HARMFUL DUST
## MAY CAUSE RASH OR EXTERNAL ULCERS

KEEP AWAY FROM HEAT, SPARKS, AND FLAME.
KEEP CONTAINER CLOSED.

Avoid contact with skin or eyes.

Avoid breathing dust or solution spray.

Do not take internally.

In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes; for
    eyes, get medical attention. Remove and wash
    clothing before re-use.

Use fresh clothing daily. Take hot shower after work
    using plenty of soap.

---

# AMYL ACETATE

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

---

# ANILINE

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## VAPOR HAZARDOUS

 POISON 

Do not get on skin, on clothing.

Avoid breathing vapor.

Use with adequate ventilation.

In case of contact, immediately flush skin with
    plenty of water. Remove and wash clothing before
    re-use.

Manual
L-2

Manufacturing Chemists Association of the United States

# AROMATIC INDUSTRIAL SOLVENT

*(For solvents having an initial boiling point not below 100°C. and having a flash point ABOVE 80 F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission.)*

### CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

# ARSENIC TRICHLORIDE

### DANGER! CORROSIVE LIQUID
### VAPOR EXTREMELY HAZARDOUS

 POISON

Do not get in eyes, on skin, on clothing.

Do not breathe vapor.

Keep container closed.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention. Remove and wash clothing before re-use.

# BARIUM NITRATE

### CAUTION! STRONG OXIDANT
### CONTACT WITH COMBUSTIBLE
### MATERIAL MAY CAUSE FIRE

Keep container closed and away from combustible material and heat.

Sweep up and carefully remove spilled material.

Avoid repeated contact with skin.

Do not take internally.

20

Manufacturing Chemists Association of the United States

Manual
L-2

# BARIUM OXIDE

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid contact with skin.
Keep away from feed or food products.
Do not take internally.

# BARIUM PEROXIDE

## CAUTION! STRONG OXIDANT
## CONTACT WITH COMBUSTIBLE
## MATERIAL MAY CAUSE FIRE

Keep container closed and away from combustible
material and heat.
Sweep up and carefully remove spilled material.
Avoid contact with skin.
Do not take internally.

# BENZENE (BENZOL)

## DANGER! EXTREMELY FLAMMABLE
## VAPOR HARMFUL — POISON

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.

# BENZIDINE

## WARNING! HAZARDOUS SOLID AND VAPOR
## RAPIDLY ABSORBED THROUGH SKIN

Avoid breathing dust or vapor.
Avoid contact with skin.
In case of contact, immediately wash with soap
and plenty of water.

21

Manual
L-2
Manufacturing Chemists Association of the United States

*CARBOY LABEL.*

# BENZOYL CHLORIDE
## WARNING! CAUSES BURNS
## VAPOR IRRITATING
Avoid contact with skin or eyes.
Avoid breathing vapor.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE
Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

*CARBOY LABEL.*

# BENZYL CHLORIDE
## WARNING! CAUSES BURNS
Avoid contact with eyes, skin, or clothing.
Avoid breathing vapor.
In case of contact with liquid, immediately wash
skin with soap and plenty of water; flush eyes with
water for at least 15 minutes and get medical
attention.
Do not transfer to ordinary metal containers
without first adding stabilizer. Get instructions
from manufacturer.

*DRUM LABEL*

# BENZYL CHLORIDE
## WARNING! CAUSES BURNS
Avoid contact with eyes, skin, or clothing.
Avoid breathing vapor.
In case of contact with liquid, immediately wash
skin with soap and plenty of water; flush eyes with
water for at least 15 minutes and get medical
attention.
The Benzyl Chloride in this drum contains a stabilizer.
Before transferring, get instructions from manufacturer.

22

Manufacturing Chemists Association of the United States

Manual
L-2

# BROMINE

## DANGER! CAUSES SEVERE BURNS

Do not get on skin or in eyes.

Do not breathe vapor.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
keep skin area wet with crushed ice in 70% ethyl
alcohol until physician arrives.

# BUTYL ACETATE (normal)

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

# BUTYL ALCOHOL
# (normal or secondary)

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

Avoid prolonged or repeated contact with skin.

# BUTYL ALCOHOL (tertiary)

## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

23

Manual
L-2

Manufacturing Chemists Association of the United States

# BUTYLAMINE (normal)

**WARNING: FLAMMABLE
MAY CAUSE SKIN IRRITATION**

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid exposure to vapor.
Avoid contact with skin or eyes.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    for eyes, get medical attention.

# p-tert. BUTYLCATECHOL

**WARNING! CAUSES SKIN IRRITATION
CAUSES BURNS WHEN MOIST**

Do not get in eyes, on skin, on clothing.
In case of contact, immediately wash skin with soap
    and plenty of water; flush eyes with water for at
    least 15 minutes and get medical attention.

