# ALL HANDS

This magazine is intended for 10 readers. All should see it as soon as possible.
PASS THIS COPY ALONG



FW-MCKEON-00013478



# ALL HANDS

THE BUREAU OF NAVAL PERSONNEL INFORMATION BULLETIN

APRIL 1957 Nav-Pers-O NUMBER 483

VICE ADMIRAL JAMES L. HOLLOWAY, Jr., USN
The Chief of Naval Personnel

REAR ADMIRAL K. CRAIG, USN
The Deputy Chief of Naval Personnel

CAPTAIN O. D. FINNIGAN, Jr., USN
Assistant Chief for Morale Services

TABLE OF CONTENTS

Page

This Is Your Navy—The U. S. Fleet ........ 2
USAF Afloat ........ 7
Ship and Station Papers ........ 8
Movie-Makers, USN ........ 11
Life at Navy's Southernmost Duty Station ........ 12
The Card Table That Paid Off ........ 17
Letters to the Editor ........ 19
  Ship Reunions ........ 20
  Navy-Marine Stadium Underway ........ 22
*Special Centerspread*
  Five Minute Course in Navy Safety ........ 24
Today's Navy ........ 26
  LantFleet's Good Samaritans ........ 26
  Aid to Hungarian Refugees ........ 28
The Bulletin Board ........ 29
  The Latest on Rating Changes and Advancement Requirements ........ 29
  Check Your Rate and Estimate Your Chances for Advancement ........ 30
  Deep Sea Diving for Officers ........ 31
  List of Latest Motion Pictures ........ 32
  Directives in Brief ........ 33
  Roundup on State Tax Regulations ........ 34
  New Correspondence Courses ........ 41
Book Reviews ........ 42
*Book Supplement*
  Salmon: The One That Got Away ........ 43
Taffrail Talk ........ 48

CDR F. C. Huntley, USNR, Editor
John A. Oudine, Managing Editor

Associate Editors
G. Vern Blasdell, News
David Rosenberg, Art
Elsa Arthur, Research
French Crawford Smith, Reserve
Don Addor, Layout

• FRONT COVER: HATS OFF—Four bluejackets give ship-to-shore greeting from deck of *USS Bremerton* (CA 130). Left to Right are J. Shafer, FT2; J. Jefferies, BM2; F. Hardesty, BM2 and J. Jennings, SN.

• AT LEFT: FULL HOUSE—Division of minesweepers stands at rest in 1,031-foot drydock at Yokosuka, Japan. Five ships of MinDiv 94 are *USS Firm, Reaper, Embattle, Prime* and *Force*.

• CREDITS: All photographs published in ALL HANDS are official Department of Defense Photos unless otherwise designated.

TODAY'S FLEET centers on carriers. Here with Sixth Fleet cruisers, *USS Coral Sea* (CVA 43) makes high speed turn.

# THIS IS YOUR NAVY

WHAT is a "Fleet"?

Everybody talks about it: "The power of the Fleet. He's a Fleet sailor. Fleet shore duty." You read about it in newspapers, magazines and other periodicals. But what does everybody mean by "Fleet"?

The "fleet," according to one definition in Webster's New International Dictionary, is "a number of war vessels under a single chief command; also, the collective naval forces of a country."

Here's what it means so far as you and we are concerned. Let's start at the very top. The U. S. Fleet is the *Operating Forces* of the U. S. Navy. The Fleet, in both the Atlantic and Pacific, forms the naval power of the U. S. and it is the *sole* reason for the existence of the rest of the United States Navy.

The major Fleet commands in the U. S. Fleet are the Pacific Fleet, the Atlantic Fleet, and the Naval Forces, Eastern Atlantic and Mediterranean. The Pacific Fleet includes the Seventh Fleet, the First Task Fleet, the Naval Forces Western Pacific and sea frontiers and area support commands.

