# STATION PAPERS

whatever equipment is available is the fate of most shipboard editors; the lucky ones at shore installations frequently have a good Navy print shop available or either appropriated or non-appropriated funds for hiring the facilities of a good commercial printer. Snaring staff members and reader interest is more a



matter of personal know-how and "skulduggery" on the part of whoever is assigned the job of turning out a regular "poop sheet." Still, even the most inexperienced of editors can find ways of beating these three problems.

Navy editors, as well as their counterparts in other services, have found that the *Armed Forces Press Service* can be a big help in turning out a creditable newspaper. AFPS offers such services as:

• A weekly *clipsheet* containing news, pictures, cartoons and other art which can be used to supplement local resources, regardless of whether your paper is printed by letterpress, mimeograph or photo-offset method.

• Upon request they will advise on the organization and operation of a newspaper, or (given copies of your ship's "rag") they will examine it thoroughly and return a detailed *critique* or report on what can be done to improve it.

• AFPS also offers the *Armed Forces Newspaper Editors' Guide* (NavPers 10293A), which may be ordered from your forms and publications supply distribution point listed in enclosure (1) to BuSandA Inst. 5604.1. Now being revised, this

publication has superseded the *Navy Editors' Manual* (NavPers 10293A) which is out of print. The *Guide* is a handy *compilation* of the technical information needed to produce a readable paper without too much strain.

Navy editors can request these publications or services by writing to the Officer-in-Charge, Armed Forces Press, Radio and Television Service, Room 1425, Fisk Building, 250 W. 57th St., New York 19, N. Y., via the appropriate command channel and the Administrative Officer, Navy Department. (Material may also be submitted to AFPS for publication in its clip sheet.)

Papers which use a mimeograph machine as a "press" can obtain from AFPS pre-cut stencils of art work appearing in the weekly clip sheet, while office supply houses have available a number of "gadgets" and instruction books which tell how to do all sorts of tricks with stencils.

When anyone mentions rounding up enough willing hands to put out



a newspaper most Navy editors could well answer, "Aye, there's the rub"—although on board a ship that's spending a fair amount of time at sea it isn't too difficult to find men who'll volunteer a part of their off-duty time. And lithographers, printers and photographers are usually willing to perform in their special fields (particularly if their names are added to the masthead). But writers and reporters, especially the amateurs, usually have to be cajoled from their hiding places.

Many of these same editors have found that a little checking among buddies in the various divisions will reveal at least a couple of guys who have worked on high school newspapers. It's been found, too, that chaplains and most ship's officers can —and will—do some writing for the struggling shipboard editor.

Digging through one of the editors' manuals and the training course manual for Journalist 3 & 2 (NavPers 10294) is considered a good



way to pick up all sorts of information on publishing a paper and on "writing readable." An AFPS critique can be a big help in selecting material which has good reader interest, and many of the newspapers your ship receives in exchange for its own often serve as models and as sources for ideas.

Another service for the editor who's short of news and staff members is offered by the Internal Relations Branch of the Navy's Office of Information. This consists of informal memos and features dealing with current or upcoming events.

Stations, naturally, have good facilities for turning out a handsome newspaper. Staffwise, too, they seem to be well fixed, usually with a couple of professional civilians to guide unsteady hands.

One prime example of the station newspaper is "Dope Sheet," published by the Naval Air Station at Norfolk. Recently, its editor, JO3 John Timothy Smith, USN, in taking note of a number of awards made to the paper, pointed out that a newspaper "doesn't just happen out of thin air."

According to Tim, "a staff of 10 Navy newsmen work from five to



seven days a week gathering, sifting, evaluating, editing and typing news before each issue becomes a reality in the reader's hand." There are pictures to be taken, cropped and scaled to fit the desired space. Articles must be typed in column form on special composing machines; headlines, written to fit a particular space, are set by hand from a stock of printed pasteboard characters and pasted in their proper places.



With the "dummies" of their usual eight pages pasted up "Dope Sheet" staff must make a final check to insure that captions are under the right pictures, that headlines are over the right stories and that several thousand words are spelled the way Webster does it. Then the dummies and properly-scaled photographs are turned over to a commercial printer to be reproduced, first as metal printing plates, and finally as reader-bound copies of "Dope Sheet."

Distribution of the finished issue accomplishes the mission which NAS Norfolk's paper shares with all Navy newspapers: "To serve as a positive factor in promoting the efficiency, welfare and contentment of personnel."

Another Stateside station paper which has done yeoman service for thousands of "boot" sailors is the 33-year-old "Hoist," issued by the Naval Training Center, San Diego. Established in 1923, six months after the training center opened for business, the "Hoist" first appeared as a four-page 8½ - by - 11 - inch publication, edited by the Center's chaplain and staffed by volunteers.

The paper grew up along with the training center, however, and is now

a tabloid-size, slick paper, eight-page publication, complete with photographs and artwork. Staffed by personnel of the center's Public Information Department and commercially printed, the "Hoist" has become one of the most widely known station publications in the Navy.

In the seagoing Navy, the larger ships with their superior printing facilities can easily turn out better-looking (but not necessarily more readable) newspapers than can the editor whose production staff is armed with little more than a mimeograph machine or a beat-up early model office duplicator. One example is the eight-page "Jerseyman" of uss New Jersey (BB 62) whose editorial staff consists of an officer adviser, one JO3 and one seaman. "Jerseyman" production staff consists of one PH1, three LI3s and two seamen (one each in the photo lab and print shop). BB 62, however, does have a number of men who can be counted on as reporters, staff poets and gen-



eral editorial handymen.

uss Shangri-La (CVA 38), with an editor and four reporters, plus a 14-man print shop staff and a couple of photographers, has little trouble turning out a weekly 2500 copies of the four-page "News Horizon"—plus an additional 2-to-10,000 copies of a souvenir edition whenever the carrier holds "open house."

Hardly a prize winner from the standpoint of looks, but one of the more readable of shipboard papers is the "Moale Monitor" put together bi-monthly for the men of uss Moale (DD 693). And (shades of the staff personnel problem!) this MM's staff consists of one chief hospitalman, one personnel man third class, and

two seamen putting out the paper.

In one recent mimeographed six-page issue of double-column, to-the-point prose, "Moale Monitor" amateur staff found room for:

• A full page of sports, including coverage of a softball game in which Moale's men downed uss Sperry (AS 12) by a score of 11 to 8 "on a hot, humid day in Iskenderun, Turkey;" a softball game in which Moale and Sperry pooled their manpower in an



unsuccessful (1-0) attempt to best Israel's national champions; and the unsuccessful attempt of another Moale-Sperry task force to better the score racked up by the basketball team the Israelis had intended for the Olympics.

• A full report on a sightseeing tour originating in Haifa and offering Moalemen a chance to follow "The Footsteps of the Master;" a report on the destroyer's visit to Haifa and the series of "open houses" held there, and an editorial commentary on the progress Israelis are making in transforming their barren land.

• A "Dear Ma" letter highlighting the events of a three-day visit to Tobruk, in addition to space for a short note to the home-folk.

To round out their morale builder, Moale's newsmen included a meet-your-shipmate feature, a paragraph which could pass for a "chaplain's column," a couple of notes on movies, a paragraph recording new additions to the families of Moale sailors, a pair of jokes and a slogan.

Typical of their jokes: "You've heard of chameleons changing color, but have you ever heard of an editor turning into a drug store?" And that wasn't the funniest one either.

—Barney Baugh, JO1, USN.







# *Movie-Makers, USN*

**O**N-THE-SPOT coverage of history in the making, records on film of Navy jobs, and the men and equipment that perform them—that's the idea behind the training program of Navy cameramen. These men learn their techniques and know-how from a nucleus of cinematographic instructors at the Motion Picture (C) School located at NAS Pensacola. The school, administered by the Naval Air Technical Training Unit, has classes convening every 14 weeks.

All types of motion picture cameras of both 16-mm. and 35-mm. are utilized, including sound, ultra-high speed and underwater cameras. Students are quickly introduced to the ins-and-outs of camera work, developing and processing, printing, editing, and directing. Script-writing and special effects offer unusual students an opportunity to display their originality.

During training, prospective cameramen are sent on location to cover news events under the watchful eye of instructors.

*Top left:* Training enables men to shoot sound training films. *Top right:* Navy cameraman in the field catches full effect of blast set off by demolition crew. *Right:* Final adjustments are made before photographing the action of shutter at nearly 800 frames-per-second. *Lower right:* Perfect synchronization of the "ear" and "eye" of these machines is important. *Lower left:* an instructor demonstrates the production of sound film.







FW-MCKEON-00013489



.THIS IS SUMMER? Planes at Antarctic air strip are engulfed by snow at beginning of summer season.

# Life at Navy's Southernmost Duty S

When an element of Operation Deepfreeze, Navy's Task Force 43, was about to leave for Antarctica, ALL HANDS got in touch with the powers that be and asked for a story written on the spot. "Give us the informal, penguin's-eye view," we asked. "But stick to the cold facts. No romance."

