Certificate of Service

I hereby certify that on August 3, 2007, I electronically filed the foregoing **Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Remand, Declaration of Jerome H. Block In Support of Motion to Remand, Exhibits A-E to the Declaration of Jerome H. Block, Declaration of Captain Arnold P. Moore with Exhibits 1-16** and **Proof of Service** with the Clerk of the New York Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants of this case:

Andrew Sapon, Esq.
BIVONA & COHEN, P.C.
Wall Street Plaza
88 Pine Street
New York, NY 10005-1886
Attorneys for Vicars Inc.

Julie Evans, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, New York 10017
Attorneys for A.W. Chesterton, Co., Inc.,
Murphy Brother Works

Genevieve MacSteel, Esq.
MCGUIRE WOODS
1345 Avenue of the Americas, 7thFloor
New York, New York 10105
Attorneys for American Standard Inc. and the Trane Co.

David M. Katzenstein, Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, NY 10024
Attorneys for Aurora Pump Company

Edward J. Wilbraham Esq
John S. Howarth, Esq.
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Philadelphia, PA 19103
Attorneys for Buffalo Pumps, Inc.

Frank A. Cecere, Esq.
AHMUTY DEMERS & McMANUS
2001.U. Willets Road
Albertson, New York 11507
Attorneys for Carrier Corp.

{00098210.DOC}

Michael Waller, Esq.
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center, Tenth Floor Newark, NJ 07102
Attorneys for Crane Co. and Crane Pumps & Systems, Inc.

Peter Lagenus, Esq.
SCHNADER, HARRISON, SEGAL & LEWIS
140 Broadway, Suite 3100
New York, Hew York 10005
Attorneys for Dunham-Bush, Inc.,
n/k/a Fort KentMoldings, Inc.

William Mueller, Esq.
CLEMENTE MUELLER & TOBIA, P.A,
P.O. Box 1296
Morristown, New Jersey 07962
Attorneys for Durabla Manufacturing Co.

Donald Fay, Esq.
WATERS McPHERSON McNEIL
233 Broadway, Suite 970
New York, NY 10279
Attorneys for Elliot Turbomachinery Co.

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
Attorneys for Fairbanks Morse Pumps

Christopher Hannann, Esq..
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for FMC Corporation

Erich Gleber, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD
830 Third Avenue, Suite 400
New York, NY 10022
Attorneys for Flowerserve Corporation

Michael A. Tanenbaum, Esq.
Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12'" Floor
Newark, NJ 07102
Attorneys for Foster Wheeler Energy Corp.

John A. Turlik, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
Attorneys for Garlock Sealing Technologies

Diane Pompei, Esq.
SEDGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12lh Floor
Newark, NJ 07102
Attorneys for General Electric Company

Suzanne Halbardier, Esq,
BARRY McTIERNAN & MOORE
2 Rector Street, 14'" Floor
New York, New York 10006
Attorneys for General Refractories

John Fanning, Esq.
CULLEN & DYKMAN LLP
177 Montague Street
Brooklyn, New York 11201
Attorneys for Goulds Pumps Inc.,
Leslie Controls, Inc., Howden Buffalo, Inc.

Jeff Kluger, Esq./ Joan Gaisor, Esq.
McGIVNEY & KLUGER , P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
Attorneys for Hercules Chemical Co, Inc.

Jennifer Darger, Esq.
DARGER & ERRANTE, LLP
116 E.27th Street, 12lh Floor
New York, NY 10016
Attorneys for Hopeman

{00098210.DOC}

Lawrence G, Cetrulo, Esq.
Christopher A. D. Hunt, Esq.
CETRULO & CAPONE LLP
20 Exchange Place
New York, NY 10005
Attorneys for Howden Buffalo, Inc.

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17l)l Floor
New York, New York 10017
Attorneys for IMO, and Warren Pumps, Inc.

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
Paytner's Ridge Office Park
2430 Route 34
Manasquan, NJ 08736
Attorneys for Ingersoll-Rand Company

Lisa M. Pascarella, Esq.
PEHLIVAN, BRAATEN
& PASCARELLA, L.L.C.
115 Broadway, 19th Floor
New York, New York 10006
Attorneys for Ingersoll-Rand Company

Robert C. Malaby, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 1003 8
Attorneys for JH France Refractories Co.

Mark S. Gaffrey, Esq.
HOAGLAND LONGO MORAN
DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
Attorneys for Johnston Boilers Co.

Timothy J. McHugh, Esq.
LAVIN, O'NEIL, RICCI,
CEDRONE & DISIPIO
420 Lexington Ave, Suite 2900
Graybar Building
New York, NY 10170
Attorneys for Otis Elevator Co.

Arthur D. Bromberg, Esq.
WEINER LESNIAK, LLP
629 Parsippany Road
PO Box 0438
Parsippany, NJ 70754-0438
Attorneys for Peerless Industries, Inc.

Stephen A. Manuele, Esq.
FELDMAN KIEFFER & HERMAN, LLP
The Dunn Building
110 Pearl Street, Suite 400
Buffalo, New York 14202
Attorneys for Quaker Chemical Corporation,

Selby Battersby & Company
Linda Yassky, Esq.
SONNENSCHEIN NATH
&ROSENTHAL LLP
1221 Avenue of the Americas
23rd Floor
New York, New York 10020
Attorneys for Rapid-American Corp.

Christopher Hannan, Esq.
KELLEY JASONS MCGOWAN
SPINELLI & HANNA, LLP
120 Wall Street, 30th Floor
New York, NY 10005
Attorneys for Sterling Fluid Systems

Joan Gaisor, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
Attorneys for TACO, Inc.

{00098210.DOC}

Philip J. O'Rourke, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, Suite 2300
New York, New York 10004
Attorneys for Tote Andale, Inc.

Dave Weinberg, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
Attorneys for The Anchor Packing Co.

Chuck McGivney, Esq.
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
Attorneys for The Nash Engineering Co.

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
Attorneys for Tyco Flow Control Inc.

Stephen S. Davie, Esq.
MACKENZIE HUGHES, LLP
101 South Salina Street
P.O. Box 4967
Syracuse, NY 13221-4967
Attorneys for Tyco Flow Control Inc.

Judith Yavitz, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Attorneys for Union Carbide

Norman Senior, Esq.
GREENFIELD STEIN & SENIOR
600 Third Avenue
New York, New York 10016
Attorneys for Uniroyal, Inc.

William .&. Bradley, III, Esq.
MALABY, CARLISLE & BRADLEY, LLC
150 Broadway, Suite 600
New York, New York 10038
Attorneys for Viacom, Inc.

{00098210.DOC}

Rob Tonogbanua, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
Attorneys for Yarway Corp

Robert J. Kenney, Esq.
SEGAL McCAMBRIDGE
SINGER & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, New York 10022
Attorneys for Gardner Denver

Diane Pompei, Esq.
SEGWICK, DETERT,
MORAN & ARNOLD LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
Attorneys for Gardner Denver

Counsel Unknown for the following Defendants:
BLACKMER PUMP
GRISHAM RUSSELL
NORTHROP GRUMMAN SYSTEMS, CORP.
WALTER H. EAGAN CO, INC.
WEIL PUMP CO.
Dated: August 3, 2007

Respectfully submitted,

BY: s/Jerome H. Block
Jerome H. Block, Esq. [5411]
800 3rd Avenue, 13th Floor
New York, NY 10022
(212) 605-6270(phone)
(212) 605-6290 (fax)
Attorney for Plaintiffs