UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Salvatore Gitto and Phyllis Gitto,

    Plaintiffs,

-against-

A.W. Chesterton Co., Inc., et al.,

    Defendants.

07 cv 4771 (DC)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Andrew Sapon, attorney for Defendant Eaton Hydraulics, Inc., formerly known as Vickers, Incorporated ("EHI"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Raymond B. Biagini
    Firm Name:    McKenna Long & Aldridge LLP
    Address:    1900 K Street, NW, Ste. 100
    City/State/Zip:    Washington, DC 20006
    Telephone:    (202) 496-7687  Fax Number: (202) 496-7756
    Email Address:    rbiagini@mckennalong.com

is admitted to practice pro hac vice as counsel for EHI in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 8/7, 2007
City, State: New York, New York

_____
United States District/~~Magistrate~~ Judge