

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Salvatore Gitto and Phyllis Gitto,

    Plaintiffs,

-against-

A.W. Chesterton Co., Inc., et al.,

    Defendants.

07 cv 4771 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew Sapon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:  Lisa M. Norrett
    Firm Name:  McKenna Long & Aldridge LLP
    Address:  1900 K Street, NW, Ste. 100
    City/State/Zip:  Washington, DC 20006
    Phone Number:  (202) 496-7222
    Fax Number:  (202) 496-7756

Lisa M. Norrett is a member in good standing of the Bar of the District of Columbia and the States of Maryland and New Jersey. There are no pending disciplinary proceedings against Lisa M. Norrett in any State or Federal court.

Dated: July 18, 2007
City, State: New York, New York

Respectfully submitted,

Andrew Sapon, Esq.
Bar No. AS-1536
Bivona & Cohen, P.C.
Wall Street Plaza
88 Pine Street
(212) 363-3100 (Phone)
(212) 363-9824 (Fax)

Motion GRANTED,
SO ORDERED.

WPJ 8/7/07

