# BIVONA & COHEN, P.C.
*Counselors at Law*

| | |
|---|---|
| JOHN V. BIVONA | JOSEPH V. FIGLIOLO |
| SIDNEY COHEN (1926-2003) | MARLENE MONTELEONE |
| DONALD T. DIFRANCESCO △ | DAVID P. WADYKA △ |
| HARRY A. YOSPIN △ | ALBERT E. CRUZ △ |
| STEVEN A. KUNZMAN △ | TIMOTHY P. BECK △ |
| EUGENE L. HOLT, PH.D. | RICHARD J. GUSS ◇ |
| JAN MICHAEL RYFKOGEL ‡ | SANTINA M. BOMBACI △ |
| STEPHEN O. DAVIS △ | MICHELLE E. D'ONOFRIO △ |
| JOSEPH E. KELLY, JR ‡ | PAUL R. RIZZO △ |
| JEFFREY B. LEHRER △ | V. ANTHONY DIGIROLAMO △ |
| ALAN R. MELLER | LISA M. FITTIPALDI △ |
| RICHARD P. FLAUM △ | RICHARD R. AHSLER △ |
| LAURENCE A. DORNSTEIN ▢ | JAMES J. MOULOUGHNEY △ |
| MARTIN ALLEN △ | JOHN BECHELET ○ |
| CHRISTOPHER BATEMAN △ | ANTHONY BROWN ○ |
| RICHARD M. FEDROW | GREGORY J. RITTER ◇ |
| ANDREW SAPON | MITCHEL CHUSID ◇ |
| MICHAEL C. MODANSKY | MITCHELL R. KATZ ◇ |
| JAMES E. HAY △ | RICHARD A. KUBICK |
| JOHN P. BELARDO △ | ADAM B. CURTIS |
| ROBERT G. MACCHIA ‡ | JOSEPH E. BOURY |
| RODERICK J. COYNE * | |

WALL STREET PLAZA, 88 PINE STREET
NEW YORK, NY 10005-1886

TEL: (212) 363-3100  FAX: (212) 363-9824
BC@BIVONACOHEN.COM

LAURENCE A. DORNSTEIN
1925 CENTURY PARK EAST, STE. 500
LOS ANGELES, CA 90067
TEL: (310) 553-4114
FAX: (310) 553-2510

DIFRANCESCO, BATEMAN, COLEY, YOSPIN,
KUNZMAN, DAVIS & LEHRER, P.C.
15 MOUNTAIN BOULEVARD
WARREN, NJ 07059-6327
TEL: (908) 757-7800
FAX: (908) 757-8039

RITTER, CHUSID, BIVONA & COHEN, LLP
7000 WEST PALMETTO PARK RD., STE. 305
BOCA RATON, FLORIDA 33433
TEL: (561) 394-2180
FAX: (561) 394-2582
EMAIL: RCATTYS@AOL.COM

BECHELET BIVONA LTD
SOLICITORS & REGISTERED FOREIGN ATTORNEYS
24 CORNHILL
LONDON, ENGLAND EC 3-V3ND
TEL: 011 44 (0)20 7261-4999  FAX: 011 44 (0)20 7261-4998

| | |
|---|---|
| SANDRA BELLI △ | IAN H. KAUFMAN |
| PAMELA T. BAIN △ | BRUCE S. CANTIN |
| RAYMOND J. STINE △ | ELIO M. DI BERARDINO |
| WILLIAM J. WILLARD △ | JOSEPH V. SORDILLO △ |
| KATHLEEN Y. AGNO △ | EVA TAM |
| MICHAEL V. CRESITELLO, JR. △ | KEVIN J. DONNELLY |
| KOREN HARRIS | JAMES F. MALLOY |
| JOHN J. RUSSO △ | KEVIN S. LOCKE |
| PATRICK T. STEINBAUER | W RICHARD KROEGER |
| ANTHONY J. VINHAL △ | STEPHEN M. MARCUSA |
| RACHEL ZETOONEY | ERIN M. FERRONE |
| CAMIELLE A. CAMPBELL | MICHAEL J. SLEVIN |
| JOHN M. MASTRANDREA | MICHAEL K. DVORKIN |
| BETH A. SAYDAK | BEN NIDERBERG |
| ROSS T. HERMAN | ANTHONY J. MCNULTY |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 8/17/2007

OF COUNSEL
EDWIN D. KUNZMAN △
BRUCE A. FELDMAN ‡
JOHN E. COLEY, JR. △

△ NJ
‡ NY NJ
* NY RI
◇ FL
▢ CA
○ LONDON

**MEMO ENDORSED**

August 13, 2007

AUG 1 2007
JUDGE CHIN'S CHAMBERS

**VIA HAND DELIVERY**

Honorable Denny Chin
United States District Judge
500 Pearl Street, Room 1020
New York, NY 10007

Re: *Gitto v. A.W. Chesterton Co., Inc., et al.*, 07 Civ. 04771 (DC)

Dear Judge Chin:

Eaton Hydraulics Inc., f/k/a Vickers, Incorporated ("EHI") respectfully requests leave to file a brief sur-reply of no more than five pages in response to Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Remand, dated August 3, 2007. EHI has conferred with Plaintiffs' counsel, Jerome Block, who has not consented to EHI's request.

EHI requests leave to file this sur-reply to address certain factual and legal inaccuracies in Plaintiffs' reply brief. By way of example, Plaintiffs' brief requests that the Court strike the testimony of EHI's three U.S. Navy declarants based on a lack of personal knowledge. Not only do EHI's declarants have first-hand knowledge of the Navy's direct and detailed control over the very conduct at issue through their contemporaneous Navy service, their sworn testimony discusses in detail such control. In direct contrast, Plaintiffs' reply brief fails to mention that Plaintiffs' only U.S. Navy declarant was not even in the Navy during the relevant time period and thus he has no personal knowledge of the issues before the Court.

DENIED. SO ORDERED.

USDJ  8/17/07

Honorable Denny Chin
August 13, 2007
Page 2

      As EHI is mindful of the considerable materials already presented to the Court, EHI requests leave to file this brief sur-reply to address these inaccuracies. Should the Court decide a sur-reply is not necessary, EHI reiterates its request for oral argument.

Respectfully,

Andrew Sapon

cc:    Jerome H. Block, Esq., Counsel for Plaintiffs (via Facsimile and Regular Mail)
        All Other Counsel via Regular Mail

BIVONA & COHEN, P.C.