# BUTYL CHLORIDE (normal)

**DANGER! EXTREMELY FLAMMABLE**

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# BUTYL ETHER (normal)

**WARNING! VOLATILE SOLVENT**

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.
CAUTION:  Dry ethers tend to form explosive peroxides.
    Do not use material if it liberates iodine
    from acidified aqueous iodide solutions.

24

# CALCIUM CYANIDE

## DANGER! LIBERATES POISONOUS GAS

Avoid breathing gas or dust.
Avoid contact with skin.
Keep away from acids.
Store away from feed or food products.
Keep container tightly closed and dry.

 **POISON** 

### FIRST AID TREATMENT

*(Use same first aid treatment as recommended for Inorganic Cyanides)*

# CARBON DISULFIDE

## DANGER! EXTREMELY FLAMMABLE
## VAPOR HARMFUL
## HIGHLY VOLATILE

 **POISON** 

Keep away from fire, sparks, or heated surfaces.
Store in cool place and keep container closed.
Avoid breathing vapor.
Avoid contact with skin.

# CARBON TETRACHLORIDE

## WARNING! VOLATILE SOLVENT
## VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

# CHLORINATED NAPHTHALENE

Avoid repeated contact with skin.
Avoid repeated inhalation of the fumes and dust.

Manual
L-2                          Manufacturing Chemists' Association of the United States

# CAUSTIC SODA
# (SODIUM HYDROXIDE)

### WARNING! CAUSTIC SODA IS CORROSIVE
### BURNS SKIN AND EYES

Avoid contact with body or clothing.

Do not take internally.

## PRECAUTIONS

When handling Sodium Hydroxide wear goggles or face shield and avoid
all contact with skin.  While making solutions, add Sodium Hydroxide
slowly to surface of solution to avoid violent spattering.
In case of accidental contact with skin, immediately flush affected parts
with water and wash with vinegar.  For eyes, flush freely with water for
at least 15 minutes and get medical attention.

*IN THE CASE OF PROPRIETARY COMPOUNDS CONTAINING
CAUSTIC ALKALI:*

(                    )

Name of Product

### WARNING! CONTAINS CAUSTIC ALKALI WHICH IS
### CORROSIVE
### BURNS SKIN AND EYES

Avoid contact with body or clothing.

Do not take internally.

## PRECAUTIONS

*(Use same precautions as for Sodium Hydroxide, substituting name of
product for Sodium Hydroxide.)*

# CHLOROBENZENE, MONO

### WARNING! VAPOR HARMFUL

Use with adequate ventilation.

Avoid contact with skin or clothing.

Avoid prolonged breathing of vapor.

26

Manufacturing Chemists Association of the United States

Manual
L-2

# CHLOROFORM

## WARNING! VOLATILE SOLVENT
## VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

---

# CHLOROTOLUENE, MONO

## CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.

---

# CHROMIC ACID

## WARNING! CONTACT WITH COMBUSTIBLE
## MATERIAL MAY CAUSE FIRE
## CAUSES SEVERE BURNS

KEEP CONTAINER CLOSED.
Avoid contact with skin or eyes.
Avoid breathing dust or solution spray.
Do not take internally.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.
Use fresh clothing daily.  Take hot shower after
work using plenty of soap.

---

# COAL TAR CREOSOTE
# (CREOSOTE OIL)

## CAUTION! MAY CAUSE SKIN IRRITATION

Use only with adequate ventilation.
Avoid prolonged or repeated contact with skin.
Avoid prolonged breathing of vapor.

Manual
L-2

Manufacturing Chemists Association of the United States

# CYANIDES, INORGANIC

*(excluding Liquid Hydrocyanic Acid and Calcium Cyanide)*

{ Name of Product }

## DANGER! CONTACT WITH ACID LIBERATES POISONOUS GAS

Avoid breathing gas or dust.
Avoid contact with skin.
Keep away from feed or food products.
Keep container closed and store in a dry place.

 POISON

## FIRST AID TREATMENT

Carry patient to fresh air. Have him lie down. Remove contaminated clothing but keep patient warm. Start the following first aid treatment immediately and CALL A PHYSICIAN.

If patient is conscious and breathing:

(1) Break an amyl nitrite pearl in a cloth and hold lightly over the nose for not more than 15-20 seconds. Repeat every 5 minutes for 25 minutes if recovery is not forthcoming.

(2) If this product has been SWALLOWED give patient one pint of 1% Sodium Thiosulfate solution (or soapy water or mustard water) by mouth every 15 minutes until vomiting occurs. (Eliminate this for liquid HCN).

If patient has stopped breathing:

Give artificial respiration until breathing starts. Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes or until breathing starts.

If patient is unconscious but breathing:

Break an amyl nitrite pearl in a cloth and hold lightly over nose for not more than 20 seconds, repeating every 5 minutes for 25 minutes if recovery is not forthcoming. Give oxygen from an inhalator.