The Atlantic Fleet includes the Second Task Fleet, the Operational Development Force and sea frontiers and base support commands. The Operational Development Force tests and evaluates new weapons and equipment for service use.

For operating purposes, a Fleet may be divided into a number of *Task Commands*. Now here's a curve: For administrative purposes, such as transfer of enlisted men, the various types of ships that go into making a Fleet are grouped according to type. Carriers come under ComAirLant or ComAirPac; Destroyers are under ComCruDesPac or ComDesLant, and so on.

Take a ship under Commander Cruisers and Destroyers Pacific (ComCruDesPac) for example. When the ship from this type command joins the Seventh Fleet, in the Far East, it is under the *operational* control of ComSeventh Fleet. Yet that same ship and its crew remains under the *administrative* control of ComCruDesPac.

Because of the many varied jobs that may be assigned to a Fleet, it is often necessary to subdivide them into *Task Forces*, composed of several types of ships, depending upon the job the force is to perform. This task force may include aircraft carriers, battleships, cruisers, amphibious craft and auxiliary vessels such as tenders, oilers and supply ships.

When a Fleet is large enough and its duties are extensive enough to require division into many task forces, it is usual to form the forces into *Task Groups*. Task groups are of a more temporary nature than task forces and are usually dissolved after each particular assignment.

Task groups are assigned numbers according to the particular force of which they are a part. For example, Task Force 72 may have a task group assigned to a special mission and its designated number may be Task Group 72.3. Task groups may be further subdivided into task units and task elements. For example, take TU 72.3.1. Spelled out, this means Task Unit 1 of Task Group 3 of Task Force 2 of the Seventh Fleet.

Next in line come the *type commanders, divisions* and *squadrons*. Type commanders are more or less self-explanatory. Submarines will come under ComSubPac or ComSubLant. Cruisers are under ComCruDesPac or ComBatCruLant and Destroyers are under the control of ComDesLant or ComCruDesPac.

The very basic unit of vessels by

FW-MCKEON-00013480



BEFORE WORLD WAR II emphasis was on BBs. Above, cruisers and battlewagons participate in 1939 Fleet maneuvers.

# — THE U. S. FLEET

type is the division, and quite frequently two divisions are joined to form a squadron. The term "squadron" may also be applied to an organization of minor strength, whose commander operates under "detached" orders or directly under the instructions or orders of the Chief of Naval Operations.

There are also two other Fleets which you hear a lot about and which are also components of the operating forces. These are the Atlantic and Pacific Reserve Fleets. Known as the "Mothball Fleets," these ships provide a great reservoir of ships ready to be put into active service on short notice.

As you'll probably remember, more than one-fourth of these 2000 mothballed ships were recommissioned and saw service during the Korean conflict. The men who man these ships in the Reserve Fleet keep them in excellent material condition and each ship can be made ready for service on short notice.

Another Fleet in the U. S. Navy, which is also a part of the Operating Forces, is the Military Sea Transport Service (MSTS). This Fleet, which is the largest ocean shipping organization in the world, transports personnel and cargo of the Department of Defense.

At a recent count, MSTS had available a Fleet of some 265 ships, including escort aircraft carriers, cargo ships, passenger ships and tankers.

All are naval vessels except 49 which are commercial ships operating under various types of charter.

The Military Sea Transport Service, which celebrated its seventh anniversary last October, carried 860,315 passengers, over 15 million measurement tons of cargo and over 100 million barrels of petroleum products during fiscal 1956 alone.

There, basically, are the U. S. "Fleets" as they stand today. But let's get ahead of ourselves for a moment and see what the Fleet of the future will look like. As explained by Admiral Arleigh A. Burke, USN, Chief of Naval Operations, in a recent speech:

"During the 1960s the Navy will have nuclear-powered task forces. One such force will consist of two or more nuclear-powered aircraft carriers, four to six nuclear-powered cruisers and a limited number of nuclear-powered frigates.