And so this is the story. It was written, as you will note, in the cold, cold, cold. The first draft was written on thin slabs of ice with melted snow as ink. It is an impressionistic record of the work done by the Navymen who wintered over at McMurdo Sound. Written by Chief Journalist J. E. Oglesby, USN, it was "cleared at the source" by CTF-43's PIO.

With the copy from Chief Oglesby was a memo to the effect that another of our field correspondents (if you write to us from the field, i.e., any place but Washington, you're a field correspondent), Joe Sigler, J02, is working on a follow-up story on ice.

THE BIG PUSH was on. Planes were due from New Zealand in two and one half months. Eight feet of snow covered the only possible landing strip and one—repeat one—tractor was available to move the 10 million-plus cubic feet of snow and ice covering the 225 by 6000-foot runway.

That's how the situation stood at the Navy's southernmost airbase, McMurdo Sound, Antarctica, at the height of the Antarctic winter night.

It was dark. The sun had set 21 April and wouldn't rise again until 21 August.

It was cold. The thermometer stood at 70° below zero Fahrenheit and the bay was whipped by strong winds.

Heavily dressed Navymen working under floodlights could stand only 20 minutes' exposure at a time. They wore jury-rigged surgical masks to filter and pre-heat their

NAVYMEN WORKED in 70 below temperatures clearing 10 million cubic feet of snow to make Williams Air Facility.



FW-MCKEON-00013490



PETROLEUM and gasoline are delivered by icebreaker. Fuel line is laid across ice to storage tanks.

# Station

own breath but the masks iced up within an hour.

Nevertheless, after some 100,000 man-hours of work by the 93-man wintering-over party the strip was ready, complete with GCA.

Even before the big airstrip push, life wasn't too soft. You had to be at least a senior first class petty officer to draw messcook duty. Senior messcook was a lieutenant commander and, during the airstrip episode, junior messcook was a PO1. They weren't interested in rank or prestige. They competed for the post in the galley of Raymond Spiers, CS1, because, for one reason, he had up-ended the old maxim of "Them as eats, works" to make it read "Them as works, eats." Then, too, it was relatively warm in the galley.

Landing in late December 1955, all the Fleet rates, airmen and construction men of Mobile Construction Battalion Special worked against time to erect their houses before the last ship left on 9 March. Then, after the ships were gone, they had to complete the buildings' interiors before sundown 21 April.

Building 34 houses in the lava ash of Mount Erebus is not child's play even in the Antarctic summertime. Working from tents, standing in outdoor chow lines for meals and forever braced against the cold, the men of Williams AirOpFac knew no relief. (The facility is named for Seabee driver Dick Williams who perished when his 35-ton tractor plunged through bay ice.)

After the ships left and the build-



WEASEL-DRAWN sled train carries sections of fuel line to icebreaker. Below: Navymen working in ice and snow connect line's last link.



FW-MCKEON-00013491



ON-THE-SPOT maintenance was important in keeping equipment working. Here, C. S. Lynch, CE1, USN, repairs generator on GC approach unit.

ings were completed, the 93 men began to package 500 tons of equipment and supplies for airdrop at the South Pole. Each package had to be weighed, strapped, packed and ready to parachute to the 10,000-foot plateau.

Each hardship, each extra workload seemed to kindle a stronger unit spirit among the 93 men commanded by pilot LCDR Dave Canham who seemed to be everywhere at once.

Take the chapel for instance. The men wanted one. The chaplain wanted one. But the base diagram didn't include one nor did the quan-

tity of building materials allow for it. So they scrounged. And they worked. Father John (John Condit, ChC) and his 92 parishioners kept a roving eye open wherever they walked, especially around the trash piles and the supply dump.

A nut here, a bolt there, a piece of dunnage here and a scrap of sheet metal there—the chapel came into substance. A naive carpenter forgot to lock his plywood supply cabinet and an altar was assured.

Construction men assembled the hull after finishing their regular 12-hour work shift.

The hull assembled, they put it

TIME OUT for fun—Chaplain (LT) John C. Condit, USN, leads a cool version of a Hill Billy band while Deepfreeze personnel relax at McMurdo Sound.



up. The wind moved it several yards. Next day 40 men mule-hauled it back in place for more additions. That night the wind moved it again. Next day they took it back. Finally it was complete enough to anchor down. Then a spire and a steeple gave it the majesty of reverence.

Looking at the chapel now, against the background of Observation Hill where a cross honors the memory of CAPT Robert Falcon Scott, a newcomer cannot appreciate the hardship that went into its building.

A white picket fence outside and an altar inside give it an air of permanence. It even has a bell, courtesy of one of the YOGs frozen in the bay.

Saturday nights gave respite to the grueling work routine. Hendrik "Dutch" Dolleman, 51-year-old Air Force Master Sergeant with considerable hours in both the Arctic and the Antarctic, calls the Saturday night happy hours "a chance to settle old gripes and start new ones." Dutch came on Deepfreeze to train and care for the dogs held in readiness for airdrop to pilots or trail party members downed in treacherous regions. His sage advice was often sought during the winter night.

Paydays were not too frequent but William T. Hess, SKC, managed to conduct an object lesson in finance that would leave Wall Street spellbound. The paymaster was 400 miles away at Little America Five so he issued Agent Cashier Hess $9,255 to pay the crew at McMurdo. With that initial stake, Hess paid out $23,404 from 29 February to 2 November and ended up with a balance of $1,449.61.

How? He re-used money collected by the Ship's Store and by the officers' mess caterer.

Health problems were surprisingly few. Doctor Isaac Taylor, LCDR, recorded a few cases of frostbite and no snow blindness during the severe weather. When the ships left he prescribed for the few colds and other respiratory diseases. After that, the climate was so cold these diseases didn't recur.

The human machine stood the test much better than the inanimate machinery. Chief mechanic Charles M. "Slats" Slaton forgot what sleep was like during the airstrip project. The big tractor had to be kept going at all costs, else the Pole landing and base building couldn't take place. So Slaton and his mechanics kept it

*ALL HANDS*

FW-MCKEON-00013492



SPECIAL COVER is used to heat engine of R4D *Skymaster* on frozen runway of Williams Air Facility.

together by skill, tricks and prayers.

Somebody said of Norman Nason, SW1, "His guys have welded everything — from broken hearts to the crack of dawn."

The airstrip was number one concern at all times but there was apprehension at first on how well the two YOCs would fare as the temperature dropped. To augment the fuel supply, they had been loaded and towed from the States. Their anchors were then planted 200 feet high in the permafrost of a hillside. Each ship was checked daily for hull ruptures but both withstood the strain.

When Navy planes arrived 16 October they saw a perfect airstrip —or more appropriately, a perfect landing ditch on the 14-foot thick bay ice. First to land was the Task Force Commander, who came roaring in by R5D. Next day the remaining planes of Air Development Squadron Six arrived.

Within days giant C-124 *Globemasters* began to land with tons of priority air cargo and additional personnel. Some planes weighed out at 190,000 pounds gross on take-off from New Zealand, 2250 miles northward, for the fly-in.

With the sudden population swell the wintering-over group at McMurdo faced a paradox—how to accommodate 267 people in space designed for 93. The mess hall went on shifts; VX-6 maintenance crews set up their own accommodations on the bay ice; everybody moved his bunk a little closer to his shipmate to make room for another.

Finally, before Janeway Huts could be assembled, they even put cots up in the chapel. One new

arrival said, "I never slept holier. But I felt awful guilty every time I cussed."

Nor was all the Yankee ingenuity shown by the wintering-over group. One Navy airman just aboard developed a severe toothache and had to have an extraction.

Next morning the doctor came to his hut to check his health. Expecting to find a badly swollen jaw, the doctor was amazed to find the youngster's face almost normal.

"Did it give you trouble?"

"Yes sir, for a while."

"Why didn't you come to sick bay or send for me?"

"It was too far. Besides, I found an icepack," he said, sheepishly drawing an ice-cold can of beer from his sleeping bag and holding it up.

Living accommodations settled, a



HISTORY IN THE MAKING—First plane to land at South Pole skis in on barren ice. Above: RADM Dufek, Deepfreeze Commander, plants flag at pole.



FW-MCKEON-00013493



YOGS FROZEN in ice of McMurdo Sound were towed in to serve as winter filling stations during the construction of Williams Air Facility.

fast air pace began. Navy planes flew the advance trail party to Little America for scouting a safe trail into Marie Byrd Land. Then Navy and Air Force planes explored the drop area at the South Pole as well as the Beardmore Glacier area where an auxiliary air base was needed to support the pole flights.

A camp was established on the Liv Glacier near Mount Duncan on 28 October at an ideal location 500 miles south of McMurdo Sound and 303 miles north of the Pole. Thus planes could take off from McMurdo with less than a maximum load, stop at Beardmore station to refuel, then proceed to the Pole with a greater margin of safety.