Never give anything by mouth to an unconscious person. In all cases keep patient quiet and warm until a physician arrives.

Manual
L-2

# CRESOL
# (CRESYLIC ACID)

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## CAUSES SEVERE BURNS

Do not get on skin or in eyes.
Do not breathe vapor.
Do not take internally.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.

# CYCLOHEXANE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.

# CYCLOHEXANOL

## CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# DICHLOROETHYLENE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

Manual
L-2                                    Manufacturing Chemists Association of the United States

# DICHLOROETHYL ETHER
## WARNING! VOLATILE SOLVENT
## VAPOR HARMFUL

Use with adequate ventilation.

Avoid prolonged or repeated breathing of vapor.

Avoid prolonged or repeated contact with skin.

Do not take internally.

---

# DICHLOROPHENOL
### (For all isomeric dichlorophenols)
## WARNING! MAY CAUSE BURNS

Avoid contact with skin.

Avoid breathing vapor.

Do not take internally.

In case of contact, immediately wash with soap
and plenty of water.

---

# DIETHYLAMINE
## DANGER! EXTREMELY FLAMMABLE
## MAY CAUSE SKIN IRRITATION

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid exposure to vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

30

Manufacturing Chemists Association of the United States

Manual
L-2

# DIOXANE
# (1,4-DIETHYLENE DIOXIDE)

### WARNING! FLAMMABLE
### VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.
CAUTION! Dry ethers tend to form explosive peroxides.
Do not use material if it liberates iodine from acidified aqueous iodide solutions.

# ETHYL ACETATE

### WARNING! FLAMMABLE
### VOLATILE SOLVENT

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# ETHYL BROMIDE

### WARNING! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Keep out of sun and away from heat.
Keep container closed.

# ETHYL CHLORIDE

### DANGER! EXTREMELY FLAMMABLE

Keep away from heat, sparks, and open flame.
Use with adequate ventilation.
Keep container closed, out of sun and away from heat.

31

Manual
L-2

Manufacturing Chemists Association of the United States

# ETHYLENE CHLOROHYDRIN
## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## VAPOR EXTREMELY HAZARDOUS

Do not get on skin or clothing.
Do not breathe vapor.
Do not take internally.
In case of contact, immediately wash with soap and
plenty of water; remove and wash clothing before
re-use.

 **POISON**

### FIRST AID TREATMENT

If swallowed, make patient vomit immediately (finger
down throat) or give warm mustard water or salt
water freely.
General:  Keep patient warm; if conscious give
black coffee.  Call physician.
Note:  Do not give adrenalin.

# ETHYLENE DIBROMIDE
## WARNING! VAPOR HARMFUL

Avoid breathing vapor.
Avoid contact with eyes, skin, or clothing.
In case of contact, immediately wash skin with soap
and plenty of water; flush eyes with water for at
least 15 minutes and get medical attention.  Remove
and wash clothing before re-use.
Do not take internally.

# ETHYLENE DICHLORIDE
## WARNING! FLAMMABLE
## VOLATILE SOLVENT
## VAPOR HARMFUL

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

32

Manufacturing Chemists Association of the United States

Manual
L-2

# ETHYLENE GLYCOL MONOMETHYL ETHER

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.

# ETHYL ETHER

## DANGER! EXTREMELY FLAMMABLE
## HIGHLY VOLATILE

Keep away from heat and open flame.
Keep container tightly closed.
CAUTION! Dry ethers tend to form explosive peroxides.
Do not use material if it liberates iodine
from acidified aqueous iodide solutions.

# ETHYL FORMATE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat, sparks, and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.

# ETHYL METHACRYLATE MONOMER

## WARNING! FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid contact with skin or clothing.

Manual
L-2

# FORMALDEHYDE

## WARNING! CAUSES IRRITATION OF SKIN, EYES, NOSE AND THROAT

Avoid prolonged or repeated contact.

Avoid prolonged breathing of vapor.

Use with adequate ventilation.

 **POISON** 

### CALL A PHYSICIAN AT ONCE

### FIRST AID

Internally: Give milk freely, or one glassful of water containing 1 table-spoonful of ammonium acetate. Produce vomiting with a pint or more of warm salt water (1 cupful per quart) or warm soapy water. Repeat three times. Follow with milk and raw eggs.

---

*BARREL LABEL*

# FORMIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

### BARREL HANDLING AND STORAGE

Keep out of sun and away from heat.

Store with bilge bung up.

Never use pressure to empty.

Drain completely.

Keep barrel moist; shrinkage may cause leaks.

In case of spillage, flush with plenty of water.

34

*CARBOY LABEL*

# FORMIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

---

*CARBOY LABEL*

# HYDROCHLORIC ACID

## WARNING! CAUSES BURNS

Avoid breathing vapor.