"This nuclear-powered task force will be only a fraction of the size that served under Admiral Halsey and Admiral Spruance in the Pacific War. But in terms of *weapon* power and in terms of *striking* power, this task force of tomorrow will have strength many times multiplied of that of our present day forces.

"Aboard the mobile airbases of this task force will be a variety of naval aircraft, supersonic and long-ranged, of the most advanced type. Typical of these planes are ones such as the F8U *Crusader*, a 1000-miles-per-hour fighter aircraft, and the A3D *Skywarrior*.

"The attack bomber *Skywarrior* has a range of over 1500 miles out and 1500 miles back, which means it can hit virtually any target in the world. It can carry on each flight a bomb load having many thousands of times the destructive power of that carried by the heaviest carrier-based bomber of Warld War II.

"Also aboard the carriers, cruisers and destroyers will be a family of missiles which seem fantastic today — surface-to-air missiles, air-to-air missiles, air-to-surface missiles and surface-to-underwater missiles. And beneath the oceans will be our nuclear-powered submarines of all



FLEET OF TOMORROW is typified by *USS Forrestal* (CVA 59). Here she's anchored near *USS Wisconsin* (BB 64).

types — attack, hunter-killer, radar picket and missile."

That is the picture of the Fleet of tomorrow as envisioned by the Chief of Naval Operations.

But let's look at one of our present-day Fleets. One good example is the U. S. Seventh Fleet now operating in Far Eastern waters. Since the beginning of the Korean conflict, four more or less permanently organized task forces have been operating in the Far East. Naturally, operations as extensive as this require a variety of ships. This means that vessels and men from all type commands have been, or are, involved.

One of the hardest hitting groups of ships during the Korean fighting was Task Force 77. This force consisted of two or more large carriers, one battleship, cruisers and destroyers.

Aircraft assigned to the carriers did a two-fold job: (1) they blasted away at enemy supply lines and ammunition dumps. In the first 30 months of the Korean affair, carrier-based Navy and Marine Corps aircraft rained down more than 145,000 tons of bombs and untold number of rockets on enemy targets. (2) They provided close air support for front line Marines and soldiers. It's estimated that Navy and Marine aircraft flew about 40 per cent of all close air support sorties during these two and one half years.

Also during this period, Navy and Marine Corps aircraft flew more than a quarter of a million combat sorties against the enemy.

The other ships in Task Force 77 served as the carriers' antiaircraft and anti-submarine screens. Often, however, these ships were also called upon to leave the main force for special missions. One time it may have been to pick up a downed pilot; another time it may have been to bombard enemy positions in support of troops or as interdiction fire.

TRAINED AND READY—Men, weapons and ships of Fleets like U. S. Sixth help preserve the peace through their ability to fight in case of war.

Although an exact total of damage inflicted by the Seventh Fleet is difficult to make, Navy and Marine air combined with the surface Fleet units are credited with accounting for an estimated 121,000 enemy troop casualties (killed or wounded) and destroying 6008 railroad cars, 405 locomotives, 47,334 buildings, 3900 enemy vessels and 265 tanks. Navy surface units in coastal bombardment and gun strikes destroyed rail and highway bridges, broke up troop concentrations, harassed and interdicted transportation links.

Another segment of the Seventh Fleet which also operated during the Korean phase was Task Force 95, the *United Nations Blockade and Escort Force*. TF 95 usually counted more ships in its force than in any of the other three forces. It included escort aircraft carriers, destroyers, cruisers, destroyer escorts, frigates, minesweepers and tenders from all of the participating UN countries.

The third of the Seventh Fleet Task Forces was TF 79, the *Logistic Support Force*. The mission of this outfit is well defined by its title. The work of the unit enabled the ships of the other task forces to keep to a minimum the time spent away from the operating area. Everything from soup to nuts was supplied by the Logistic Support Force.