Then on 31 October the Task Force Commander made Antarctic history by landing on the South Pole. The flight was made in R4D Bureau Number 12418 named "Que Sera Sera" (Whatever will be will be). The plane's crew included LCDR Conrad S. Shinn, pilot; CAPT William M. Hawkes, co-pilot; LT John R. Swadener, navigator; John P. Strider, AD2, plane captain; William A. Cumbie, Jr., AT2, radioman; and Rear Admiral Dufek, Commander Task Force 43, and Captain Douglas L. Cordiner, Commanding Officer of AirDevRon Six, observers.

Captain Cordiner's mission was to learn the conditions under which his pilots would have to operate when landing construction men to build the Pole base. Admiral Dufek wanted to see that, plus the conditions under which his Seabees would work.

The flight represented the culmination of more than two years of planning and 27 years of Navy Antarctic experience since the late RADM Richard E. Byrd first flew over the pole in 1929.

The seven who first landed on the 10,000-foot polar plateau have been assured their rightful place in history.

But in retrospect one thinks with admiration of the spadework at McMurdo Sound that made the pole landing possible.

When the next frontier—the moon —is conquered, there will be another 93 men like those at McMurdo who'll stick out their necks, freeze their knuckles, endure an Antarctic night and keep their backs to the wheel to make the lunar landing a success.

—J. E. Oglesby, JOC, USN, Flag, CTF-43.

NAVY'S ANTARCTIC base has come a long way since first recon party landed a little over a year ago.





H OF A TABLE—*Members of TACRon 22 hold practice session around special table at Little Creek amphib base.*

# The Card Table That Paid Off

AMPHIBIOUS OPERATIONS have become a classic of warfare since their widespread success in World War II.

Characterized by the closest co-operation between land, sea and air forces, amphib warfare today is familiar to all Navymen, either through actual participation, orientation classes or personal accounts of shipmates.

There is one important phase in the amphibious assault, however, which is not too well known. That is the job of the Navies TACRon, in the proper use and coordination of supporting aircraft.

Here's a report on the typical TACRon, its history, and how it operates.

Since the early days of World War II, the control of all aircraft and air defense units involved in an amphibious operation has been placed in the hands of what is now known as "Navy Tactical Air Control Squadrons."

The origin of this type of unit goes back to the days of Guadalcanal during World War II. It was in that campaign that surface-controlled attack planes were employed for the first time in assaulting enemy installations and fortifications. The results obtained were highly successful, both in the destruction of enemy installations and in support of our troops.

The first actual "Air Support Control Team" operated from a card table aboard USS *Pennsylvania* (BB 38) during the Attu operation in May 1943. It consisted of three officers and one enlisted man. Fifty sorties were flown against the enemy in that operation.

As the Pacific island-hopping campaign continued, training of personnel in the techniques of close air support was accelerated and more "Air Support Control Units" were commissioned. By the time the war came to a close, there were

TACRON UNITS operate from AGCs, coordinating armed forces air support against enemy positions. Here, USS *Eldorado* (AGC 11) directs action in Korea.



FW-MCKEON-00013495



AIR ACTION against enemy must be coordinated. Planes of Navy, Marine Corps and Air Force in joint amphib operations use TACRon information.

13 ship-based teams and five landing force teams in the Pacific Theater.

In 1946, the number of Air Support Control Units was reduced to three units and their designation changed to "Tactical Air Control Squadrons."

Typical of the TACRons in today's Navy is Tactical Air Control Squadron 11, temporarily based at NAS North Island, San Diego. Its skipper is a naval aviator, as are approximately half of the officers attached to the squadron. There are 15 Naval officers attached to the squadron in addition to one aviator each from the Marine Corps, Air Force and one Army officer. There are 37 enlisted men in the squadron.

TACRon 11 was originally commissioned as TACRon Three in 1950 and actively participated in amphibious operations during the Korean War. The squadron now has three overseas tours behind it and recently sent a detachment to WestPac early this year.

What are the jobs of a TACRon?

Under the direction of the Tactical Air Control Group commander, the squadron is the link between the amphibious forces and Navy Air, Marine Air, Air Force, and air services of our allies. The squadron plans, directs and controls all aircraft involved with the assault.

The liaison necessary in controlling aircraft is accomplished through the officers of the TACRon. The air section of the over-all operation order is compiled and written by the squadron and the actual direction of aircraft is controlled by TACRon personnel from an amphibious flagship.

In a recent Pacific Fleet training exercise, the officers and men of TACRon 11 carried out their job of controlling the aircraft from specially equipped spaces aboard USS Estes (AGC 12) and USS Eldorado (AGC 11). In an amphibious exercise or operation, the work of operating personnel of the TACRon is centered around an area known as an "H" table.

Radio network controllers are spaced at remote radio outlets on both sides of this H-shaped table while a coordinator is positioned in the center. Air traffic, air direction, air request, and air observation are examples of the circuits controlled.

Normally, the aviators assigned to a TACRon do not pilot aircraft engaged in amphibious exercises. Their knowledge of the capabilities and limitations of aircraft and pilots, and their familiarity with radio telephone procedure and pilot jargon make them vital members of the controlling team aboard ship.

Another TACRon job is the training of aircraft squadrons and air groups in the techniques of close air support. All officers attached are thoroughly trained in the procedures and tasks required in the coordination of artillery, guided missiles, naval gunfire and antiaircraft gunfire, in the controlling of numerous associated radio networks, processing requests for air support, and controlling aircraft in their assaults.

The enlisted men in TACRons are mostly radiomen and electronics technicians. They have vitally important jobs as net controllers, status board keepers, teletype operators and mechanical trouble shooters.

Today, there are five TACRons in commission. TACRons 11 and 12 are units of the Pacific Fleet Amphibious Force and are under Tactical Air Control Group One. TACRons 21, 22 and 23 are part of the Atlantic Fleet Amphibious Force under Tactical Air Control Group Two.

Although TACRons have been reduced in number since World War II, their importance in amphibious operations has grown tremendously. It's been a long time and much progress has been made since that card table was set up on Pennsy in '43. And that table has paid off.

TABLE is the nerve center of air operations sending in planes for missions such as close ground support.





FW-MCKEON-00013496

# LETTERS TO THE EDITOR

## Rate Change for Temporary Officer

Sir: I have been selected for appointment to warrant officer. In the event that I am appointed, can I have my permanent rate changed to chief petty officer? If so, what's the procedure?—F. D. G., BM1, USN.

● Yes. *Once you receive your appointment to warrant rank, your commanding officer can change your rate to BMCA in accordance with BuPers Inst. 1430.7B, which governs advancement of enlisted personnel.*—ED.

## When Does Travel Time Start?

Sir: I hate to be the one to inform you that the answer you gave in a letter to the editor concerning Travel Time (August 1956 issue) is in error. You stated ". . . the day of departure is considered a day of duty, so that the man's travel time would not begin until that midnight. Thus, if he departed at 1200 on 1 June, he would not have to report to his new duty station until 2400 on the following day (2 June)."

*BuPers Manual,* Art. C-5317(3)(a) states "Travel time shall be counted in whole days, periods of 24 hours, based on time of departure as shown by endorsement on orders, fractional parts of 24 hours being counted as whole days." Thus in the case stated in the letter, the man should have reported by 1200 2 June instead of 2400 2 June, since the man was not granted any leave (delay in reporting) or proceed time, making it necessary for the man to report at 1200 the following day. Whereas, say the man was granted 10 days' delay in reporting, four days' proceed time and one day travel time, the man would not have had to report until 2400 16 June, because of leave and proceed time being a factor. In the case stated the man was granted only one day travel time, making it necessary for the man to report at 1200 the following day or 1200 2 June, which is a period of 24 hours. Thus in this case the man's first day does not count as a day of duty, but as stated in Art. C-5317(3)(a), the travel time starts at 1200 1 June, based on the time of departure, whereas if there had been a delay in reporting (leave) and proceed time involved, it would have been counted as a day of duty.—R. M. T., YN2, USN.

● *You can stop hating yourself. According to the reference you used, you are correct, the only gimmick being that your reference is applicable only when air transportation is involved, and is not the correct reference in this case.*

*Although the man in question is actually in a travel status beginning at 1200 on 1 June, the calendar day of 1*

This section is open to unofficial communications from within the naval service on matters of general interest. However, it is not intended to conflict in any way with Navy Regulations regarding the forwarding of official mail through channels, nor is it to substitute for the policy of obtaining information from local commands in all possible instances. Do not send postage or return envelopes. Sign full name and address. Address letter to: Editor, ALL HANDS, Room 1809, Bureau of Naval Personnel, Navy Dept., Washington, D. C.

June is computed as a day of duty irrespective of the actual hour of detachment. The man is allowed one full calendar day of travel time which begins at 2400 1 June and ends at 2400 2 June and is computed in accordance with "BuPers Manual," Article C-5318(3), omitting the leave and proceed time.—ED.