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy, be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

35

Manual
L-2

# HYDROCYANIC ACID, LIQUID

## DANGER! POISON GAS

Do not breathe gas.

Avoid contact with skin.

Do not drop container.

Keep cool and away from open flame.

 **POISON**

### FIRST AID TREATMENT

*(Use same first aid treatment as recommended for Inorganic Cyanides)*

---

# HYDROGEN PEROXIDE
# (stronger than 25 volume and not exceeding 130 volume)

## CAUTION! STRONG OXIDANT

Avoid contact with eyes or skin—wear goggles and rubber gloves.

Avoid contact with combustible materials. Drying of this concentrated product on clothing or other combustible materials may cause fire.

In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.

Avoid contamination from any source, including metals, dust, etc. Such contamination may cause rapid decomposition, generation of large quantities of oxygen gas, and high pressures.

### CONTAINER HANDLING AND STORAGE

Store in original closed container.

Keep out of sun and away from heat.

Be sure that the container vent is working satisfactorily.

Do not add any other product to this container.

When empty, rinse thoroughly with clean water.

36

# HYDROGEN PEROXIDE
# (25 volume)

## CAUTION! STRONG OXIDANT

Avoid contact with eyes or skin—wear goggles
and rubber gloves.

Avoid contamination from any source, including metals,
dust, etc. Such contamination may cause rapid de-
composition, generation of large quantities of oxygen
gas, and high pressures.

### CONTAINER HANDLING AND STORAGE

Store in original closed container.

Be sure that the container vent is working satisfactorily.

Do not add any other product to this container.

When empty, rinse thoroughly with clean water.

---

# HYDROFLUORIC ACID,
# AQUEOUS

## DANGER! CORROSIVE LIQUID
## VAPOR HAZARDOUS

### CAUSES SEVERE BURNS WHICH MAY
### NOT BE IMMEDIATELY PAINFUL
### OR VISIBLE

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact or suspicion of contact:

Immediately flush skin with plenty of water until
whiteness disappears, paying particular attention to
skin under nails. Soak affected areas with crushed
ice in 70% ethyl alcohol until physician arrives. Flush
eyes with plenty of water for at least 15 minutes. In
all cases get medical attention. Remove and wash
clothing before re-use. Avoid use of greasy ointments.

Manual
L-2

Manufacturing Chemist Association of the United States

# LEAD ACETATE

## WARNING! HARMFUL DUST

Avoid breathing dust.
Wear dust mask approved by U. S. Bureau of
  Mines for this purpose.
Wash thoroughly before eating or smoking.
Keep away from feed or food products.

# MALEIC ANHYDRIDE

## WARNING! CAUSES BURNS

Avoid contact with eyes, skin, or clothing.
Avoid exposure to concentrated vapor.
In case of contact, immediately flush skin or eyes
  with plenty of water for at least 15 minutes; for
  eyes, get medical attention.

# MERCURY BICHLORIDE
# (MERCURIC CHLORIDE)

## DANGER! MAY BE FATAL IF SWALLOWED

 POISON

Do not breathe dust.
Keep away from feed or food products.
Wash thoroughly before eating or smoking.
Use fresh clothing daily.  Take hot shower after
  work using plenty of soap.

# METHYL n-AMYL KETONE

## CAUTION! VOLATILE SOLVENT

Avoid prolonged breathing of vapor.
Use with adequate ventilation.
Avoid prolonged or repeated contact with skin.

Manufacturing Chemical Associations of the United States

Manual
L-2

# METHYL BROMIDE

## DANGER! HIGHLY VOLATILE
## CAUSES BURNS
## VAPOR EXTREMELY HAZARDOUS

Keep away from heat.

Keep container closed.

Avoid breathing vapor.

Avoid contact with skin, eyes, or clothing.

*ON CAN LABEL ADD:*

 **POISON** 

### FIRST AID

Remove to fresh air.

Keep lying down and warm.

Use artificial respiration if breathing has
stopped.

Get immediate medical attention.

Oxygen inhalator should be used only at
the direction of a physician.

CAUTION! The contents of this can are under pressure.
Do not use ordinary can opener.  Special
handling equipment is available.

Contact ( ...................... ) for
Name of Manufacturer
information on equipment and proper use.

# METHYLENE CHLORIDE

## CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

Manufacturing Chemists Association of the United States

Manual
L-3

CARBOY LABEL

# MIXED ACID
# (Sulfuric and Nitric)

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

*(Under I. C. C. Regulations carboys are permissible shipping containers
for mixed acid containing not more than 17% Nitric Acid and at least
33% water.)*

---

DRUM LABEL

# MIXED ACID
# (Sulfuric and Nitric)

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.    →
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    for eyes, get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
    thereafter by slowly loosening plug. Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

Manual
L-2

Manufacturing Chemists Association of the United States

# MORPHOLINE
## WARNING! HAZARDOUS LIQUID AND VAPOR
## MAY CAUSE SKIN IRRITATION

Use with adequate ventilation.