Probably the least known of the Seventh Fleet task forces has been the *Formosa Patrol*, or Task Force 72. This outfit's primary mission: to prevent the Chinese Communists on the mainland from mounting an assault on Nationalist Formosa.

These four task forces combine to form the U. S. Seventh Fleet, a part of the U. S. Pacific Fleet.




BASIC UNIT of ships by type is the division. Shown at right is a destroyer division of the Pacific Fleet.

The shape and organization of a Fleet need not, and cannot, be static, however. It is continually changing to meet the needs of the situation and of the country. For example, there was once a time when the U. S. had only a one-ocean Navy. This Fleet, vintage 1907, was the U. S. Atlantic Fleet, sometimes known as the Great White Fleet or U. S. Battle Fleet.

President Theodore Roosevelt decided to send that Fleet on a world cruise and chose Rear Admiral Robley D. "Fighting Bob" Evans to command it. Orders were delivered directly to Admiral Evans by the President himself and were never reduced to writing.

The U. S. Atlantic Fleet at that time consisted of 16 battlewagons which were equally divided into four divisions. Also included in the Fleet were four auxiliary ships. The Fleet, with Admiral Evans' flag flying in uss *Connecticut*, left Hampton Roads in December 1907 and sailed around South America, reaching San Francisco the following May.

The Fleet sailed from San Francisco two months later with Rear Admiral C. S. Sperry in command. After making ports of call in Hawaii, Japan, the Philippines, New Zealand and Australia, the Great White Fleet reached Suez, Egypt, in January 1909. There the Fleet received word of an earthquake in Sicily. The custom in the Navy then, as it is now, was to be ready and willing to help those in need. The voyage of the Fleet was momentarily halted to aid in rescue efforts until other U. S. ships arrived to relieve them.



U. S. EIGHTH FLEET saw lots of action off southern Europe in World War II. Here its DDs fan out in 1946 maneuvers.

When the Great White Fleet returned to the U. S. after more than a year's absence, it passed in review of President "Teddy" Roosevelt to end a dramatic trip that was a striking example to the world of U. S. naval power.

The waters in which the Great White Fleet sailed to aid the victims of the earthquake in Sicily are again very much in the news. And again, a mighty U. S. Fleet is on hand.

This powerful force is the U. S. Sixth Fleet, operating in the Mediterranean Sea.

Like other modern fast carrier task forces, the Sixth Fleet is formed around aircraft carriers. At present, the Sixth Fleet numbers over 60 U. S. warships of various types. Recent powerful additions to the Sixth Fleet include the carriers USS *Forrestal* and USS *Saratoga* and the world's first guided missile ship, USS *Boston* (CAG 1).

PANAMA CANAL *made 'one ocean Navy' a thing of the past. Here* Atlantic Fleet ships *Dashiell* (DD 659) *and Gatling* (DD 671) *go through.*

The striking arm of the carriers consists of over 250 attack bombers and jet fighters, all capable of carrying any type of airborne bomb or missile in use today. Also, there are heavy cruisers, destroyer squadrons and submarines. Also a part of this Fleet are the amphibious ships, loaded with reinforced Marine battalions complete with tanks and artillery.

As you can easily see, it takes a lot of little threads to make a rope and it takes many types of ships to make a Fleet. Granted, a division of four heavy cruisers, capable of dealing a lethal blow, can strike fear into the heart of any enemy. But in most cases, two destroyers, a small aircraft carrier and one heavy cruiser can hit even harder. And even more versatile and powerful is the composite of all these ships, DDs, CVAs, CVs, CAs, BBs, working in a task force.

Put them all together and you've got a Fleet.

—Rudy C. Garcia, JOC, USN.




# USAF Afloat

"SO FAR AS I'M CONCERNED we landed in the water . . . some one just shoved the deck under us." These words came from an amazed Air Force colonel after a demonstration flight to and from the flight deck of USS *Essex* (CV 9).