## Navy Fencers

Sir: I enjoyed reading your Navy sports roundup in the December issue of ALL HANDS. To complete the picture, however, it should be noted that the Third Naval District fielded its own fencing team this year and came up with a handful of medals at the National Fencing Championships. A team consisting of LTJG Bob Parmacek, USNR, LTJG Richard Berry, USNR, LTJG Lawrence Lazovick, USN, and Ensign Roger Jones, USNR, won second place in the National Epee team event and then went on the same day to place third in the National Three-Weapon team championship. By way of historical note, the prizes for the latter

event are memorial medals, to commemorate the greatest all-around fencer the United States has ever seen: Lieutenant George Calnan, USN.

The Navy also had its individual stars in fencing during the past year. Sewall Shurtz, YN3, USN, took third place in the National Individual Epee Championships (he won this event in 1954) and then went on to win the National Foil crown. He was named to the Olympic Fencing Team in both weapons. LTJG William Andre, USNR, in addition to making the Olympic Modern Pentathlon Team, also won his way to a berth on the Fencing Team, a most remarkable achievement. He accomplished this by tying for first place in the National Individual Epee title. Despite a game effort, he lost the playoff for first place to the defending champion and had to be content with second spot.

I think you'll agree that the Navy's fencers made themselves felt this year.—R. F. J., LTJG, USNR.

● *That they did, and a good bit of sports news it is. However, for the sake of clarity, it should be pointed out that these fencers were assigned to the Third Naval District to take advantage of the excellent coaching and training facilities prior to competing in the Olympic Fencing Trials, which were also held in New York City.*

*As stated before, any items of Navy-wide interest are welcome. Why not submit news about the men and activities of your unit to* ALC HANDS?—ED.

'LOVE ME TENDER' could be song of 6th Fleet's USS Pompon (SSR 627), Moale (DD 693), Charles S. Sperry (DD 697) getting repairs from Cascade (AD 16).



FW-MCKEON-00013497

*LETTERS TO THE EDITOR (Cont.)*

## Ship Reunions

News of reunions of ships and organizations will be carried in this column from time to time. In planning a reunion, best results will be obtained by notifying the Editor, ALL HANDS Magazine, Room 1809, Bureau of Naval Personnel, Navy Department, Washington 25, D. C., four months in advance.

● USS *Barton* (DD 722)—A reunion will be held during May in Washington, D. C. For information concerning reservations and program, write to F. M. Shore, Jr., 9915 Dickens Avenue, Bethesda 14, Md.

● USS *Chicago* WW I Assn.—The 37th annual reunion of former crew members is scheduled on 13 April, in Philadelphia, Pa. For more details write Paul A. Kline, 17 W. Park Avenue, Oaklyn, N. J.

● USS *Delta* (AR 9)—A reunion is tentatively scheduled for 9, 10 and 11 August, in Philadelphia, Pa. Contact Charles J. Reed, 304 Derwyn Road, Drexel Hill, Pa., for more information.

● *Eighth Beach Battalion*—The second reunion will be held in Montreat, N. C., on 9-12 May. For additional information, write to Clifford L. Legerton, 263 King Street, Charleston, S. C.

● *Commanding Officers, Destroyer Escorts*, WW II—The eighth annual DE Skippers' reunion and dinner will be held at the New York Yacht Club, New York, on 25 April. For information contact H. V. B. Richard, 50 Broadway, New York 4, N. Y.

● USS *Oklahoma* (BB 37)—A reunion will be held in the Sylvania Hotel, Philadelphia, Pa., on 4 and 5 May. Further information may be obtained from E. H. Lutz, 673 Lindley Road, Glenside, Pa.

● USS *Tulagi* (CVE 72)—A reunion of the officers will be held on 4-7 July at the Hotel Del Coronado, Coronado, Calif. For details contact F. A. Holden, Medical Arts Building, Baltimore 1, Md.

● USS *Warren* (APA 53) — The fifth annual reunion will be held at the President Hotel, Atlantic City, N. J., on 10-12 May. For more information write to William J. Peters, 28-4 Harris Place, Paterson 4, N. J.

● USS *Brough* (DD 148)—All former shipmates interested in holding a reunion with time and place to be decided by mutual consent, should contact C. D. King, 328 Colorado Building, 2400 West Colorado Avenue, Colorado Springs, Colo.

● USS *Brooklyn* (CL 40)—Former crew members interested in holding a reunion, with time and place to be decided, write Alford W. Wells, 1316 Oakpark Ave., Norfolk, Va.

● USS *LST 579*—All crew members who served on board from the time of commissioning until September 1945, who are interested in having a reunion should contact Sam S. McKeel, 223 N. Dotger Ave., Charlotte, N. C.

● *24th Naval Construction Battalion*—Former crew members interested in holding a summer reunion should write to G. G. Fitzpatrick, 16 West 10th St., New York 11, N. Y.

● USS *Thomas Stone* (AP 59)—The first reunion of all shipmates will be held in Richmond, Va., 18 May 1957. For additional information write to CAPT. E. J. Speer, USNR, 1115 South Spruce St., Southport, Conn.

● USS *Hayter* (DE 212, APD 80)—A reunion is scheduled for all crew members on 4 May at the Warwick Hotel, New York City. For further details, write to Kenneth J. McGuire, 863 Kinsella Street, Bronx 62, N. Y.

● *WAVES*—Waves will celebrate their 15th birthday with a reunion to be held in Boston, Mass., on 26, 27 and 28 July. All present and former Waves are invited to attend. For additional information, contact the National Waves Reunion Committee 1957, 495 Summer Street, Boston 10, Mass.

● *52nd Seabees*—The 10th annual reunion is scheduled for 1, 2 and 3 August, at Hot Springs National Park, Ark. Details may be obtained from Herbert Wardlaw, Box 128, Altheimer, Ark.

● *Fifth Marine Division Association* — The eighth annual reunion will be held at the Statler Hotel, Buffalo, N. Y., on 28, 29 and 30 June. All members of the Division and attached units are invited. For additional information, write to the Fifth Marine Division Association, Headquarters, Marine Corps, Washington 25, D. C.

● *U. S. Naval Cargo Handling Battalion No. 1*—All former members who are interested in holding a reunion next September may contact George J. Clark, YNTC, USNR, Pleasant Avenue, RFD 1, Scarborough, Me.

### Who's In Charge?

SIR: It is my understanding that in the absence of the Commanding Officer and Executive Officer, the assigned Command Duty Officer (or Officer of the Deck) is in full charge of the ship.

In a recent discussion, Article 1373 of *Navy Regulations* was quoted to the effect that the senior line officer, eligible for command at sea, is in charge of the ship.

However, according to Article 1008, every person on board who is subject to the orders of the Commanding Officer, except the Executive Officer and those specified in Article 1009, shall be subordinate to the Officer of the Deck.

This seems to bring Articles 1008 and 1373 into conflict. Could you provide the correct interpretation of this situation?—M. H. S., ENS, USN.

● *There's really no conflict between the two articles. The Officer of the Deck does not, by reason of being on watch, succeed to the office of Commanding Officer of the ship. Nor does the Command Duty Officer.*

*It is true that both possess certain command attributes during the period of the watch, but that is because they are the direct representatives of the Commanding Officer, whether he be the one regularly assigned or one who has temporarily succeeded to command by operation of Article 1373, "U. S. Navy Regulations, 1948."*

*It is the officer specified in that article who is in charge of the ship, whether or not he is on watch.—*ED.

### Instructors at NROTC Colleges

SIR: I would like to be assigned instructor duty at one of the many colleges where there is a billet for a chief storekeeper. Is it possible to specify in my request "Instructor duty at a college only," or must I take my chances and accept duty at a Class "A" School if no billets are available at a college? And where can I get a list of colleges having a billet for SKC?—G. F. D., Sr., SKC, USN.

● *ALL NROTC units have an allowance for SK1/SKC and you may designate the particular unit you desire. These units are listed in the Catalog of Naval Shore Activities.—*ED.

### Well, It Was Back in The Twenties

SIR: In the Book Supplement of November 1956 issue of ALL HANDS, you stated: "On 12 June 1921 she (*Mississippi*) was engaged in firing advance practice 'B,' together with Tennessee and Idaho off San Pedro, Calif."

At that time I was one of several signalmen on watch on the signal bridge of *Missy* and seem to remember the date as 12 Jun 1923 and not June 1921.—D. A. G., BMC, USN (Ret).

● *When you and other readers called our attention to the passage, we checked our source and found we had lost three years in the transcription. The official ship's history states that the incident occurred 12 Jun 1924.—*ED.

### ACI School

SIR: Does the Navy have a school for the study of criminology?—M. L. H., CS3, USN.

● *No, there is no Navy school as such, but the Army conducts an eight-week course in Advanced Criminal Investigation. Navymen who meet the entrance requirements may request quotas through Chief of Naval Personnel.—*ED.