Avoid exposure to vapor.

Avoid contact with skin or eyes.

---

# b-NAPHTHYLAMINE
## CAUTION! CONTENTS HARMFUL
## REPEATED ABSORPTION MAY RESULT
## IN BLADDER TUMORS

Avoid breathing dust or vapor.

Avoid contact with skin.

Do not take internally.

---

*CARBOY LABEL*

# NITRIC ACID
## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.
Do not get in eyes, on skin, on clothing.
In case of contact, immediately flush skin or eyes
    with plenty of water for at least 15 minutes;
    get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

42

Manufacturing Chemists Association of the United States

Manual
L-2

*DRUM LABEL*

# NITRIC ACID

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY HAZARDOUS
## MAY CAUSE NITROUS GAS POISONING

Do not breathe vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
get medical attention.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

# m-NITROANILINE

## WARNING! HARMUL BECAUSE ABSORBED
## THROUGH SKIN

Avoid contact with skin.
Avoid breathing dust.
In case of contact, immediately wash thoroughly with
soap and plenty of water; remove and wash
clothing before re-use.

# NITROPHENOL, MONO

## WARNING! MAY BE ABSORBED THROUGH SKIN

Avoid breathing dust.
Avoid contact with skin.
In case of contact, immediately wash with soap
and plenty of water.

43

Manual
L-2

Manufacturing Chemists Association of the United States

*DRUM LABEL*

# OLEUM

## DANGER! CAUSES SEVERE BURNS

Avoid breathing vapor.

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

# OXALIC ACID

## WARNING! HARMFUL IF TAKEN INTERNALLY
## CAUSES SKIN IRRITATION

Avoid breathing dust.
Avoid contact with skin.
In case of contact, immediately flush with plenty of water.
Do not take internally.
Keep away from feed or food products.

# PARALDEHYDE

## CAUTION! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Do not take internally.
Solidifies at about 54°F. (12°C.) and may break container.
Store in a moderately warm place.

44

Manufacturing Chemists Association of the United States

Manual
L-2

# PENTACHLOROPHENOL

## WARNING! HARMFUL DUST

Avoid breathing dust.
Avoid contact with skin or clothing.
In case of contact with dry material or its solution,
  wash at once with soap and plenty of water.
Do not take internally.

---

# PENTACHLOROPHENOL, OIL SOLUTIONS OF

## CAUTION! CAUSES SKIN IRRITATION ABSORBED THROUGH SKIN

Avoid breathing vapor.
Avoid contact with skin or clothing.
In case of contact with skin, wash at once with plenty
  of soap and warm water.
Do not take internally.
See instructions for use before handling.

---

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point 20 F. or BELOW, Tagliabue Open Cup
Method as specified by Interstate Commerce Commission)*

(                    )

Name of Product

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

45

Manual
L-3

Manufacturing Chemists Association of the United States

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point ABOVE 20°F. but not above 80°F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

(. . . . . . . . . . . . . . . . .)
Name of Product

### WARNING! FLAMMABLE

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# PETROLEUM NAPHTHAS AND SOLVENTS, INDUSTRIAL

*(For solvents having a flash point ABOVE 80°F., Tagliabue Open Cup Method as specified by Interstate Commerce Commission)*

(. . . . . . . . . . . . . . . . .)
Name of Product

### CAUTION! VOLATILE SOLVENT

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

# p-PHENETIDINE

### CAUTION! HAZARDOUS LIQUID AND VAPOR ABSORBED THROUGH SKIN

Avoid contact with skin.
Avoid breathing vapor.

46

Manual
L-2

# PHENOL

## DANGER! RAPIDLY ABSORBED THROUGH SKIN
## CAUSES SEVERE BURNS

 **POISON** 

Do not get on skin or in eyes.

Avoid breathing vapor.

Do not take internally.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.

# p-PHENYLENEDIAMINE

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid breathing or contact with dust.

*CARBOY LABEL*

# PHOSPHORIC ACID

## CAUTION! CAUSES SKIN IRRITATION

Avoid contact with skin or eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.

Loosen closure carefully.

Keep out of sun and away from heat.

Never use pressure to empty.

Completely drain carboy before returning.

In case of spillage, flush with plenty of water.

Manufacturing Chemists' Association of the United States

# PHOSPHORIC ANHYDRIDE

## WARNING! CAUSES BURNS

Avoid contact with skin or eyes.
When using, protect eyes with goggles and
  wear rubber gloves.
In case of contact, immediately flush skin or eyes
  with plenty of water for at least 15 minutes;
  for eyes, get medical attention.
Do not add water to contents while in a container
  because of violent reaction.
Open carefully.