He was one of a group of 20 USAF officers of Strategic Air Command, B-47 Wing, at Guam who were invited for a two-day cruise to learn a little about how Navy airmen operate. The group watched Navy pilots touch and go off the deck of their floating air strip in speedy *Cougar* and *Banshee* jet fighters. They were speechless as the large AJ-2s plopped down and rose again without even kicking in their additional jets.

As a whole, the land-based birdmen agreed that the team work and integration of operations allowing launchings from the bow while others came in on the angled deck astern gave them ideas which could be useful to any pilot.

When leaving they expressed their appreciation of how Navy pilots and airmen handled planes in such confined spaces, but none seemed eager to trade their mile-long runways for the seagoing roost. Here's a picture story of the Air Force on board USS *Essex*.

*Top:* Air Force officers watch touch-and-go demonstration by Navymen from the bridge on *Essex's* island. *Top right:* Flight operations of the two-engined AJ-2s to and from the confines of the carrier's deck amazed the pilots accustomed to mile-long runways. *Right:* Precision teamwork launches plane from catapult. *Lower right:* *Cougar* jet fighter safely hits crash barrier after losing arresting hook during demonstration for the Air Force birdmen.




# SHIP AND S

"A NEWSPAPER EDITOR should be a sulking hulk of a man with fire in his eyes, a cigar in his mouth and ink on his fingers. He's supposed to get rid of evil, conquer multitudes and deliver guidance to the meek. He builds an empire out of his newspaper and the words that come from his typewriter are the truth and should be taken as law—or that seems to be the common conception," according to the editor of USS *Boxer's* newly-established newspaper, the "Busy Bee."

This seaman-editor continues: "We don't feel that we can live up to those 'standards' of our trade. First, the nearest thing we have to fire in our eyes is when the duty PPO gets us out of our rack too early in the morning and we're not in a good mood. The smoking lamp is out too often on the hangar deck for a cigar, and the rulers of the print shop won't let us get close enough to the presses even to smell the ink."

Although he claims he can't measure up to the mythical standards he lists, the writer of CVS 21's "Busy Bee" editorial has worked himself (or been pushed) into one of the Navy's more difficult, but most rewarding jobs—that of putting together one of the Navy's multitude of newspapers.

The editor's job, the reasons for and the rules governing his newspaper are like the papers themselves: so much a part of the local Navy scene we don't notice them until they're missing. Yet the Navy-wide group of ship and station publications form one of the world's largest newspaper chains. They are published under authority of ***NavExos P-35*** *(Rules, Regulations, Policies and Standards for the Control of Navy Publications and Printing)* which controls such items as cost, size, use of color and actual printing. The "rulebook" for this newspaper empire also includes several SecNav Instructions in the 5600 series, and Chapter 9, Section 7, ***BuPers Manual,*** which states the Navy's policy concerning ship and stations papers, including contents, distribution and the prohibition of all advertising except want ads. Further, only those ads may be published that are concerned with housing, rides to and from work, and lost-and-found items (unless you have special permission).

Chapter 8 of the Navy ***Public Information Manual's*** Appendix A has a few choice words on the "what's what" level for officer-advisers, editors and reporters. According to the *PubInfo Manual,* the principle behind publication of ship and station papers is the fact that an informed man is a better, more contented, and more effective man. To live up to that principle a newspaper should appeal to its readers by containing shipboard and other news and information of value to personnel, in addition to such items of entertainment as jokes, comic strips, cartoons, features and similar material.

This manual also states that a newspaper should never be used primarily as a means for the skipper (or anyone else) to lecture the men,

since this would defeat the paper's primary purpose.

None of the official "rules," however, offers solutions to a couple of problems which *Boxer's* mildly-disturbed editor mentioned in his first editorial, problems which have haunted many Navy editors: the mostly-mechanical difficulties of production, for instance, and the human ones of reader appeal and the shortage of volunteers to fill staff billets.

From the standpoint of mechanical production, making do with