FW-MCKEON-00013498

## Retired Grade

Sir: I was a Chief Warrant Officer from February 1944 until October 1946, and hold a Certificate of Satisfactory Service. At what warrant grade will I be retired upon completion of 30 years' service?—R. W. W., DTC, USN.

• *Upon retirement, you will be advanced on the retired list to the highest grade and rank in which you served satisfactorily (as determined by the Secretary of the Navy), in accordance with the provisions of Title 10, United States Code, Section 6151, as amended. Effective from the date of retirement, you will be entitled to retired pay based on the rank determined. (Your record indicates that the highest rank attained by you was Chief Warrant Officer, W-2.)*—Ed.

## Authority to Issue Orders

Sir: Without any previous authority is it possible for a commanding officer to issue temporary additional duty orders to officers and enlisted men of his command, provided no travel or expense to the government is involved in the execution of the orders?—G. J. K., LTJG, USN.

• *It seems unusual that orders of any type would be necessary if no travel is involved.*

*However, a commanding officer is not authorized to issue orders of any type unless he has been granted authority by the Chief of Naval Personnel or the respective Administration Commander who has been designated as an order writing activity.*

*Your reference for issuance of authorization orders when there is no cost to the government is Article C-5307(1) of "BuPers Manual" and BuPers Inst. 1321.2B, paragraph 5a.*—Ed.

## Enlisted Precedence

Sir: Not so many years ago the Navy was quite specific as to seniority among the various rates. Men in charge of drafts, working parties, etc., were determined by who was senior in rating and rate.

Today, few sailors know who is senior to whom. Boatswain's mates lead the list, quartermasters follow — after that all is confusion. Would you please enlighten me and, I am sure, many other men of the Navy?—R. K. M., RMC, USN.

• *Change #20 to the "BuPers Manual," clarified Article C-2102 in this manner:*

*In non-military matters, enlisted personnel take precedence among themselves according to pay grade held and the date of advancement to that pay grade. In cases of the same date of advancement, precedence is according to the rating held, as indicated in the table which is part of the "Manual's" Article C-2102(3). For personnel in pay grade E-7 (CPOA or CPO) the date of precedence is that of advancement to chief petty officer, acting appointment.*

*Seniority for assumption of military authority of general service enlisted rates and ratings continues to be in the order listed in Article C-2102(3). In military matters, dates of appointment have no bearing unless two of same rating and rate are involved.*—Ed.

## Canceling Extension of Enlistment

Sir: I have been transferred from the duty for which I officially agreed to extend my present enlistment. Since I have not yet begun to serve on my extended time, I would like to cancel the extension. What is the best way of going about this?—D. J. H., AO1, USN.

• *Agreements to extend enlistments are cancelled under the provisions of*



SEA HUNTER—USS Bashaw (SSK 241) converted to hunter-killer mission cuts white wake through waters topside.

*Article C-1407, "BuPers Manual" which refers to extensions of enlistments. Requests for cancellation of an agreement to extend your enlistment can be granted when, through no fault of your own, you failed to receive full benefits for which the agreement was made. You should forward your request to the Chief of Naval Personnel for decision, together with a full report of the circumstances and the commanding officer's recommendation. Each request is judged on its individual merit.*

*Be sure to do this before your extension becomes effective. After that time it will be impossible to cancel it.*—Ed.

---

**...how to send ALL HANDS to the folks at home**

Superintendent of Documents
Government Printing Office
Washington 25, D.C.

ENCLOSED find $2.25 for a subscription to ALL HANDS magazine, the Bureau of Naval Personnel Information Bulletin, to be mailed to the following address for one year

NAME.............................................................................

ADDRESS..........................................................................

..............................................................................

(For prompt filling of orders, please mail this blank and remittance direct to the Government Printing Office. Make checks or money orders payable to the Superintendent of Documents.)

FW-MCKEON-00013499



NAVY-MARINE CORPS Memorial Stadium shown in drawing will furnish the site for many Navy sports events.




ENTRANCE to Memorial Stadium is depicted in sketch. *Right:* Horseshoe impression marks site of new stadium. Academy can be seen at top right.



# Navy-Marine St

"*THIS STADIUM is dedicated to those who have served and will serve — upholders of the traditions and renown of the Navy and Marine Corps of the United States. May it be a perpetual reminder of the Navy and Marine Corps as organizations of men trained to work hard and to play hard; in war, defenders of our freedom; in peace, molders of our youth.*"

THAT'S THE INSCRIPTION to be placed above the main gate of the new 31,000-seat Navy-Marine Corps Memorial Stadium at the Naval Academy, Annapolis, Md. It will be a lasting memorial to all Navymen and Marines serving today as well as those who have served earlier. An individual plaque will be dedicated to each of the Navy's and Marine Corps' deceased Medal of Honor winners.

Although not everyone can hold the Medal of Honor, it is possible to have your name or the name of your ship or organization listed among the illustrious heroes of the Navy and Marine Corps—names such as Butch O'Hare, Cassin Young, John Cromwell, John Power and Richard O'Kane.

Here's how it will work: The stadium is being built—at an estimated cost of $3,100,000 — by private funds, since the Navy does not consider it appropriate to request funds from Congress for this purpose. More than $1,000,000 have been

*ALL HANDS*

FW-MCKEON-00013500



IN ADDITION to the Naval Academy sports the Memorial Stadium will be available for use in All-Navy events.

# Stadium Underway with Aid of Fleet

accumulated over the years by the Naval Academy Athletic Association toward the Memorial Stadium Fund.

The Association, which has assumed responsibility for construction of the stadium, has announced that all Navy and Marine Corps units which make a contribution will have their names engraved on a memorial tablet. Each unit or organization that contributes more than $1000 will have its donation recorded on a separate plaque. For $100, the name of anyone — living or deceased — who has ever served in the Navy or Marine Corps will be suitably inscribed on one of the chairs. Special memorials will be considered by a Memorial Board.

The stadium is intended for use by the entire Navy. It will be available for events without rental charges for All—Navy and inter-service athletic contests and games as well as for civic organizations and secondary schools in the vicinity.

The need has been apparent for years. The present Thompson Stadium, seating 15,000, was built in 1912 and for years has been condemned, patched and repaired season by season. As may be seen by the illustration, the new field house and gymnasium and the expanding Bancroft Hall have just about squeezed Thompson Stadium out of the picture.

Present plans call for construction of a stadium seating 31,000 specta-

tors, with room for expansion to 70,000, plus parking space for some 8200 autos. It will be available for field games such as football, lacrosse, soccer, and for other field events. In the words of RADM W. R. Smedberg III, USN, it "will be the only joint Navy-Marine Corps memorial in the country, dedicated to all those who have served and are serving in the naval service today."

Contributions have already been received from past, present and future Navymen. USS Canberra (CAG2) has forwarded a check for $500. Traditional adversaries and Hawaiian area champions, the SubPac All-Stars and the All-Hawaii Marines fought a tight 88-77 basketball contest (favor of SubPac) and the $2646.90 proceeds went to the Memorial Fund.

Each day's mail in the office of CAPT E. B. Fluckey, USN, director

of the project and himself a holder of the Medal of Honor and four-time winner of the Navy Cross (he was CO of the submarine USS Barb during five of its war patrols in WW II), brings in notes such as these: "I am enclosing $1.00. Must say I wish it was $100. My regrets that I can't send more." J. P. B., CWT, USN (Ret.); "I am sending check for $2.00 hoping it will help in building the stadium. I would send more but I am living on my retirement pay."—H. F., BMCC, USN (Ret.).

And then there was the one from a future Navyman: "Dear Sir: I am sending you $1.00 for the new stadium. I am 11 years old and earned the money shoveling snow. I hope someday to play in the stadium."—John Will, Batavia, N. Y.

Contributions for the Academy stadium fund may be addressed to: Memorial Stadium, Annapolis, Md.

OLD THOMPSON Stadium, long outdated, is giving way to new construction.



**APRIL 1957**

FW-MCKEON-00013501





April 1957

FW-MCKEON-00013503

# ★ ★ ★ ★ TODAY'S NAVY ★ ★ ★ ★



AT EASE — USS Fort Snelling (LSD 30) rests anchor. The 'home port' for amphibious landing craft has her home port located at Norfolk, Virginia.

## LantFleet's Good Samaritans

*Sea salts as individuals aren't* usually considered "salt of the earth" types—but collectively they proved during 1956 that the Navy and its men are willing Good Samaritans, and mighty handy to have around when trouble comes.

Most of this "helping hand" business was conducted without fanfare, particularly in the Pacific where the calls for aid have not been tied up with spectacular news events; much of the Atlantic Fleet's samaritanism has also been on the quiet side.

But LantFleet's "good works" during the year are pretty typical of what the Navy and Navymen have to offer people in distress—whether the trouble is a "newsmaker" like the Near East crisis, an earthquake, water shortage, hurricane or sudden peril on the high seas.