# PHOSPHORUS

## DANGER! CAUSES SEVERE BURNS
## ☠ POISON ☠

Contents packed under water and will ignite if water
  is removed.
Keep drum out of sun and away from heat.
Do not get on skin or in eyes.
Protect eyes with goggles or face shield and
  wear heavy rubber gloves.
In case of contact, immediately flush skin or eyes
  with plenty of water for at least 15 minutes; keep
  skin area wet until medical attention is obtained.

# PHOSPHORUS
# PENTACHLORIDE

## WARNING! HAZARDOUS DUST
## CAUSES BURNS

Do not breathe dust.
Do not get on skin or in eyes.
Protect eyes with goggles and wear rubber gloves.
In case of contact, immediately flush skin or eyes
  with plenty of water for at least 15 minutes;
  for eyes, get medical attention.
Do not add water to contents while in a container
  because of violent reaction.
Open carefully.

Manufacturing Chemists Association of the United States

Manual
L-2

# PHOSPHORUS OXYCHLORIDE

## DANGER! CAUSES SEVERE BURNS
## VAPOR EXTREMELY IRRITATING

Do not breathe vapor.

Do not get on skin or in eyes.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

CONTAINER HANDLING AND STORAGE

Do not open unless you have been instructed in the proper manner.

Never use pressure to empty.

Do not use this container for any other product.

In case of spillage, flood carefully with LARGE VOLUME
of water and provide adequate ventilation.

# iso-PROPYL ACETATE

## WARNING! FLAMMABLE
## VOLATILE SOLVENT

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

# PYRIDINE

## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

49

Manual
L-2                                    Manufacturing Chemists Association of the United States

# SAMPLE*

(        )

Name or Description of Product

## FOR EXPERIMENTAL USE ONLY

CAUTION! The chemical, physical and toxicological
properties of this product have not been
fully investigated and its handling or use
may be hazardous. Exercise due care.

*See M.C.A. Manual L-1.

---

# SILVER NITRATE

## WARNING! CAUSES BURNS

 POISON 

Stains skin.

Do not get on skin or in eyes.

In case of contact with eyes, get medical attention.

---

# SODIUM CHLORATE

## WARNING! CONTACT WITH COMBUSTIBLE
## MATERIAL MAY CAUSE FIRE

All clothing contaminated with chlorates is DANGEROUSLY
FLAMMABLE. Remove and wash thoroughly with water.

Do not get on floor.

Spillage may cause fires with combustible material.

Sweep up and remove immediately.

When not in use keep tightly closed in original metal
container.

Keep away from fire.

Store separately from flammable material.

*FOR PACKAGES OF AGRICULTURAL CHLORATES, ADD:*

Keep Animals Off Freshly Treated Areas

*The label must be securely affixed to the exterior of each package. Litho-
graphed or transfer labels are preferred.*

Manufacturing Chemists Association of the United States

Manual
L-2

# SODIUM BICHROMATE

### WARNING! HARMFUL DUST
### MAY CAUSE RASH OR EXTERNAL ULCERS

KEEP CONTAINER CLOSED.
Avoid breathing dust or solution spray.
Avoid contact with skin or eyes.
Do not take internally.
In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.  Remove and wash
clothing before re-use.
Use fresh clothing daily.  Take hot shower after
work using plenty of soap.

# SODIUM FLUORIDE

### WARNING! POISONOUS IF TAKEN INTERNALLY

Avoid breathing dust.
Flush spillage to sewer with water.

*IN THE CASE OF PROPRIETARY COMPOUNDS WHERE FORMULA
DISCLOSURE IS NOT MADE ON THE LABEL:*

(.................. .. .............. .....)
Name of Product

Contains Fluorine Compounds

### WARNING! POISONOUS IF TAKEN INTERNALLY

Avoid breathing dust.
Flush spillage to sewer with water.

*NOTE: All inorganic fluorine compounds sold for insecticidal use which
are acutely toxic to man should be colored.*

# SODIUM HYDROSULFITE

### CAUTION! SUBJECT TO FIRE IF ALLOWED TO
### BECOME DAMP

Keep container tightly closed.
Use only dry, clean utensils in handling.
Store in a cool, dry place.

51

Manual
L-2

Manufacturing Chemists Association of the United States

# SODIUM SULFIDE (Granular)
### DANGER! CONTACT WITH ACID LIBERATES POISONOUS GAS
### BURNS SKIN AND EYES
### FLAMMABLE
### EXPOSURE MAY CAUSE FIRE OR CREATE FIRE HAZARD

Avoid breathing dust.
Avoid contact with skin and eyes.
Keep container closed and away from acids, combustible material and heat.
Sweep up spillage.  Do not flush to sewer which may contain acid.