Some examples:

• *Suez Crisis.* Atlantic Fleet ships and personnel serving with the U. S. Sixth Fleet in the Mediterranean carried out the evacuation of 2175 civilians from Israel and Egypt, including 24 members of the United Nations Truce Commission. The transport uss Burdo (APD 133) and destroyer Harlan R. Dickson (DD 708) evacuated 166 persons from the Israeli port of Haifa, while the remainder were evacuated by three ships of Sixth Fleet's amphibious detachment, attack transport uss Chilton (APA 38), attack cargo ship Thuban (AKA 19) and landing ship dock uss Fort Snelling (LSD 30).

Despite the hazards involved in the evacuation, typical American humor helped ease the situation. Chilton, for instance, greeted its tense guests with a spread of refreshments which included a large cake emblazoned with "We knew you were coming, so we baked a cake." APA 38's crewmen were treated to the sight of a burly boatswain's mate calmly giving a baby its bottle while the mother cared for her other children. And the erstwhile crew's recreation room pulled duty as a nursery, with 17 infants ranging in age from three weeks to nine months nestled in cribs made of cartons and egg crates.

• *Bermuda "Water Lift"* was an operation undertaken during June, July and August, while Bermuda was experiencing a drastic decrease in water reserves as the result of unusually low annual rainfall. Fleet oilers uss Truckee (AO 147) and Neosho (AO 143), after cleaning their tanks, transported approximately 6,000,000 gallons of fresh water for use of the civilian populace, the Naval Station and the Air Force base.

• *Earthquake in Greece,* which destroyed or damaged about 80 per cent of the buildings on the island of Santorini, brought into action the destroyers uss Lewis Hancock (DD 675) and Hawkins (DDR 873). They landed food, medical supplies and medical officers to help the injured.

• *Iceland's Fishing Crisis.* For the second year in a row Iceland's major source of U. S. dollars, her herring industry, was plagued by killer-whales. And for the second time patrol aircraft from Iceland-based VP-7 used depth bombs to kill or frighten away the monsters which destroy nets and commercially valuable herring catches. The threat of a very short season of herring fishing and consequently heavy loss of income was thereby eliminated.

• *Hurricane Tracking,* a joint Navy, Air Force, U. S. Weather Bureau undertaking, engaged pilots and crewmen of Airborne Early Warning Squadron VW-4 in 37 flights into seven tropical storms which qualified as hurricanes. A

## YESTERDAY'S NAVY



In April 1898, the Navy purchased SS Creole and made her over into a hospital ship, USS Solace, and a group of male nurses were recruited to serve as "Ship's Cook (Nurse)." In April 1945, one month before VE-Day, the Germans directed a last desperate sortie of snorkel subs against the U. S. coast. However, an American task force of destroyers and destroyer escorts met them in mid-ocean, where they battled for nearly two weeks. Guided by sound-detection devices, the U. S. task force repulsed the enemy, who lost six subs. The U. S. lost one DE.

· ALL HANDS

FW-MCKEON-00013504

number of "firsts" were racked up as the squadron's new WV-3 *Super Constellation* conducted the first overland tracking of hurricanes and the first rockets or "hurricane balls" were fired through the storms in a new effort to gather aerological data on the "big winds."

Aiding seafarers in distress was a common LantFleet occurrence during 1956:

■ On 7 March, the destroyer uss *Vesole* (DDR 878) steamed out of Rhodes to aid a Norwegian merchant tanker which had a crewman badly burned in an engineroom explosion. Despite heavy weather, a highline rig was accomplished, and the DesRon's doctor treated the injured man aboard the tanker. Later the burned crewman was transferred to uss *Ticonderoga* (CVA 14) where complete medical facilities were available.

● Later in March the coastal minesweeper uss *Siskin* (MSCO 58) was successful in towing to safety the private schooner "Oreda." The schooner, in a sinking condition when *Siskin* took her in tow, and her "two-man" crew were safely delivered to Miami. Three days later uss *Rhea* (MSCO 52) investigated a red flare off Charleston, S. C., and wound up with the distressed private schooner "Charmain" in tow.

● From March through September underwater demolition divers from Explosive Ordnance Disposal Unit Two (part of LantFleet's Mine Force) answered eight calls from civilian communities for assistance in finding the bodies of persons believed to have drowned. The localities: Lakes and rivers throughout Georgia, Tennessee, North Carolina and South Carolina.

● In September, the destroyer uss *Strong* (DD 758) went to the aid of



SEABEES AT Adok stand by totem pole designed by K. H. Munson *(left)* and carved by K. H. Geier and E. J. Luehrs.

a honeymooning pair whose 38-foot ketch, *"Elenita,"* was adrift 50 miles off Corsica. *Strong* successfully towed the ketch to Ajaccio, Corsica, for repairs.

● Early in October a dramatic sea rescue took place when the dock landing ship uss *Fort Mandan* (LSD 21) saved the Canadian motor vessel *"Lady Cecil"* from possible destruction off Newfoundland. *Lady "C,"* foundering in heavy seas and threatening to ground on the rugged shore

only a mile away, was finally taken in tow and brought to safety after more than two days of constant effort.

● The yacht *"Virginian"* was rescued by the auxiliary ocean tug uss *Accokeek* (ATA 181) in December, while the tug was operating under Commander Service Force, U. S. Atlantic Fleet. The 68-foot yacht was off the British West Indies, engines inoperative and taking on water rapidly, when *Accokeek* took over. The tug set up emergency pumps on *"Virginian"* and took her to a safe anchorage.

During 1956 ships and men of the Atlantic Fleet, like their shipmates ashore and in the Pacific, maintained the spirit of goodwill and brotherhood so traditionally a part of the Navy. One example was the $7500 check presented by uss *Coral Sea* (CVA 43) to Hungarian relief (See story on page 28).

There are numerous other examples: the handicapped children entertained by destroyers at Newark and Washington; the submarine uss *Irex* (SS 482) playing host to 230 orphans and indigent children in Mediterranean ports; uss *Becuna* (SS 319) carrying donated clothing to the needy children of Europe; the destroyer uss *Charles S. Sperry* (DD 697) off-loading a statue of Commodore John Barry at Wexford, Ireland, as a gift from U. S. citizens to the Irish; LST's uss *Whitfield County* (LST 1169) and *Windham County* (LST 1170) donating 120 pints of blood to the Red Cross; and the instance on 18 March when an emergency call was put out by the Norfolk hospital for blood donors to save the life of a young girl. More than 200 officers and men from the U. S. Amphibious Base at Little Creek, Va., responded to the call.

FLEET FILLING STATION — Fleet oiler USS Mississinewa (AO 144) takes time out as her crew mans the rails.



FW-MCKEON-00013505

## TODAY'S NAVY

### Aid to Hungarian Refugees

Sixth Fleet . . . Navymen as good-will ambassadors . . . MATS and MSTS—all these are part of a bigger story, the efforts of many nations to provide food, clothing and a "passage to freedom" for Hungarians who have fled their strife-torn homeland.

Naval ships and stations and the families of Navy personnel throughout the world did their share in contributing money and clothing to help the refugees; other naval craft and Navymen played a direct part in transporting uprooted Hungarians to new homes in the United States.

Money donations, which poured into relief organizations from such varied naval sources as the Bureaus in Washington and the ships operating with the Sixth and Seventh Fleets, included at least one check which resulted from an outstanding act of "goodwill ambassadorship" performed by Navymen:

USS *Coral Sea* (CVA 43), operating with the Sixth Fleet in the Mediterranean, was busy making plans for a big Christmas party to be held in Cannes, France, where the attack carrier was to spend the holidays.



FREEDOM FLIGHT — Hungarian refugees board Navy MATS plane before flight carrying them to United States.

The enlisted recreation committee had decided to add a homelike touch to festivities by using recreation funds to present each man an individual gift costing about $3.00. Then someone tossed a "bombshell" into the meeting—Why not use the money to answer President Eisenhower's appeal for Hungarian relief?

The result of that idea—okayed in writing by every officer and man on board—was a check for $7500, to be used in aiding the refugees.

The example of *Coral Sea* was followed throughout the Navy as all hands rallied to aid the unfortunates.

Elsewhere, Navymen assigned to the Military Air and Sea Transportation Services were busy providing the "passage to freedom" for refugees invited to seek asylum in the United States.

While MATS-assigned Naval Air Transport Squadron Six worked alongside Air Force units in a gigantic "sky lift," the "sealift" was being carried out by MSTS transports USNS *General Leroy Eltinge* (T-AP 154), USNS *General W. G. Haan* (T-AP 158) and USNS *Marine Carp* (T-AP 199).

*Eltinge*, first to receive passengers for the long voyage to a new home, presents a representative picture of what the Navy's seaborne refugees found when they arrived aboard ship. T-AP 154 was in a reduced operational status when she received orders to Bremerhaven to pick up refugees; a short five days later she was completely remanned, supplied and underway.