# STYRENE MONOMER
### WARNING! VAPOR HARMFUL

Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

*DRUM LABEL*

# SULFUR CHLORIDE
### DANGER! CAUSES BURNS
### VAPOR IRRITATING

Avoid contact with eyes, skin, or clothing.
In case of contact, immediately flush skin or eyes with plenty of water for at least 15 minutes; for eyes, get medical attention.
Do not add water to contents while in a container because of violent reaction.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with LARGE VOLUME of water.

52

Manufacturing Chemists Association of the United States

Manual
L-2

*CARBOY LABEL*

# SULFURIC ACID
## DANGER! CAUSES SEVERE BURNS

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes; for
eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### CARBOY HANDLING AND STORAGE

Before moving carboy be sure closure is securely fastened.
Loosen closure carefully.
Keep out of sun and away from heat.
Never use pressure to empty.
Completely drain carboy before returning.
In case of spillage, flush with plenty of water.

---

*DRUM LABEL*

# SULFURIC ACID
## DANGER! CAUSES SEVERE BURNS

Do not get in eyes, on skin, on clothing.

In case of contact, immediately flush skin or eyes
with plenty of water for at least 15 minutes;
for eyes, get medical attention.

Do not add water to contents while in a container
because of violent reaction.

### DRUM HANDLING AND STORAGE

Keep plug up to prevent leakage.
Keep drum out of sun and away from heat.
Relieve internal pressure when received and at least weekly
thereafter by slowly loosening plug.  Retighten immediately.
Never use pressure to empty.
Keep lights, fire and sparks away from drum openings.
Drum must not be washed out or used for other purposes.
Replace plug after each withdrawal and return with empty drum.
In case of spillage, flush with plenty of water.

53

Manual
L-2

Manufacturing Chemists Association of the United States

# SULFUR DIOXIDE
## (Under Pressure)

**WARNING! EXTREMELY IRRITATING GAS AND LIQUID**

Avoid breathing gas.
Do not drop cylinder.
Do not allow cylinder temperature to reach 130°F.

---

# TETRACHLOROETHANE

**DANGER! VAPOR EXTREMELY HAZARDOUS VOLATILE LIQUID**

 POISON 

Use only in completely enclosed system.
Do not breathe vapor.
Do not get on skin or clothing.
Do not take internally.

---

# TETRACHLOROETHYLENE
## (PERCHLORETHYLENE)

**WARNING! VOLATILE SOLVENT**

Use with adequate ventilation.
Avoid prolonged or repeated breathing of vapor.
Avoid prolonged or repeated contact with skin.
Do not take internally.

---

# TOLUENE (TOLUOL)

**WARNING! FLAMMABLE**

Keep away from heat and open flame.
Keep container closed.
Use with adequate ventilation.
Avoid prolonged breathing of vapor.
Avoid prolonged or repeated contact with skin.

54

Manufacturing Chemists' Association of the United States

Manual
L-2

# m-TOLUIDINE

## WARNING! HAZARDOUS LIQUID AND VAPOR RAPIDLY ABSORBED THROUGH SKIN

Avoid contact with skin and clothing.

Do not breathe vapor.

Use with adequate ventilation.

In case of contact, immediately wash thoroughly with soap and plenty of water; remove and wash clothing before re-use.

# TRICHLOROETHYLENE

## WARNING! VOLATILE SOLVENT

Use with adequate ventilation.

Avoid prolonged or repeated breathing of vapor.

Avoid prolonged or repeated contact with skin.

Do not take internally.

# TRICHLOROPHENOL

### (For all isomeric Trichlorophenols)

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid prolonged or repeated contact.

Do not take internally.

# VINYL CHLORIDE

## DANGER! EXTREMELY FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

55

Manual
L-2

Manufacturing Chemists Association of the United States

# XYLENE (XYLOL)
## WARNING! FLAMMABLE

Keep away from heat and open flame.

Keep container closed.

Use with adequate ventilation.

Avoid prolonged breathing of vapor.

Avoid prolonged or repeated contact with skin.

# ZINC CHLORIDE
# (Granular, Fused or Solution)

## CAUTION! MAY CAUSE SKIN IRRITATION

Avoid prolonged or repeated contact.