To feed her passengers during the Atlantic crossing the Navy had supplied *Eltinge* with 200 tons of food, including 5000 pounds of turkey, 15 tons of potatoes, 4800 quarts of fresh milk, and 4800 quarts of ice cream. The American Red Cross had delivered $25,000 worth of assorted supplies—including 600 dozen diapers, 1000 pounds of candy, 200,000 cigarettes, bobby pins, playing cards, Hungarian-American dictionaries and Christmas gifts. MSTS, Atlantic Division, had stocked the ship with drums, guitars, violins, clarinets, Hungarian records, two pianos, an organ, hobby horses, 100 baby cribs and some of the latest moving pictures.

Following a two-day train ride from Austria, *Eltinge's* passenger contingent was taken aboard ship without speeches or ceremony, and immediately settled down to an American-style breakfast of ham and eggs, fresh milk, toast and cereal.

The last thing the refugees saw as USNS *Eltinge* steamed out of Bremerhaven en route to New York was a Navy patrol boat with banners bearing the Hungarian words "Isten Veletek"—*God be with you.*

---

### 'Intelligence' Centers' of BuSandA Coordinate Supply Needs

If men of your Supply Department have displayed somewhat more pride in their Division than is customary these past months, they have their reason.

It's because this year marks the 10th anniversary of the Navy's Integrated Supply System. Its purpose is to coordinate the plans and programs of the Fleet to make sure it gets what it needs with a minimum inventory and the lowest over-all possible cost. The system provides the organization which buys, stores and issues all material — except original equipment — needed by the Navy. The Bureau of Supplies and Accounts administers the system.

The heart of the system is the inventory control offices, or "intelligence centers," which serve as control agencies to manage Navy supply stocks. During the 10 years of its operation, the system of supply intelligence centers has expanded until today everything from aspirin pills to anchors are included in the nearly 1.3 million items controlled from these offices.

The offices, formally known as "Supply Demand Control Points," include such well-known activities as the Aviation Supply Office, Philadelphia and the Ships Parts Control Center, Mechanicsburg, Pa.

The main job of these control points is to figure out how much of what will be needed by the Fleet to meet its operational needs of the future.

Then, it is up to the commanding officer of the control office to meet these needs with the help of the technical bureaus.

The specialized nature of the various "intelligence centers" does not mean that an individual ship must search out separate supply sources for each type of material. The ship obtains material from a consolidated supply depot or center carrying all types of material.

These local supply points maintain a constant flow of information about their stocks to the various specialized inventory managers. It is from this detailed flow of stock status reports that requirements are matched with consumption.

FW-MCKEON-00013506

# THE BULLETIN BOARD

## The Latest on Rating Changes, Advancement Requirements

If you have had any tendency to consider changes to the *Manual of Qualifications for Advancement in Rating* as primarily administrative in nature, the publication of Change 8 should clearly demonstrate how important and vital such revisions are in affecting the careers of many Navymen.

Qualifications of 10 new emergency service ratings have been developed and seven emergency service ratings have been deleted. The change will be effective for the August 1957 advancement in rating examinations.

The *Teleman* (TE) general and emergency service ratings, disestablished by BuPers Notice 1223 of 1 Aug 1956, have been given special treatment. Generally, Telemen who have been assigned to telecommunication duties will convert to *Radioman* (RM) rating and those who have been assigned to post office and mail functions will convert to the *Yeoman* (YN) rating.

The qualifications for the Radioman and Yeoman ratings have been revised to include duties from the Teleman rating. Conversion to the new ratings will be gradual over a period of five years commencing with the August 1957 advancement examinations and ending with February 1961 exams.

Until a Telemen converts to his new rating, he will be given a transitional designation which indicates which rating he is aiming for: *Teleman/Radioman* (TE/RM) or *Teleman/Yeoman* (TE/YN). Cryptoboard and RPIO duties have been removed from the Teleman rating. These will be assigned to individuals rather than be the responsibility of a given rating. Detailed conversion procedures will be found in BuPers Inst. 1440.20.

Here's a summary of the other changes: The *Radarman* (RD), *Sonarman* (SO), *Radioman* (RM), and *Electronics Technician* (ET) ratings have been revised to define more precisely the areas of primary responsibility for maintenance of electronic equipment.

The *Gunner's Mate* (GM) has been revised to include more supervisory and training responsibilities. The *Journalist* (JO) has been broadened to include more public information responsibility. The *Patternmaker* (PM) and *Molder* (ML) have been revised to clarify the duties of their emergency service ratings. The *Fire Control Technician* (FT) has been revised and two new emergency service ratings have been developed: The Fire Control Technician L (Integrated systems) (FTL) and the Fire Control Technician E (Electromechanical) (FTE). The *Yeoman* (YN) has been revised and a new emergency service rating of Yeoman M (mailman) (YNM) added. The equipment groupings of the *Tradesmen* (TD) have been changed and the four emergency service ratings have been combined into two: Tradevman I (Instructor) (TDI) and Tradevman R (Repairman) (TDR).

The old general service rating of *Boilermaker* (BR), established in 1869 and later disestablished, has been reactivated for pay grades E-6 and E-7, with scope and qualifications adapted to meet modern needs. At the same time, the two emergency service ratings of the *Boilerman* (BT) ratings have been disestablished: Boilerman (Shipboard Boilerman) (BTG) and Boilerman R (Boiler repairman) (BTR).

The following emergency service ratings have been developed and were previously announced by BuPers notice under the Selective Emergency Service Rating Program (SESR) for pay grade E-4:

*Fire Control Technician L* (Integrated Systems) (FTL)
*Fire Control Technician E* (Electromechanical) (FTE)
*Parachute Rigger S* (Survivalman) (PRS)
*Parachute Rigger M* (Maintenance) (PRM)
*Air Controlman W* (Airborne CIC Operator) (ACW)
*Air Controlman R* (Radar) (ACR)
*Air Controlman T* (Tower) (ACT)

Qualifications have also been developed for the exclusive emergency service rating of *Aircraft Carburetor Mechanic* (ESA).

Seven emergency service ratings have been disestablished:

*Tradevman R* (Repairman, Non-aviation) (TDR), *Tradevman I* (Instructor, Nonaviation) (TDI), *Tradevman V* (Repairman, Aviation) (TDV), and *Tradevman U* (Instructor, Aviation) (TDU). (The four above have been combined into two emergency service ratings mentioned above: TDI and TDR). The remaining three are *Boilerman G* (shipboard boilerman) (BTG), *Boilerman R* (Boiler repairman) (BTR), and *Draftsman L* (Lithographic) (DML).

The qualifications contained in Change 8 are based on research conducted under the cognizance of the Chief of Naval Personnel in the implementation of approved recommendations of the Permanent Board for the Review of the Enlisted Rating Structure.



"It's silly to vent one's displeasure on inanimate objects."

"He wants to file a complaint about our last guided missile test."

FW-MCKEON-00013507

# ≡≡ THE BULLETIN BOARD ≡≡

## Check Your Rate and Estimate Your Chances for Advancement

**S**PACE LIMITATION in the January issue prevented us from giving you the complete story of your prospects for advancement in the immediate future and for the purposes of long-range planning. Below, you will find a table which shows future requirements and on-board strength of senior petty officers.

Its significance seems pretty clear to us, but to avoid misunderstanding, let's look at a specific rate, Aviation Electronics Technician (AT), as an example.

You'll notice that on-board strength for ATCs, as of 30 Jun 1956, was 1313, and the requirements for 30 Jun 1957 are 2145—an increase of 832 billets. You'll also note that there were 1400 AT1s as of 30 Jun 1956, with requirements for 30 Jun 1957 at 3215—an increase of 1805— twice as many needed in fiscal '57 as in '56.



"The second line, the word BVAXCDM, is spelled wrong!"

This is one of the fields that is expanding at an explosive rate and if you are in any of the top four pay grades, you've got it made.

On the other hand, electronics is

a relatively young field and comparatively few—77 chiefs and only three PO1s—will be in a position to go out on 20 by 30 Jun 1958. You will notice too, that only 117 CPOs and 15 PO1s will reach 20 years before 30 Jun 1960. Obviously, retirement will have relatively little influence for ATs.

The picture is different for Boatswain's Mates. If you look only at the immediate future, the situation is grim. However, probable retirement of BMCs will more than take care of the differences between on-board strength of 30 Jun 1956 and the 30 Jun 1957 requirements. As for BM1s, the future may not look so good at first glance, but because of promotions, retirements and attrition, there will be plenty of room for career men.

Check your own rate and estimate your chances.