## MANUAL L-2 INDEX

*Many of the products listed in this index do not appear specifically in the label listings. The labels applicable to such products are indicated by the cross-reference "s.l.a." (same label as—).*

—A—

Acetaldehyde ........................................... 12
Acetic Acid
  Glacial
    Carboy ............................................. 12
    Drum .............................................. 12
  80% ................................................. 13
  56% and 70% ........................................ 13
  28% ................................................. 13
Acetic Anhydride ..................................... 14
Acetone .............................................. 14
Acetonylacetone ...................................... 14
Acetyl Chloride ...................................... 14
Acrylonitrile ........................................ 15
Allyl Alcohol ........................................ 16
Allyl Chloride ....................................... 16
Ammonia,
  Anhydrous .......................................... 18
  Aqua
    Carboy ............................................ 16
    Drum .............................................. 17
Ammonium Bichromate .................................. 18
Ammonium Hydroxide—See Ammonia, Aqua ............... 16-17
Amyl Acetate ......................................... 18
Aniline .............................................. 18
o-Anisidine .......................................... 19
p-Anisidine .......................................... 19
Antimony Trichloride ................................. 19
Aromatic Industrial Solvent ....................... 19-20
Arsenic Trichloride .................................. 20

—B—

Barium Hydroxide—s.l.a. Barium Oxide ............... 21
Barium Nitrate ....................................... 20
Barium Oxide ......................................... 21
Barium Peroxide ...................................... 21
Benzene .............................................. 21

57

Manual
L-2 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Manufacturing Chemists Association of the United States ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Benzidine
Benzol—See Benzene                                              21
Benzoyl Chloride                                                21
Benzyl Chloride                                                 22
     Carboy
     Drum                                                       22
Bichloride of Mercury—See Mercury Bichloride                    22
Bichromates—See Sodium Bichromate                               38
Bromine                                                         51
Butyl Acetate (Normal)                                          23
Butyl Alcohol                                                   23
     Normal or Secondary
     Tertiary                                                   23
Butylamine (Normal)                                             23
p-tert. Butylcatechol                                           24
Butyl Chloride (Normal)                                         24
Butyl Ether (Normal)                                            24
Butylidene Acetone—s.l.a. Butyl Acetate                         24
Butyraldehyde—s.l.a. Ethyl Acetate                              23
                                                                31

                              —C—

Calcium Cyanide                                                 25
Carbon Disulfide                                                25
Carbon Tetrachloride                                            25
Caustic Potash—s.l.a. Caustic Soda                              26
Caustic Soda                                                    26
Chlorinated Diphenyl—s.l.a. Chlorinated Naphthalene             25
Chlorinated Diphenyl Oxide—s.l.a. Chlorinated Naphthalene       25
Chlorinated Naphthalene                                         25
Chlorobenzene, Mono                                             26
Chloroform                                                      26
Chlorophenol, Mono, Ortho, Meta, or Para—s.l.a. Phenol          47
Chlorotoluene, Mono                                             27
Chromates and Bichromates of Sodium and Potassium
     See Sodium Bichromate                                      51
Chromic Acid                                                    27
Coal Tar Creosote                                               27
Corrosive Sublimate—See Mercury Bichloride                      38
Creosote Oil—See Coal Tar Creosote                              27
Cresol                                                          29
Cresylic Acid—See Cresol                                        29
Cyanides, Inorganic                                             28
Cyclohexane                                                     29

Manufacturing Chemists' Association of the United States

Manual
L-2

Cyclohexanol ............................................................................... 29
Cyclohexanone—s.l.a. Cyclohexanol ................................... 29

## —D—

Diacetone Alcohol—s.l.a. Ethyl Acetate ........................... 31
Dichloroethylene ..................................................................... 29
Dichloroethyl Ether ............................................................... 30
Dichlorophenol ......................................................................... 30
Diethylamine ............................................................................. 30
1,4-Diethylene Dioxide—See Dioxane .............................. 31
Diethylenetriamine—s.l.a. Morpholine ........................... 42
Diisobutyl Ketone—s.l.a. Butyl Acetate ......................... 23
Dimethylaniline—s.l.a. Aniline ......................................... 18
Dioxane ....................................................................................... 31
Dipropyl Ketone—s.l.a. Butyl Acetate ............................. 23

## —E—

Ethyl Acetate ........................................................................... 31
Ethyl Acetoacetate—s.l.a. Butyl Acetate ....................... 23
Ethyl Bromide ........................................................................... 31
Ethyl Butanol—s.l.a. Butyl Acetate ................................. 23
2-Ethylbutyl Acetate—s.l.a. Butyl Acetate ................... 23
2-Ethylbutyraldehyde—s.l.a. Ethyl Acetate ................. 31
Ethyl Chloride ........................................................................... 31
Ethylene Chlorohydrin ......................................................... 32
Ethylenediamine—s.l.a. Morpholine ............................... 42
Ethylene Dibromide ............................................................... 32
Ethylene Dichloride ............................................................... 32
Ethylene Glycol Monomethyl Ether .................................. 33
Ethyl Ether ............................................................................... 33
Ethyl Formate ........................................................................... 33
2-Ethylhexanol—s.l.a. Butyl Acetate ............................... 23
2-Ethylhexyl Acetate—s.l.a. Butyl Acetate ................... 23
Ethyl Methacrylate Monomer ............................................. 33

## —F—

Formaldehyde ........................................................................... 34
Formic Acid
  Barrel ..................................................................................... 34
  Carboy ................................................................................... 35