### SENIOR PETTY OFFICERS    STATISTICAL INFORMATION CONCERNING

| Rate | On-board strength 30 Jun 1956 | End FY 1957 require-ments 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 | Rate | On-board strength 30 Jun 1956 | End FY 1957 require-ments 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 |
|---|---|---|---|---|---|---|---|---|---|
| BMC | 3359 | 2700 | 955 | 808 | RM1 | 1958 | 3265 | 18 | 30 |
| BM1 | 4562 | 3245 | 197 | 376 | CTC | 868 | 950 | 78 | 85 |
| QMC | 1739 | 1440 | 320 | 398 | CT1 | 655 | 1290 | 2 | 5 |
| (Combined QM/SM) | | | | | YNC | 2070 | 2195 | 160 | 311 |
| QM1 | 2121 | 2165 | 26 | 52 | YN1 | 3478 | 3230 | 11 | 30 |
| (Combined QM/SM) | | | | | PNC | 725 | 790 | 81 | 94 |
| RDC | 331 | 800 | 8 | 28 | PN1 | 1064 | 1170 | 3 | 15 |
| RD1 | 939 | 1650 | 1 | 3 | MAC | 99 | 115 | 7 | 5 |
| SOC | 268 | 495 | 16 | 18 | MA1 | 223 | 180 | 3 | 2 |
| SO1 | 622 | 765 | 3 | 4 | SKC | 1305 | 1350 | 157 | 198 |
| TMC | 810 | 660 | 231 | 215 | SK1 | 2061 | 2095 | 12 | 26 |
| TM1 | 982 | 940 | 27 | 93 | DKC | 368 | 340 | 40 | 49 |
| GMC | 1840 | 1610 | 471 | 498 | DK1 | 557 | 510 | 2 | 3 |
| GM1 | 2675 | 2260 | 59 | 169 | CSC | 1384 | 1490 | 319 | 299 |
| FTC | 912 | 980 | 149 | 170 | CS1 | 3306 | 2790 | 70 | 145 |
| FT1 | 1201 | 1470 | 9 | 20 | SHC | 295 | 425 | 32 | 28 |
| GSC | 108 | 110 | 9 | 21 | SH1 | 1409 | 1160 | 19 | 25 |
| GS1 | 109 | 165 | 1 | 1 | JOC | 64 | 65 | 14 | 9 |
| MNC | 98 | 107 | 11 | 19 | JO1 | 78 | 100 | 0 | 0 |
| MN1 | 186 | 160 | 0 | 6 | PIC | 19 | 0 | 0 | 5 |
| ETC | 1245 | 1320 | 80 | 87 | PI1 | 26 | 0 | 0 | 0 |
| ET1 | 1571 | 1980 | 6 | 12 | LIC | 47 | 80 | 5 | 4 |
| IMC | 48 | 48 | 12 | 8 | LI1 | 115 | 115 | 0 | 1 |
| IM1 | 81 | 72 | 0 | 2 | DMC | 26 | 65 | 4 | 4 |
| OMC | 92 | 58 | 20 | 20 | DM1 | 82 | 110 | 0 | 1 |
| OM1 | 72 | 70 | 1 | 2 | MUC | 168 | 225 | 30 | 27 |
| TEC | 423 | 420 | 40 | 60 | MU1 | 300 | 325 | 20 | 24 |
| TE1 | 862 | 945 | 3 | 12 | MMC | 2540 | 2670 | 565 | 617 |
| TE rating disestablished; requirement for TE is included in YN and RM, and is shown here for comparison only. | | | | | MM1 | 2955 | 4100 | 58 | 96 |
| | | | | | ENC | 1881 | 2075 | 479 | 435 |
| RMC | 1397 | 2140 | 161 | 209 | EN1 | 3536 | 3015 | 55 | 121 |

FW-MCKEON-00013508

| Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 | Rate | On-board strength 30 Jun 1956 | End FY 1957 requirements 30 Jun 1957 | Number completing 20 years' service prior to 30 Jun 1958 | Number completing 20 years' service between 30 Jun 1958 and 20 Jun 1960 |
|---|---|---|---|---|---|---|---|---|---|
| MRC | 257 | 350 | 35 | 34 | ATC | 1313 | 2145 | 77 | 117 |
| MR1 | 369 | 495 | 0 | 2 | AT1 | 1410 | 3215 | 3 | 15 |
| BTC | 1419 | 1865 | 384 | 328 | ALC | 581 | — | 100 | 97 |
| BT1 | 2231 | 2800 | 28 | 68 | AL1 | 604 | — | 7 | 13 |
| (BT includes new BR rating) | | | | | AQC | 1200 | 860 | 197 | 264 |
| EMC | 1753 | 2055 | 206 | 239 | AO1 | 1493 | 1285 | 19 | 45 |
| EM1 | 2248 | 3080 | 13 | 42 | GFC | 154 | 102 | 9 | 20 |
| ICC | 387 | 545 | 68 | 58 | GF1 | 191 | 152 | 1 | 1 |
| IC1 | 333 | 890 | 0 | 8 | AQC | 83 | 245 | 5 | 11 |
| MEC | 689 | 700 | 151 | 202 | AQ1 | 139 | 365 | 1 | 2 |
| ME1 | 1267 | 1045 | 24 | 53 | ACC | 289 | 530 | 18 | 24 |
| FPC | 442 | 505 | 70 | 91 | AC1 | 565 | 790 | 0 | 4 |
| FP1 | 791 | 755 | 3 | 21 | ABC | 355 | 425 | 30 | 47 |
| DCC | 581 | 585 | 114 | 122 | AB1 | 782 | 640 | 1 | 6 |
| DC1 | 1153 | 875 | 10 | 21 | AEC | 654 | 990 | 49 | 78 |
| PMC | 28 | 23 | 6 | 6 | AE1 | 997 | 1485 | 3 | 19 |
| PM1 | 19 | 35 | 0 | 0 | AMC | 1507 | 1615 | 265 | 362 |
| MLC | 49 | 38 | 9 | 12 | AM1 | 2330 | 2420 | 24 | 82 |
| ML1 | 46 | 46 | 1 | 1 | PRC | 176 | 235 | 21 | 40 |
| SVC | 16 | 25 | 2 | 1 | PR1 | 404 | 350 | 5 | 11 |
| SV1 | 15 | 38 | 0 | 0 | AGC | 244 | 275 | 23 | 35 |
| CEC | 70 | 125 | 4 | 5 | AG1 | 331 | 415 | 1 | 4 |
| CE1 | 135 | 185 | 0 | 1 | TDC | 215 | 240 | 20 | 24 |
| CDC | 164 | 235 | 13 | 16 | TD1 | 369 | 360 | 1 | 4 |
| CD1 | 453 | 380 | 2 | 2 | AKC | 385 | 410 | 26 | 56 |
| CMC | 165 | 165 | 26 | 21 | AK1 | 677 | 615 | 2 | 4 |
| CM1 | 308 | 250 | 2 | 6 | PHC | 329 | 370 | 36 | 56 |
| BUC | 195 | 295 | 11 | 5 | PH1 | 606 | 555 | 2 | 10 |
| BU1 | 294 | 415 | 0 | 3 | HMC | 3599 | 2705 | 460 | 1026 |
| SWC | 81 | 90 | 8 | 7 | HM1 | 4319 | 3595 | 15 | 68 |
| SW1 | 156 | 140 | 1 | 1 | DTC | 351 | 320 | 28 | 43 |
| UTC | 90 | 105 | 9 | 13 | DT1 | 543 | 475 | 0 | 7 |
| UT1 | 125 | 140 | 0 | 2 | SDC | 794 | 710 | 118 | 136 |
| ADC | 5239 | 3435 | 723 | 1263 | SD1 | 2184 | 1140 | 180 | 427 |
| AD1 | 6293 | 5150 | 117 | 307 | | | | | |

## Training in Deep Sea Diving Is Open to USN, USNR Officers, Three Courses Are Available

Applications are wanted for USN and USNR unrestricted line or limited duty officers (other than aviators) for assignment to a course of instruction at the Naval School, Deep Sea Diving, Naval Gun Factory, Washington 25, D. C. Three courses are offered.

Successful completion of the school will normally lead to tours of duty in ASR-type ships and in the deep sea diving program of the Navy. Classes for the 21-week Diving Officer Course convene on the first Monday of February, April, August, and October of each year. The longer 26-week Diving Officer Course and the 10-week Prospective Commanding Officers Course convene 5 weeks before the above dates.

Here's a summary of the courses: The 21-week course provides training in all phases of deep sea diving, with particular emphasis on submarine rescue operations and diving to maximum depths using helium-oxygen as a breathing medium. Instruction leading to qualification in the use of SCUBA equipment is also provided. Qualifications as a Salvage Officer or Diver Second Class is a prerequisite.

The 26-week course provides five weeks of training for qualification as Diver Second Class, followed by 21 weeks of instruction as described above. No previous diving training required.

The prospective commanding officers' course provides an overview of the longer Diving Officer Course and is designed primarily for prospective commanding officers of submarine rescue vessels. Applications for this course are not desired. Officers of appropriate rank who are prospective commanding or executive officers of ASR-type ships will be ordered to take this course by the Chief of Naval Personnel as the need arises.

Applications are desired from the



Look! It's a flying saw, sir!

FW-MCKEON-00013509